CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF CARMEN E. CRESPO, ET AL.,

_____

Plaintiff(s)

vs.                                                      Civil Action No.: __1:22-cv-1514-CKK__

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA

_____

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

      I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint  (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Democratic People's Republic of Korea
c/o Foreign Minister Choe Son-hui
Ministry of Foreign Affairs
Jungson-Dong, Central District
Pyongyang, DPRK

by: (check one)          ☐     certified or registered mail, return receipt requested
                         ☐     DHL
                         ☑     Fed Ex
pursuant to the provisions of: (check one)
                         ☐     FRCP 4(f)(2)(C)(ii)
                         ☑     28 U.S.C. § 1608(a)(3)
                         ☐     28 U.S.C. § 1608(b)(3)(B)
                         ☐     28 U.S.C. § 1608(a)(4)

      I certify that this method of service is authorized by the domestic law of (name of country):
_DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA_____, and that I obtained this information
by contacting the Overseas Citizens Services, U.S. Department of State.

_____/s Joshua M. Ambush, Esq._____

(Signature)

Joshua M. Ambush, Esq.
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, MD  21208

(Name and Address)