THE LAW OFFICE OF
## JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

July 4, 2022

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

<u>Via electronic filing & hand delivery</u>

    Re:    *Estate of Carmen E. Crespo, et al., v. Democratic People's Republic of Korea*
            Civil Action No. 1:22-cv-01514-CKK
            Request for Service of Process on Defendant Democratic People's Republic of
            Korea Pursuant to 28 U.S.C. § 1608(a)(3).

Dear Ms. Caesar:

       In connection with the above-captioned case, and pursuant to 28 U.S.C. § 1608(e), I am writing to request service by the Clerk of the Court of the Complaint, Summons, and Notice of Suit in this case, pursuant to 28 U.S.C. § 1608(a)(3), on defendant the Democratic People's Republic of Korea.

       I am enclosing a copy of the Affidavit Requesting Foreign Mailing and a copy of the Notice of Electronic Filing.

       For purposes of service, the above-named defendant is considered the "foreign state" of the Democratic People's Republic of Korea under 28 U.S.C. §1608(a).

       This case was brought under 28 U.S.C. § 1605A against the defendant for its material support of the terrorist attack at Lod Airport on May 30, 1972. Because this case is governed by the Foreign Sovereign Immunities Act, service of the Complaint, Summons, and Notice of Suit must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. Service on Democratic People's Republic of Korea cannot be made pursuant to subsections (a)(1) or (a)(2) of Section 1608 because the Democratic People's Republic of Korea has not entered into any special agreement regarding service with plaintiffs and because the Democratic People's Republic of Korea is not a signatory to any applicable international agreement regarding service.

       Please find enclosed the Complaint, Summons, Notice of Suit, with certified translations into Korean of each, as well as a copy of the FSIA as currently in force and a copy of the Standing Order in Civil Cases. Please effect service through FedEx.

       Sections 1608(a)(3) of the FSIA requires a copy of the Complaint, Summons, and Notice of Suit to be sent, with translations of each into the official language of the foreign state, by any

form of mail requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the head of the ministry of foreign affairs of the foreign state. The pre-addressed envelope and pre addressed and pre-paid FEDEX international airway bill is attached for your processing. Please send the package to the defendant at the following address:

    Democratic People's Republic of Korea
    c/o Foreign Minister Choe Son-hui
    Ministry of Foreign Affairs
    Jungson-Dong, Central District
    Pyongyang, DPRK

    Thank you for your assistance in this matter. Please do not hesitate to contact me with any questions.

    Sincerely,

    Joshua M. Ambush, Esq.

JMA/kc
Enclosures