**FedEx Express** — International Air Waybill

/0003/0050/0013729062/2 — Sender's Copy

**1 From**
Date: 7/6/2022
Sender's FedEx Account Number: REDACTED
Sender's Name: JOSHUA AMBUSH
Phone: 410 484-2070
Company: LAW OFFICES OF JOSHUA M. AMBUSH
Address: 106 OLD COURT RD STE 303
City: PIKESVILLE
State/Province: MD
Postal Code: 212084076
Country: US

**2 To**
Recipient's Name: Honorable Foreign Minister Ri Son-gwon
Company: Democratic People's Republic of Korea
Address: Ministry of Foreign Affairs
Jung Song-dong, central District
City: PYONGYANG
Country: DPRK - North Korea

**3 Shipment Information**
Commodity Description: Court Documents

FedEx Tracking Number: 8160 2717 0989   Form ID No. 0402

**4 Express Package Service**: FedEx Intl. Economy

**5 Packaging**: FedEx Envelope

**6 Special Handling and Delivery Signature Options**: Direct Signature

**7 Payment**: Bill transportation charges to: Sender
REDACTED

**8 Required Signature**
Sender's Signature: [signed] Joshua M. Ambush

662

Package Label / Commercial Invoice Label / Delivery Record Label / Delivery Reattempt Label: 816027170989