CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF CARMEN E. CRESPO, ET AL.,

Plaintiff(s)

vs.

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA

Defendant(s)

Civil Action No.: 1:22-cv-1514-CKK

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Democratic People's Republic of Korea
via diplomatic service, U.S. Department of State, c/o Jared N. Hess, Esquire, Office of Legal Affairs, Overseas Citizen Services, Bureau of Consular Affairs, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710

by: (check one)
- [ ] certified or registered mail, return receipt requested
- [ ] DHL
- [x] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [x] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): United States of America, Foreign Sovereign Immunities Act, 28 USC 1608(a)(4), and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s Joshua M. Ambush, Esq.
(Signature)

Joshua M. Ambush, Esq.
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, MD  21208

(Name and Address)