THE LAW OFFICE OF
# JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

July 28, 2022



Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Via electronic filing & hand delivery*

Re:  *Estate of Carmen E. Crespo, et al., v. Democratic People's Republic of Korea*
Civil Action No. 1:22-cv-01514-CKK
Request for Service of Process on Defendant Democratic People's Republic of Korea Pursuant to 28 U.S.C. § 1608(a)(4)

Dear Ms. Caesar:

In connection with the above-captioned case, I am writing to request service of the Complaint, Summons, and Notice of Suit in this case, pursuant to 28 U.S.C. § 1608(a)(4), on defendant the Democratic People's Republic of Korea.

I am enclosing a copy of the Affidavit Requesting Foreign Mailing and a copy of the Notice of Electronic Filing.

For purposes of service, the above-named defendant is considered the "foreign state" of the Democratic People's Republic of Korea under 28 U.S.C. §1608(a).

This case was brought under 28 U.S.C. § 1605A against the defendant for its material support of the terrorist attack at Lod Airport on May 30, 1972. Because this case is governed by the Foreign Sovereign Immunities Act, service of the Complaint, Summons, and Notice of Suit must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. Service on Democratic People's Republic of Korea cannot be made pursuant to subsections (a)(1) or (a)(2) of Section 1608 because the Democratic People's Republic of Korea has not entered into any special agreement regarding service with plaintiffs and because the Democratic People's Republic of Korea is not a signatory to any applicable international agreement regarding service.

Service pursuant to 28 U.S.C. 1608(a)(3) was attempted on the Democratic People's Republic of Korea and has failed. The service documents were sent to defendant the Democratic People's Republic of Korea via FedEx, on July 12, 2022, international air waybill tracking number 816027170989. *See* ECF No. 7.

FedEx was unable to deliver or serve the service documents and they were returned to the undersigned on July 20, 2022. A copy of the FedEx return label, referencing the original waybill

tracking number, 816027170989, is attached herein. Thus, service under 28 U.S.C. § 1608(a)(4) is warranted here.

In such circumstances, pursuant to 28 U.S.C. §1608(a)(4), the Clerk of Court shall send two copies each of the summons, complaint, and a notice of suit with any attachments, together with a translation of each "by any form of mail requiring a signed receipt to be addressed and dispatched by the clerk of court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services[.]" The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. §1608(a)(4) and 22 C.F.R. §93.2, please find enclosed for service on defendant the following:

1) Two copies of the Summons in this action addressed to the Democratic People's Republic of Korea with a translation thereof into Korean.
2) Two copies of the Complaint in this action with a translation thereof into Korean.
3) Two copies of the Notice of Suit with a translation thereof into Korean.
4) Two copies of the FSIA as currently in force.
5) Two copies of the Standing Order in Civil Cases.
6) A check payable to the US Department of State in the amount of $2,275 to cover the cost of service.

Please take all necessary steps to dispatch the materials pursuant to 28 U.S.C. § 1608(a)(4) to the U.S. Department of State, c/o Jared Hess, Esquire, Office of Legal Affairs, Overseas Citizen Services, Bureau of Consular Affairs, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710, Attn: FSIA.

I respectfully request that the documents and payment for service be mailed by FedEx to the above address. I have enclosed a box for the materials with a pre-addressed label bearing my FedEx account information. Thank you very much for your assistance in this matter. Please do not hesitate to contact me with any questions you have.

Sincerely,

Joshua M. Ambush

JMA/kc
Enclosures