IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ESTATE OF <br> CARMEN E. CRESPO, *et al.*, <br>   Plaintiffs, <br><br> v. <br><br> DEMOCRATIC PEOPLE'S <br> REPUBLIC OF KOREA, <br><br>   Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Case No. 1:22-cv-01514 (CKK) |

*****************************************************************************

**PLAINTIFFS' NOTICE OF STATUS OF SERVICE OF PROCESS
ON DEFENDANT THE DEMOCRACTIC PEOPLE'S REPUBLIC OF KOREA**

Plaintiffs, through undersigned counsel, hereby file this notice in response to the court's order of October 12, 2022, in order to update the court on the status of the service of process on the defendant the Democratic People's Republic of Korea.

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted on the Democratic People's Republic of Korea and failed.  The service documents were sent to defendant via FedEx on July 12, 2022. ECF No. 7.  FedEx was unable to deliver or serve the service documents and they were returned to undersigned on July 20, 2022.  ECF No. 9.

On August 1, 2022, pursuant to 28 U.S.C. § 1608(a)(4), plaintiffs requested the clerk of court to effect service upon the Democratic People's Republic of Korea through the Secretary of State. ECF Nos. 9 & 10.  On August 2, 2022, the clerk of court sent the service documents to the U.S. Department of State.  ECF No. 10.

On August 17, 2022, September 22, 2022, and October 4, 2022, plaintiffs requested from the U.S. Department of State's Office of the Legal Adviser the status of service upon the defendant.  On October 4, 2022, the Office of the Legal Advisor reported that the case is still being reviewed and service of process had not yet been effected on defendant.

This matter is brought against Defendant the Democratic People's Republic of Korea pursuant to 28 U.S.C. §1605A, an exception to the Foreign Sovereign Immunities Act, which allows suit against this foreign state sovereign for its material support of terrorism. 28 U.S.C. §1608(a)(4) requires service by the Secretary of State, but the U.S. government has no direct diplomatic relationship with defendant, and the State Department has no direct method to effectuate service. Therefore, a lengthy delay is expected since the State Department has to enlist the help of a third-party country that has a diplomatic relationship with defendant in order to ultimately effectuate service.

Accordingly, plaintiffs will continue to seek status updates on service of process on the defendant from the U.S. Department of State's Office of the Legal Advisor every 60 days, or in whichever time frame the court deems appropriate, and provide notice of updates to the court, until service is successful.

Dated: October 13, 2022

Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*