IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE ESTATE OF CARMEN E. CRESPO, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Case No. 1:22-cv-01514 (CKK) |
| DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, | * * * * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' NOTICE OF STATUS OF SERVICE OF PROCESS
ON DEFENDANT THE DEMOCRACTIC PEOPLE'S REPUBLIC OF KOREA**

Plaintiffs, through undersigned counsel, hereby file this notice on the status of the service of process on the defendant the Democratic People's Republic of Korea.

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted on the Democratic People's Republic of Korea and failed. The service documents were sent to defendant via FedEx on July 12, 2022. ECF No. 7. FedEx was unable to deliver or serve the service documents and they were returned to undersigned on July 20, 2022. ECF No. 9.

On August 1, 2022, pursuant to 28 U.S.C. § 1608(a)(4), plaintiffs requested the clerk of court to effect service upon the Democratic People's Republic of Korea through the Secretary of State. ECF Nos. 9 & 10. On August 2, 2022, the clerk of court sent the service documents to the U.S. Department of State. ECF No. 10.

In a letter to undersigned counsel dated February 16, 2023, the United States Department of State explained that the United States does not have in place a protecting power or other arrangement that provides for another sovereign to effect service of process upon the government of the DPRK on behalf of U.S. litigants. ECF No. 13-1.

Plaintiffs will continue requesting updates from the State Department on any changes on its ability to accomplish service via diplomatic channels. Plaintiffs are also researching alternative

methods of service. In keeping with the court's minute order of January 6, 2023, if service has not yet been effectuated on the Democratic People's Republic of Korea within 90 days, plaintiffs will file the next status report by August 21, 2023.

Dated: May 23, 2023                                                                           Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*
