```
ORIGIN ID:ZFEA      (410) 484-2070        SHIP DATE: 06SEP23
JOSHUA M. AMBUSH                          ACTWGT: 1.00 LB
JOSHUA AMBUSH                             CAD: 101187522/INET4535
106 OLD COURT ROAD
SUITE 303
BALTIMORE, MD 21208                       BILL SENDER
UNITED STATES US
```

TO **FOREIGN MINISTER CHOE SON-HUI**
**C/O AMBASSADOR KIM SONG**
**PERM MISSION OF THE DEMOCRATIC**
**PEOPLE'S REPUBLIC KOREA UN**
**820 SECOND AVENUE 13TH FLOOR**
**NEW YORK NY 10017**
(212) 972-3105          REF:
INV:
PO:                     DEPT:







THU - 07 SEP 5:00P
STANDARD OVERNIGHT

TRK# 7732 8715 6626
0201

E3 OGSA                 10017
              NY-US     EWR

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.