Powered by GoDaddy Websites + Marketing. Create your free website now. Start for Free



HOME                                                                                                                                   CONTACT US

# LEGAL NOTICE

To named Defendant listed below:

**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA**

Joshua M. Ambush, Esq.
Law Offices of Joshua M. Ambush
106 Old Court Road
Suite 303
Baltimore, MD 21208

IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, CIVIL DIVISION, THE ESTATE OF CARMEN E. CRESPO, ET AL. V. DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, CASE NO. 1:22-CV-01514. NOTICE OF FILING COMPLAINT. Judge Colleen Kollar-Kotelly issued an order for service by X (formerly known as Twitter) on September 26, 2023. The Complaint is posted on the Internet at http://www.justiceforlod.com. Notice is hereby served on Defendant listed above. Defendant is hereby summoned and required to serve upon the Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington D.C. 20001 and Law Offices of Joshua M. Ambush, 106 Old Court Road, Suite 303, Baltimore, Maryland 21208 an Answer to Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendant fails to do so, judgment by default may be taken against Defendant for relief demanded in the Complaint. The Complaint was filed for extrajudicial killing, assault and battery, and intentional infliction of emotional distress.

## 법적 고지

수신: 아래에 기재된 피고인:

**조선민주주의인민공화국**

Joshua M. Ambush(조슈아 M. 엠부쉬) 변호사
Joshua M. Ambush 법률 사무소
106 Old Court Road
Suite 303
Baltimore, MD 21208

미국 컬럼비아 특별구 지방법원 민사부, THE ESTATE OF CARMEN E. CRESPO 외 V. 조선민주주의인민공화국, 사건 번호 1:22-CV-01514. 고소장 접수 통지서. Colleen Kollar-Kotelly 판사는 2023년 9월 26일에 X(이전의 Twitter)에 의한 송달 명령을 발부했습니다. 고소장은 인터넷 http://www.justiceforlod.com에 게시됩니다. 위에 기재된 피고에게 통지가 송달됩니다. 이로써 피고를 소환하며 미국 컬럼비아 특별구 지방법원(333 Constitution Avenue, N.W., Washington D C. 20001) 법원 서기 및 Joshua M. Ambush 법률 사무소(106 Old Court Road, Suite 303, Baltimore, Maryland 21208)에게 소환장 송달 후 60일(송달 당일은 제외) 이내에 고소장에 대한 답변을 송부하도록 요구합니다. 피고가 그렇게 하지 않는 경우, 고소장에서 요구하는 구제를 위해 피고에 대해 궐석 재판을 진행할 수 있습니다. 고소장은 비합법적 살인, 폭행, 구타, 고의적인 정서적 고통에 대한 혐의로 제기되었습니다.

# SERVICE DOCUMENTS

| | |
|---|---|
| LEGAL NOTICE (pdf) | ⬇ Download |
| Korean LEGAL NOTICE (pdf) | ⬇ Download |
| 01ECFComplaintLODII (pdf) | ⬇ Download |
| Korean01ECFComplaintLODII (docx) | ⬇ Download |
| 03ECFSummonsIssuedNorthKorea (pdf) | ⬇ Download |
| Korean03SummonsIssuedNorthKorea (docx) | ⬇ Download |
| NoticeofSuitLODII (pdf) | ⬇ Download |
| KoreanNoticeofSuitLODII (docx) | ⬇ Download |
| 04ECFStandingRulesCourt (pdf) | ⬇ Download |
| FSIA (pdf) | ⬇ Download |

Copyright © 2023 Justice for Lod - All Rights Reserved.