

**United States Department of State**

*Washington, D.C.  20520*



April 10, 2024

Angela D. Caesar
Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC 20001

>       Re:  *Estate of Carmen E. Crespo, et al. v. Democratic People's Republic of Korea*,
>       **1:22-cv-01514-CKK**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Democratic People's Republic of Korea pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

The documents were delivered in New York, NY under cover of U.S. Department of State diplomatic note to the Permanent Mission of the Democratic People's Republic of Korea to the United Nations. The diplomatic note was dated November 27, 2023, and delivered on February 12, 2024.   A certified copy of the diplomatic note is enclosed.*

> Sincerely,

> Jared N. Hess
> Attorney Adviser
> Office of the Legal Adviser
> L/CA/POG/GC

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses.  *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:     Joshua M. Ambush
           Joshua M. Ambush, LLC
           106 Old Court Rd., Ste. 303
           Baltimore, MD 21208



United States Department of State

*Washington, D.C.   20520*

## <u>CERTIFICATION OF DIPLOMATIC NOTE</u>

I, Elizabeth Gracon, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated November 27, 2023, and delivered to the Permanent Mission of the Democratic People's Republic of Korea to the United Nations in New York, NY on February 12, 2024.

Elizabeth Gracon, Managing Director
Directorate of Overseas Citizens Services

April 12, 2024

The Department of State refers the Permanent Mission of the Democratic People's Republic of Korea to the United Nations to the lawsuit *Estate of Carmen E. Crespo, et al. v. Democratic People's Republic of Korea*, 1:22-cv-01514-CKK, which is pending in the U.S. District Court for the District of Columbia.  The Democratic People's Republic of Korea is a defendant in this case.

The Department transmits a Summons and Complaint herewith.  The U.S. District Court for the District of Columbia has requested service of these documents.  This note constitutes transmittal of these documents to the Democratic People's Republic of Korea as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days from the date of transmittal of the Complaint.  In failing to do so, a defendant risks

DIPLOMATIC NOTE

-2-

the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf.  Therefore, the Department requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Democratic People's Republic of Korea with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Complaint, the Department is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states, and certain other court documents that the plaintiff has requested be transmitted.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States.  It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel.  The U.S. government is not a party to this case and cannot represent other parties in this matter.

-3-

Enclosures:

    As stated.

Department of State,

    Washington, November 27, 2023.