**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ESTATE OF CARMEN E. CRESPO, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.  1:22-cv-01514 (CKK) |
| DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, | ) ) ) ) | |
| Defendant. | ) | |

*************************************************************************

**DECLARATION OF HEIR
REGARDING AUTHORITY TO REPRESENT ESTATE**

I, _____ [*print full legal name*], declare under penalty of

perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am over the age of eighteen and am competent to make this declaration. I have

personal knowledge of the matters stated herein and, if called as a witness, could and would testify

competently thereto.

2.    I am an heir of _____ [name of decedent] (the "Decedent"). The

Decedent was either (a) killed or injured in the May 30, 1972 Lod Airport massacre, or (b) an heir

of _____, who was killed or injured in the May 30, 1972 Lod Airport massacre.

3.    My relationship to the Decedent is as follows: I am the Decedent's

_____ [*e.g., son, daughter, grandchild, sibling, spouse*].

4.    The Decedent was domiciled in Puerto Rico at the time of [his/her] death, and the

Decedent's estate is governed by Puerto Rico law. Under Puerto Rico's civil law system, heirs

acquire inheritance rights by operation of law upon the decedent's death, subject to acceptance,

which may be express or tacit, and which I have effected.

5.      I am pursuing causes of action in this litigation on behalf of the Estate of the Decedent and for the benefit of all heirs. Under Puerto Rico law, I am permitted to pursue inherited causes of action on behalf of the Estate without formal appointment as executor or administrator.

6.      To my knowledge, there is no known dispute among the Decedent's heirs regarding my authority to represent the Estate in this litigation. No heir has objected to my serving as the Estate's representative in this matter.

7.      I am aware that the Decedent may have other heirs. I am pursuing these causes of action on behalf of the Estate and all heirs entitled to share in any recovery, consistent with Puerto Rico law treating survivorship actions as benefiting the undivided estate.

8.      Supporting documents establishing my status as an heir, if available, are attached hereto.

9.      I understand that any judgment or award obtained on behalf of the Estate will be subject to distribution among the Decedent's heirs in accordance with Puerto Rico law. This declaration is submitted solely to establish litigation authority and does not constitute an adjudication of heirship, estate administration, or distribution of estate assets.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____, 2026 _____
                                                                                [Signature]