IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF CARMEN E. CRESPO, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No.  1:22-cv-01514 (CKK) |
| DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, | ) ) ) ) |
| Defendant. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **(PROPOSED) ORDER**

Upon consideration of Plaintiffs' Motion for Bifurcated Proceedings, Acceptance of Heir Declarations for Puerto Rico Estates, and Leave to File Evidence Under Seal, and finding good cause therefor, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is further

ORDERED that proceedings in this action are bifurcated pursuant to Federal Rule of Civil Procedure 42(b), with liability to be determined first, followed by individualized damages proceedings; and it is further

ORDERED that, for Puerto Rico estates, heir declarations submitted under penalty of perjury in the form attached to the Motion as Exhibit A are accepted as sufficient to establish litigation authority under Puerto Rico law, which permits an individual heir to pursue the decedent's causes of action on behalf of the undivided estate; and it is further

ORDERED that following the liability determination, Plaintiffs may file damages submissions for family groups whose documentation is complete, while damages proceedings for family groups whose documentation remains pending shall be held in abeyance; Plaintiffs shall file

status reports every ninety (90) days following the Court's liability determination, updating the Court on the progress of pending submissions; and it is further

ORDERED that Plaintiffs are granted leave to file under seal certain sensitive personal information, including home addresses, dates of birth, Social Security numbers, and medical records, with redacted versions filed on the public docket.

    SO ORDERED on this _____ day of _____, 2026

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge