## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF CARMEN E. CRESPO, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.  1:22-cv-01514 |
| DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, | ) ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT ON LIABILITY

Plaintiffs, by and through undersigned counsel, respectfully move for default judgment on liability against Defendant the Democratic People's Republic of Korea ("North Korea"), pursuant to Federal Rule of Civil Procedure 55(b)(2), 28 U.S.C. § 1608(e), and LCvR 7. The Clerk entered default against Defendant North Korea on December 7, 2023 (ECF No. 23). North Korea was thereafter also served through diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) (ECF No. 26), failed to appear or respond, and the Court has recognized that "the DPRK is in default." Mem. Op., ECF No. 35, at 1.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities.

This motion seeks only the common jurisdictional and liability determinations described in the accompanying Memorandum of Points and Authorities; Plaintiffs seek no claimant-specific judgment or damages in this phase. Should the Court enter default judgment as to liability, Plaintiffs are prepared to submit testimonial and documentary evidence as to damages in

subsequent proceedings consistent with the Court's July 22, 2026 Order and Memorandum Opinion.

Dated: August 14, 2026

Respectfully submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush
Bar No. MD27025
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
joshua@ambushlaw.com
Attorney for Plaintiffs