# EXHIBIT 1

# Expert Witness Report on North Korea's Material Support to the Japanese Red Army and the Popular Front for the Liberation of Palestine

## *Estate of Carmen E. Crespo, et al., v. Democratic People's Republic of Korea*

**Mr. Thomas Joscelyn**
Subject Matter Expert at Valens Global
December 19, 2023

1

Table of Contents

I.      Scope of Engagement and Opinion..................................................................... 1

II.     Qualifications ...................................................................................................... 2

III.    The Lod Airport Massacre: A Joint Operation Conducted by the PFLP and the
JRA………………………………………………………………………………..3

IV.     The Cold War Context: The Soviet Union and its Client States, including North
Korea, Sponsored Terrorism........................................................................... 8

    A.     *North Korea's Role in the Soviet Union's Terror Network* ........................................ 8

    B.     *The Soviet Union and its Client States Provided Material Support to the PFLP* ......................... 10

V.      North Korea Provided Terrorist Training for the PFLP and the JRA ...................... 11

VI.     North Korea was the Japanese Red Army's Principal State Sponsor........................ 14

VII.    North Korea Brokered the PFLP-JRA Alliance................................................ 21

    A.     *PFLP Leader Habash's 1970 Speech in P'yongyang, North Korea led to the PFLP-JRA Alliance* 21

    B.     *After Habash's Speech in P'yongyang, the PFLP and JRA Conducted a String of Joint Attacks* ... 23

VIII.   Conclusion ....................................................................................................... 25

# Expert Witness Report on North Korea's Material Support to the Japanese Red Army and the Popular Front for the Liberation of Palestine

## *Estate of Carmen E. Crespo, et al., v. Democratic People's Republic of Korea*

## Mr. Thomas Joscelyn
Subject Matter Expert at Valens Global
December 19, 2023

### I.    Scope of Engagement and Opinion

I have been asked by counsel for plaintiffs in the matter of *Crespo et al. v. Democratic People's Republic of Korea et al.* to assess whether the defendants provided material support, including training, weapons, and safe haven, to the Japanese Red Army (JRA) and the Popular Front for the Liberation of Palestine (PFLP). The JRA and PFLP jointly conducted the May 30, 1972, massacre at the Lod Airport (now known as the Ben-Gurion International Airport) near Tel Aviv, Israel. Specifically, the PFLP recruited three members of the JRA to carry out the attack.

I have concluded that the Democratic People's Republic of Korea ("North Korea") did provide material support to both the JRA and the PFLP for the following reasons:

(1) The Lod Airport massacre was carried out during the height of the Cold War. The context of that era is crucial for understanding how the plot came to fruition. At the time, North Korea was closely allied with the Soviet Union and opposed to the U.S. and its allies, including Israel. The Soviet bloc sponsored communist and other leftwing terrorist groups around the world, including by providing a network of training camps that attracted thousands of recruits. North Korea was a key state sponsor of terrorism in the Soviet Union's network, and its camps were part of a global network that supported groups such as the PFLP, JRA and others.

(2) The PFLP, which planned the Lod Airport attack, was directly sponsored by the Soviet bloc. Archival documents from the Soviet Union show that the KGB backed the PFLP's external operations arm, which was responsible for international terrorist attacks. The KGB specifically sought to maintain plausible deniability while working with the PFLP – that is, the Soviet Union did not want to reveal its guiding hand in the PFLP's operations. I assess that the same is true for North Korea, a totalitarian regime that does not want to advertise the full extent of its relationships with terrorist groups.

(3) North Korea provided direct material support to the PFLP, including weapons and training, and by hosting senior PFLP leaders for a key terrorist meeting prior to the Lod Airport massacre.

(4) North Korea was the main state sponsor of the JRA from the early 1970s onward. North Korea harbored the terrorists responsible for the JRA's first international operation – the March 31, 1970, hijacking of Japan Air Lines Flight 351. North Korea provided material support to the JRA in other ways as well, including by providing its members with safe haven, arms, and training.

(5) North Korea brokered the relationship between the JRA and the PFLP. It is likely that if North Korea did not play this key liaison role, then the PFLP would not have recruited JRA terrorists for the Lod Airport massacre. That is, North Korea's material support for the JRA and the PFLP is causally connected to the Lod Airport attack.

In Section II below, I briefly outline my qualifications. In Section III, I describe the attack on the Lod Airport and explain how we know it was a joint operation conducted by the PFLP and the JRA. In Section IV, I summarize the evidence showing the role played by North Korea in the Soviet Union's network of terrorist groups and patrons. The PFLP was directly supported by this network. And as I show in Section V, members of both the PFLP and the JRA received training in North Korean camps, which were part of the Soviet bloc's network. In Section VI, I demonstrate that North Korea was the key state sponsor of the JRA from the early 1970s onward.  In Section VII, I explain how North Korea brokered the PFLP-JRA alliance, which led directly to the Lod Airport massacre and a string of other attacks. I then briefly restate my conclusions in Section VIII.

## II.    Qualifications

For the past two decades, my professional life has been dedicated to analyzing terrorist and extremist groups, as well as the states that often sponsor them. Currently, I am a non-resident Senior Fellow at the Reiss Center on Law and Security at NYU's School of Law. Prior to that, I was a senior professional staff member on the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol. The Committee hired me, in part, due to my expertise on terrorism and extremism. I am one of the principal authors of the committee's final, 845-page report, which was published by the U.S. Government Publishing Office in December 2022. The report contains an extensive analysis of the extremist groups that led the attack on the U.S. Capitol. I authored and edited that analysis.

Prior to joining the committee, from 2009 until early 2022, I was a senior fellow at the Foundation for Defense of Democracies (FDD) and senior editor of FDD's Long War Journal, a

2

widely read publication dealing with counterterrorism and related issues. Much of my research focused on how foreign terrorist and domestic extremist groups operate. During that time, I testified as an expert witness before Congress on more than 20 occasions, including before the Senate Committee on Foreign Relations, and the Senate Committee on Banking, Housing, and Urban Affairs, as well as the House Homeland Security Committee, the House Foreign Affairs Committee, the House Armed Services Committee, and the House Judiciary Committee. My testimony covered a range of complex counterterrorism and foreign policy issues, including the nefarious roles played by state sponsors of terrorism. A list of the hearings at which I testified is included as Appendix A to this report.

I am the coauthor of a peer-reviewed, academic book on terrorism titled, *Enemies Near and Far: How Jihadist Groups Strategize, Plot and Learn* (Columbia University Press, 2022). In that book, my coauthor and I analyzed how terrorist groups adapt, including by relying on state sponsors of terrorism. Since 2004, I have authored hundreds of articles. At FDD's Long War Journal, I was responsible for publishing multiple articles on terrorism each week, often detailing how states sponsored or supported foreign terrorist groups. My work has been published by *The New York Times*, *The Wall Street Journal* and *Politico*, among others. From 2004 to 2018, I regularly wrote articles for the now-defunct Weekly Standard and I was a contributing editor for that publication from 2017 to 2018. The Daily Beast has described me as one of "the most trusted authorities on the al-Qaeda network because of his encyclopedic knowledge of terrorist biographies." I also previously served as a trainer for the FBI's Counterterrorism Division.

Throughout my career, I have regularly appeared on television to discuss terrorism and related issues. I have appeared on CBS News, CNN, Fox News, and MSNBC. I was also featured on the History Channel's documentary, ISIS: Rise of Terror (2016), and have appeared twice on CBS News' 60 Minutes. I graduated from the University of Chicago with a BA in Economics after three years in 1997, while working a full-time job, and was named to the Dean's List my final year.

**III.    The Lod Airport Massacre: A Joint Operation Conducted by the PFLP and the JRA**

On May 30, 1972, three terrorists attacked the Lod Airport (now known as the Ben-Gurion International Airport) in Tel Aviv, Israel. They retrieved their Czechoslovakian made VZ58 assault rifles from their checked luggage and then began indiscriminately firing at civilians in the baggage

claim area.[1] When their machine gun clips were emptied, they threw grenades at innocent civilians, many of whom had just deboarded Air France Flight 132. The terrorists murdered 26 people, including 17 Puerto Rican religious pilgrims, and wounded dozens more.

There is no dispute over which terrorist groups conducted the attack. The U.S. government and other official sources have long recognized that it was a joint operation carried out by the Popular Front for the Liberation of Palestine (PFLP) and the Japanese Red Army (JRA).[2] The three terrorists were young Japanese men who belonged to the JRA. They had been recruited and trained by the PFLP, a notorious terrorist organization that had previously carried out a string of high-profile airline hijackings. Their training took place in Lebanon, which was then a stronghold for the PFLP and a range of other terrorist groups.

Both the PFLP and the JRA claimed responsibility for their joint operation at Lod Airport. The PFLP attempted to justify the murders, claiming that tourists were legitimate targets. "The mere choice of our occupied territory as a place for tourism is in itself a bias in favor of the enemy," the PFLP declared.[3] The JRA published its claim of responsibility in a Palestinian newspaper, heralding its dedication to the anti-Israeli, anti-Western cause. The JRA's claim of responsibility read:

> We in the Red Army declare anew our preparedness to fight hand-in-hand with the Palestinians and wage joint onslaughts at any time to defeat the Israeli enemy. All of us should not be bound by international laws or by resistance within the framework of these laws… because only revolutionary violence would enable us to defeat imperialists throughout the world… If the imperialists give themselves the right to kill the Vietnamese and the Palestinians, then we should have the right to blow up the Pentagon and kill the imperialists.[4]

After the attack, investigators and journalists identified the key figures in the PFLP and the JRA who were responsible for the Lod Airport operation. Below, I provide brief descriptions of nine PFLP and JRA terrorists who were responsible for the attack. The brief biographies provided here are intended to help illuminate the alliance between the PFLP and the JRA, which, as explained further in the sections below, was brokered by the North Korean government.

---

[1] Ovid DeMaris, *Brothers in Blood: The International Terrorist Network*, (New York, Charles Scribner's Sons, 1977), p. 30.

[2] Office of the Director of National Intelligence (ODNI), "Counterterrorism Guide: Popular Front for the Liberation of Palestine (PFLP)," as of November 2022, available online at: https://www.dni.gov/nctc/ftos/pflp_fto.html. The ODNI notes that May 30, 1972, "PFLP and Japanese Red Army faction gunmen murder two dozen passengers at Israel's Ben-Gurion Airport [sic] International Airport."

[3] DeMaris, p. 30.

[4] William R. Farrell, *Blood and Rage: The Story of the Japanese Red Army*, (Lexington, MA, Lexington Books: 1990), p. 107.

**Dr. George Habash** – the founder and overall leader of the PFLP from 1967 until 2000.[5] Habash reportedly helped plan the Lod Airport attack.[6] The PFLP was established in the immediate aftermath of the Six Day War in 1967.[7] The PFLP combined Arab nationalism with a Marxist-Leninist ideology.[8] In the late 1960s and early 1970s, the PFLP was a key faction within the Palestinian Liberation Organization (PLO).[9] As discussed in Section IV below, North Korea and other countries belonging to the Soviet bloc provided material support to both the PFLP and the PLO. And as demonstrated in Section VII of this report, the relationship between the PFLP and the JRA blossomed after Habash gave a speech in P'yongyang, North Korea in September 1970. Habash had traveled to Peking, China and then P'yongyang, North Korea, "where he had sought more Asian Communist weapons and funds."[10] Contemporaneous reporting shows the North Koreans did arm and train the PFLP as a result. Habash was reportedly impressed with North Korea, seeing it "as the perfect revolutionary" state and sought "to become Palestine's Kim Il Sung."[11] Habash died of natural causes in 2008.[12]

**Dr. Wadi Haddad** – co-founder of the PFLP and the leader of the PFLP's external operations arm, which carried out international terrorist attacks. Haddad oversaw the PFLP's spectacular terrorist operations, including multiple hijackings.[13] One such operation was the July 23, 1968, hijacking of an Israeli El Al airliner departing from Rome. Haddad's terrorists forced the jet to land in Algeria, where the PFLP forced a prisoner exchange with the Israeli government. Many scholars view the 1968 hijacking as an "important milestone in modern international terrorism and especially in the advent of air terrorism," because the PFLP demonstrated that air passengers could be held until they were

---

[5] Office of the Director of National Intelligence (ODNI), "Counterterrorism Guide: Popular Front for the Liberation of Palestine (PFLP)," as of November 2022, available online at: https://www.dni.gov/nctc/ftos/pflp_fto.html.
[6] DeMaris, p. 30.
[7] Office of the Director of National Intelligence (ODNI), "Counterterrorism Guide: Popular Front for the Liberation of Palestine (PFLP)," as of November 2022, available online at: https://www.dni.gov/nctc/ftos/pflp_fto.html.
[8] Office of the Director of National Intelligence (ODNI), "Counterterrorism Guide: Popular Front for the Liberation of Palestine (PFLP)," as of November 2022, available online at: https://www.dni.gov/nctc/ftos/pflp_fto.html.
[9] Office of the Director of National Intelligence (ODNI), "Counterterrorism Guide: Popular Front for the Liberation of Palestine (PFLP)," as of November 2022, available online at: https://www.dni.gov/nctc/ftos/pflp_fto.html.
[10] "Drama of the Desert: The Week of the Hostages," Time, September 21, 1970; available at: https://content.time.com/time/subscriber/article/0,33009,942267-2,00.html.
[11] Christopher Dobson, *Black September: Its Short, Violent History*, (Macmillan Publishing Co., Inc., New York, 1974), p. 73.
[12] Office of the Director of National Intelligence (ODNI), "Counterterrorism Guide: Popular Front for the Liberation of Palestine (PFLP)," as of November 2022, available online at: https://www.dni.gov/nctc/ftos/pflp_fto.html.
[13] Raymond H. Anderson, "Wadi Haddad, Palestinian Hijacking Strategist, Dies," The New York Times, April 2, 1978; available at: https://www.nytimes.com/1978/04/02/archives/wadi-haddad-palestinian-hijacking-strategist-dies-directed-first.html.

exchanged as hostages.[14] The PFLP went on to conduct a string of other high-profile hijackings and terrorist attacks. In September 1970, PFLP terrorists simultaneously hijacked four airliners destined for New York City and London. The PFLP's hijackers forced three of the airliners to be flown to the remote "Dawson's Field" in the desert of Jordan. After deboarding the passengers, the PFLP blew up the aircraft.[15] Haddad also planned the Lod Airport massacre and oversaw the training of the three JRA terrorists who were responsible.[16] Along with Habash, Haddad brokered the PFLP's alliances with other communist and leftwing terrorist groups, including the JRA.[17] As discussed in Section IV below, archival documents show that he worked with the Soviet Union's main intelligence arm, the feared KGB.

**Ilich Ramírez Sánchez (also known as "Carlos the Jackal")** – one of the most wanted terrorists in the world during the 1970s and 1980s. Sánchez, a Venezuelan, worked for the PFLP.[18] Sánchez supplied the JRA's terrorists with the Czech-produced VZ58 machine guns and grenades used in the Lod Airport attack, and he showed the three JRA terrorists how to use them.[19] He also worked with the JRA in other terrorist operations.[20]

**Shigenobu Fusako** – the leader of the JRA. Shigenobu moved to Lebanon to work with the PFLP in the early 1970s.[21] She helped produce propaganda celebrating the JRA's alliance with the PFLP, including a film titled, "Declaration of World War by the Red Army and the PFLP."[22] Shigenobu and the JRA shared the same Communist roots as the PFLP. In her memoirs, Shigenobu quoted the founder of the Chinese Communist Party (CCP) as saying: "Without a people's army, the people have nothing" and "only with guns can the whole world be transformed."[23] Under Shigenobu's leadership, and with the assistance of "Carlos the Jackal" and the PFLP, the JRA established terror

---

[14] Dan Porat, "The Hijacking of El Al Flight 426: The Advent of Air Terrorism," *Journal of Contemporary History*, Volume 57 Issue 4, October 2022, available at: https://journals.sagepub.com/toc/jcha/57/4.

[15] Homeland Security Digital Library, "Dawson's Field Hijackings," available at: https://www.hsdl.org/c/tl/dawsons-field-hijackings/.

[16] Raymond H. Anderson, "Wadi Haddad, Palestinian Hijacking Strategist, Dies," The New York Times, April 2, 1978; available at: https://www.nytimes.com/1978/04/02/archives/wadi-haddad-palestinian-hijacking-strategist-dies-directed-first.html. See also: DeMaris, p. 159.

[17] DeMaris, p. 159.

[18] Raymond H. Anderson, "Wadi Haddad, Palestinian Hijacking Strategist, Dies," The New York Times, April 2, 1978; available at: https://www.nytimes.com/1978/04/02/archives/wadi-haddad-palestinian-hijacking-strategist-dies-directed-first.html. See also: DeMaris, pp. 26, 30-32.

[19] DeMaris, p. 32.

[20] DeMaris, p. 32.

[21] Farrell, p. 106.

[22] DeMaris, p. 31.

[23] DeMaris, p. 27.

cells in Europe.[24] She was married to one of the Lod Airport attackers, Tsuyoshi Okudaira, apparently so that she could use his last name while traveling abroad.[25] In an interview published in 1985, Shigenobu explained that she was the last person to meet with the three JRA terrorists before they carried out the Lod Airport massacre.[26] Shigenobu remained free until 2000, when she was arrested in Osaka, Japan.[27] She was convicted on terrorism charges and jailed until her release from prison in 2022.[28]

**Tsuyoshi Okudaira** – one of the three JRA terrorists responsible for the murders at the Lod Airport. Okudaira was married to Shigenobu and was trained by the PFLP in Lebanon for the mission at Lod Airport.[29] He was killed when his own grenade decapitated him during the attack at Lod Airport.[30]

**Yasuyuki Yasuda** – one of the three JRA terrorists who attacked the Lod Airport. He was trained by the PFLP in Lebanon.[31] Yasuda was killed in the crossfire from his fellow JRA terrorists during the Lod Airport attack.

**Kozo Okamoto** – the only JRA terrorist who survived the Lod Airport attack. His brother was part of a nine-person JRA team who had hijacked a Japanese airliner in 1970. Those nine JRA terrorists, commonly known as the "Yodo-go" hijackers (discussed below in Section VI) demanded that the hijacked airliner be flown to North Korea. They were harbored by the North Korean government for decades after the fact. Kozo Okamoto was recruited for terrorism by PFLP members who visited Japan, including Leila Khaled, an infamous PFLP member who helped carry out a series of hijackings.[32] The PFLP recruiters showed Kozo the propaganda film Shigenobu helped produce in Lebanon.[33] Kozo and others then flew to Beirut and made their way to a PFLP training camp, where they were "instructed in handling explosives and machine guns."[34] Kozo and the two other JRA terrorists then flew to Paris and Rome, where they acquired their arms from the PFLP and caught

---

[24] DeMaris, pp. 32-34; Farrell, p. 106.
[25] DeMaris, p. 29.
[26] Farrell, p. 138.
[27] "Japanese Red Army founder Shigenobu freed after 20 years," BBC News, May 28, 2022, available at: https://www.bbc.com/news/world-asia-61615018.
[28] "Japanese Red Army founder Shigenobu freed after 20 years," BBC News, May 28, 2022, available at: https://www.bbc.com/news/world-asia-61615018.
[29] Farrell, pp. 135-136.
[30] DeMaris, pp. 30-31.
[31] Farrell, p. 135.
[32] DeMaris, p. 31.
[33] DeMaris, p. 31; Dobson, p. 73.
[34] DeMaris, p. 31.

their flight to the Lod Airport.[35] Their luggage was not searched, so their guns and grenades went undetected.[36] Twenty-eight people were killed, and dozens wounded, as a result. Kozo was tackled by an unarmed El Al employee and disarmed.[37] While in Israeli custody, Kozo explained that the JRA's alliance with the PFLP was "a means for propelling ourselves onto the world stage," boasting that the two groups "collaborate," while claiming that the JRA would provide the "spiritual fervor" necessary to "stir up the Arab world."[38]

At first blush, it may seem odd that Japanese terrorists would be willing to die for the PFLP's cause. Indeed, one of the survivors of the Lod Airport massacre reportedly asked afterwards: "How does it happen that Japanese kill Puerto Ricans because Arabs hate Israelis?"[39] After all, the Japanese were seemingly distant, both ideologically and geographically, from the conflicts then raging in the Middle East. The remainder of this report explains how the JRA allied with the PFLP. Their ideological views were similar, as both drew on communist doctrine. And the two groups shared a common patron. Indeed, North Korea played a key role in bringing the PFLP and the JRA together in the early 1970s.

## IV.     The Cold War Context: The Soviet Union and its Client States, including North Korea, Sponsored Terrorism

### A.   *North Korea's Role in the Soviet Union's Terror Network*

The Lod Airport attack was carried out at the height of the Cold War. At the time, the Soviet Union and allied nations supported a worldwide network of communist and leftwing terrorist groups. The Soviet Union and allied states, including North Korea, provided training, arms and safe haven for terrorist groups that targeted America's interests and allies. The Soviet Union's chief intelligence arm, the KGB, as well as the intelligence services of the Soviet Union's client states, including North Korea, sponsored terrorist groups as part of their anti-Western agenda. North Korea's role in the Soviets' terror network was recognized by the U.S. government – namely, the Central Intelligence Agency (CIA) and the State Department.

The CIA and other U.S. intelligence agencies assessed the scope of the Soviet Union's support for communist terrorists and guerillas in a pair of National Intelligence Estimates (NIEs) authored in

---

[35] DeMaris, pp. 31-32; Dobson, pp. 73-74.
[36] Dobson, pp. 73-74.
[37] Dobson, p. 71.
[38] Dobson, p. 74.
[39] Dobson, p. 71.

1981 and 1986.[40] Both NIEs cited the Soviets' support for the PLO and the PFLP. The CIA explained the Soviets' support for terrorism thusly:

> The Soviet leaders' approach to terrorism derives from their broader view that violence is a basic, legitimate tool of political struggle to be applied or sponsored in those settings where its use will benefit the USSR. As a result, the Soviets have no moral compunctions about supporting foreign insurgent and terrorist groups; the primary consideration is whether the activities of these groups further Soviet interests.[41]

The Soviet Union did not support communist revolutionaries and terrorist groups on its own. Rather, the Soviets relied "heavily on intermediaries in their efforts to advance revolution, particularly in the Third World." The CIA assessed that North Korea was among the states serving as Soviet "conduits" and "channeled Soviet arms and/or funds to the perpetrators of revolutionary violence."[42] The CIA also pointed to the roles played by Muammar Gaddafi's Libyan regime and Hafez Assad's Syrian regime in sponsoring terrorism, noting that both Libya and Syria were "fundamentally dependent" upon the Soviet Union.[43]

Similarly, the U.S. State Department recognized that North Korea, Libya and Syria were part of the Soviets' terror network. In its *Patterns of Global Terrorism: 1988,* the State Department reported:

> The Soviets continued to provide arms, training. and materiel and diplomatic support to a range of states and groups linked to terrorism. Several countries that support terrorism-such as Libya, Syria, and North Korea-are Soviet allies. The Soviets have been reluctant thus far in taking concrete measures to discourage terrorist acts by groups or terrorism-supporting states with which Moscow has influence. For example, in the ICAO and the UN, the Soviets publicly defended North Korea against claims that it was responsible for the destruction of KAL Flight 858, despite considerable evidence to the contrary…[44]

In Section VII of this report, I evaluate several joint PFLP-JRA terrorist operations that were conducted in the early 1970s. It should be noted that one or more of these three same Soviet allies – North Korea, Libya and Syria – played a role in each of those plots, mainly by providing safe haven or passage for the terrorists. This is no coincidence. It demonstrates the degree to which the PFLP,

[40] Director of Central Intelligence, "Soviet Support for International Terrorism and Revolutionary Violence," May 27, 1981, ("1981 NIE") available at: https://www.cia.gov/readingroom/docs/CIA-RDP90T00155R000200010009-2.pdf; Director of Central Intelligence, "The Soviet Bloc Role in International Terrorism and Revolutionary Violence," August 1986, ("1986 NIE") available at: https://www.cia.gov/readingroom/docs/DOC_0000518060.pdf.

[41] 1986 NIE, p. 5.

[42] 1981 NIE, p. 11.

[43] 1986 NIE, p. 7.

[44] United States Department of State, *Patterns of Global Terrorism: 1988*, March 1989, p. 56

the JRA and like-minded groups were dependent upon the patronage of the Soviet Union and allied nations.

B.  *The Soviet Union and its Client States Provided Material Support to the PFLP*

The Soviet Union and its client states provided material support to the Palestinian Liberation Organization (PLO) and the PFLP, one of the PLO's leading factions, throughout the 1970s. The PFLP, in turn, recruited Japanese Red Army (JRA) members to carry out the attack on the Lod airport. As explained further in the sections below, North Korea, a Soviet client state, provided its own direct material support to the PFLP and the JRA.

As discussed above, the CIA published National Intelligence Estimates (NIEs) in 1981 and 1986 detailing how the Soviet Union and its client states supported terrorism. Both NIEs cited examples of the types of support provided to the PLO and the PFLP. The Soviets "openly and directly" supported the PLO,[45] while the Soviets and allied nations provided "paramilitary training," "[t]ransit and [s]afehaven," and "arms" to the PFLP.[46]

Archival documents produced by the KGB and other parts of the Soviet government demonstrate that the KGB sought to conceal its direct hand in the PFLP's operations. A key figure in this relationship was Dr. Wadi Haddad, the deputy leader of the PFLP. In addition to serving as the number two in the PFLP, Haddad reportedly masterminded a string of high-profile terrorist attacks, including the Lod Airport massacre.[47] Soviet correspondence shows that the KGB began working with Haddad by 1968. A summary memo prepared for Leonid Brezhnev, the General Secretary of the Communist Party of the Soviet Union, described the KGB's relationship with Haddad thusly:

> Since 1968 the Committee for State Security has been in secret contact with Wadi Haddad, a member of the Politburo of the PFLP and the head of the External Operations for the PFLP.  When he met the KGB chief for the Lebanon region last April, Wadi Haddad revealed in confidence the PFLP program for subversive activities and terrorism, the main points of which are listed below.[48]

---

[45] 1986 NIE, p. 5.

[46] 1981 NIE, pp. 10-12.

[47] Raymond H. Anderson, "Wadi Haddad, Palestinian Hijacking Strategist, Dies," *The New York Times*, April 2, 1978, available at: https://www.nytimes.com/1978/04/02/archives/wadi-haddad-palestinian-hijacking-strategist-dies-directed-first.html.

[48] See Rémi Kauffer's essay, "Communism and Terrorism," in *The Black Book of Communism*. Stephane Courtois, et. al, The Black Book of Communism: Crimes, Terror, Repression (Cambridge, MA, Harvard University Press, 1999), p. 356.

The KGB memo then included a "list of terrorist groups in Israel and planned subversive actions against Israeli territory, attacks against diamond companies and Israeli diplomats, and sabotage of oil refineries and supertankers in Saudi Arabia, the Persian Gulf, and even Hong Kong."[49] The KGB report elaborated:

> W. Haddad asks us to help his organization obtain certain special materials that are indispensable for subversive actions of this type. While he cooperates with us and asks us for help, W. Haddad is well aware that in principle we disapprove of terror, and he asks nothing of us with regard to PFLP activities. The nature of our relationship with W. Haddad allows us to a certain extent to control the activities of the External Operations Command of the PFLP, to exert on it an influence beneficial to the Soviet Union, and to use the forces of this organization to carry out active operations in the appropriate manner when they are in our interest. [50]

The KGB referred to Haddad as agent "NATSIONALIST." [51] In another message, authored in 1970, Yuri Andropov, the head of the KGB from 1967 to 1982, reported to Leonid Brezhnev, the General Secretary of the Communist Party of the Soviet Union:

> The nature of our relations with W. Haddad enables us to control the external operations of the PFLP to a certain degree, to exert influence in a manner favorable to the Soviet Union and also to carry out active measures in support of our interests through the organization's assets while observing the necessary conspiratorial secrecy.[52]

The details above demonstrate that the PFLP, the main group responsible for the Lod Airport massacre, received material support from the Soviet Union.  In the sections that follow, I demonstrate how North Korea, a Soviet ally, provided its own direct material support to both the JRA and the PFLP.

## V.    North Korea Provided Terrorist Training for the PFLP and the JRA

A key element of state sponsorship of terrorism is training. Terrorist groups often lack the tactical expertise or other know-how to carry out attacks on their own. The Soviet Union and allied states filled, including North Korea, filled this void.

---

[49] *The Black Book of Communism*, p. 356.
[50] *The Black Book of Communism*, p. 356.
[51] Christopher Andrew and Vasili Mitrokhin, *The Sword and the Shield: The Mitrokhin Archive and the Secret History of the KGB*, (Basic Books, New York, 1999), p. 380.
[52] Andrew and Mitrokhin, *The Sword and the Shield*, p. 380.

In 1975, Brian Crozier, the founder of the Institute for the Study of Conflict in London, testified before the U.S. Congress. Crozier's testimony largely focused on how the Soviets' terror network operated, including the role played by North Korea within it. Crozier explained that the "Lenin Institute," which was based in Moscow and "controlled by the Central Committee of the Soviet Communist Party," provided classes for terrorists and guerillas around the world. The courses ran "about six months," with "some 300 to 600 men and some women" enrolled. The Institute accepted students from Latin America, Arab countries, as well as recruits from Asian, African, and European nations. "Apart from armed and unarmed combat and guerila war, students are instructed in illegal operations, social psychology, open and clandestine Communist Party journalism, the subversive use of posters, radio, television and other information media, public speaking, and Marxist-Leninist ideology," Crozier explained.[53]

The Soviets' "intensive training facilities" were "supplemented by extensive guerrilla [centers] in North Korea," Crozier testified. While some of the communist recruits would "go to the Lenin Institute; many of the others are sent to North Korea." Crozier estimated that, between 1968 and 1975, "2,500 terrorists and guerrillas" were "trained in the North Korean camps, which accommodate about 200 at a time and are controlled by the Defense Ministry in Pyongyang."[54] Crozier listed North Korea as one of the Soviet client states most "actively engaged in revolutionary violence or assistance to terrorists," pointing out that the North Korean embassy in Berlin was used to channel Soviet arms shipments to terrorist groups.[55] Crozier also testified that JRA members "had been trained in North Korea."[56]

According to Joseph S. Bermudez, Jr., an expert on North Korea and its support for terrorists, the North Korean government operated its own training camps, while also sending trainers to Libya and South Yemen. The North Korean regime provided training for both the PFLP and the JRA in

---

[53] *Terroristic Activity: International Terrorism Hearings Before the Subcommittee to Investigate the Administration of the Internal Security Act and Other Internal Security Laws of the Committee on the Judiciary United States Senate*, Part 4, 94th Cong. First Session (1975) (Testimony of Brian Crozier, Director of the Institute for the Study of Conflict, London, England), p. 194.
[54] *Terroristic Activity: International Terrorism Hearings Before the Subcommittee to Investigate the Administration of the Internal Security Act and Other Internal Security Laws of the Committee on the Judiciary United States Senate*, Part 4, 94th Cong. First Session (1975) (Testimony of Brian Crozier, Director of the Institute for the Study of Conflict, London, England), p. 194.
[55] *Terroristic Activity: International Terrorism Hearings Before the Subcommittee to Investigate the Administration of the Internal Security Act and Other Internal Security Laws of the Committee on the Judiciary United States Senate*, Part 4, 94th Cong. First Session (1975) (Testimony of Brian Crozier, Director of the Institute for the Study of Conflict, London, England), p. 191, 193.
[56] *Terroristic Activity: International Terrorism Hearings Before the Subcommittee to Investigate the Administration of the Internal Security Act and Other Internal Security Laws of the Committee on the Judiciary United States Senate*, Part 4, 94th Cong. First Session (1975) (Testimony of Brian Crozier, Director of the Institute for the Study of Conflict, London, England), p. 183.

12

each of these three locations. At the time, the PFLP was a faction within the PLO. North Korea provided training to the PLO as well.

Bermudez explains that there was a "dramatic increase" in North Korea's support for Palestinian terrorists after the "Black September" of 1969. That month, the Jordanian government, which had long harbored Palestinian terrorist groups, turned on them by launching military operations that effectively defeated these same organizations inside Jordan.[57] It was at this point that the PLO and the PFLP turned to North Korea for additional assistance. And the North Korean government was willing to oblige. "Supporting the PLO now apparently became a major goal of [North Korea] in the Middle East," Bermudez writes.[58] In August 1970, a PLO delegation visited North Korea, as well as China and North Vietnam. The delegation was personally "greeted" by Kim Il-Sung, the leader of North Korea at the time, in P'yongyang.[59] During the visit, the North Korean government promised "increased assistance" for the PLO, including "the training of PLO members within" North Korea. The following month, in September 1970, George Habash (the leader of the PFLP) visited P'yongyang himself. (Habash's visit, a key event in this case, is discussed further below.) Also in September 1970, the deputy chief-of-staff of the Korean People's Army (KPA) - that is, the North Korean military - visited camps in Lebanon and pledged North Korea's "full support" for the Palestinian cause.[60] As a result of these PFLP and PLP "delegations and agreements," a "steady stream of PLO members" traveled to North Korea for training, "with many of the future leaders of the Palestinian movement receiving training" there.[61] More than 200 PLO members were trained in North Korea between 1970 and 1972.[62] The training lasted approximately "three-to-five months" in camps near P'yongyang, where they could mingle with terrorists from other countries around the globe. One of North Korea's trainees was Muhammad Da'ud Awda (a.k.a. Abu Da'ud), who went on to help plan the "Black September" attack on Israeli athletes in Munich during the Summer Olympics in September 1972.[63] The "Black September" organization that carried out that attack took multiple Israelis hostage and,

---

[57] Joseph S. Bermudez, Jr., *Terrorism: The North Korean Connection*, (Crane Russak, New York, 1990), p. 102.
[58] Bermudez, Jr., p. 102.
[59] Bermudez, Jr., p. 102.
[60] Bermudez, Jr., p. 102.
[61] Bermudez, Jr., p. 102.
[62] Bermudez, Jr., p. 103.
[63] Bermudez, Jr., p. 103.

tellingly, demanded that imprisoned members of the JRA (along with other jailed terrorists) be released.[64]

The North Korean government provided training for Palestinian terrorists in other countries overseen by Soviet clients and allies, including Libya, South Yemen and the Syrian-controlled Bekaa Valley of Lebanon. "DPRK advisors have provided training to large numbers of foreign terrorists and guerrillas in Libyan-operated training camps," Bermudez writes.[65] The PFLP, JRA and PLO were among the organizations to have "received training" from North Korea in those camps. [66] North Korea's trainers traveled to South Yemen (then a Soviet client state known as the People's Democratic Republic of Yemen, or PDRY) as well. "During 1970-1972," Bermudez writes, "it is believed that a team of approximately 10-30 [North Korean] guerrilla warfare instructors provided training" in South Yemen "to a number of terrorist and revolutionary organizations, including the Japanese Red Army, PLP, PFLP, [Eritrean Liberation Front], and others." [67] Barry Rubin, an expert on Middle Eastern terrorism, has similarly written that the North Koreans sent soldiers to Lebanon to train terrorists as well. "In Lebanon during the 1970s and in Libya and Syria from the 1980s down to the present," Rubin has explained, "North Korean soldiers have also trained terrorists from many groups including the Basque Spanish ETA, Palestinian Abu Nidal organization, Irish Republican Army, Italian Red Brigades, Japanese Red Army, Moro Liberation Front in the Philippines, Turkish radicals, and others."[68]

## VI.    North Korea was the Japanese Red Army's Principal State Sponsor

The Japanese Red Army (JRA) was established in 1969.[69] The organization was also known as the Anti-Imperialist International Brigade (AIIB), Nippon Sekigun, Nihon Sekigun, the Holy War Brigade, the Anti-War Democratic Front, as well as the Red Army Faction and the United Red Army.[70]

---

[64] Department of the U.S. Air Force, "Chronology, Acts of International and Transnational Terrorism Against U.S. Citizens or Interests, 1950-1979," declassified Mar. 27, 2018; available at: https://www.secretsdeclassified.af.mil/Portals/67/Project2/Chronology%20on%20Acts%20of%20International%20an d%20Transnational%20Terrorism.pdf?ver=2019-04-12-101038-840.

[65] Bermudez, Jr., pp. 100-101.

[66] Bermudez, Jr., pp. 100-101.

[67] Bermudez, Jr., p. 105.

[68] Barry Rubin, "North Korea's Threats to the Middle East and the Middle East's Threats to Asia," in "Asia Book," The Middle East Review of International Affairs (2005); (http://meria.idc.ac.il/books/brkorea.html).

[69] Bermudez, Jr., p. 151.

[70] U.S. Department of State, Office of the Coordinator for Counterterrorism, "Background Information on Foreign Terrorist Organizations," October 8, 1999, available at: https://2001-2009.state.gov/s/ct/rls/rpt/fto/2801.htm. See also: Farrell, p. 257.

However, I refer to it simply as the Japanese Red Army (JRA), the name by which it is most commonly known, throughout this report. The JRA was founded with the goal of overthrowing the Japanese government and monarchy and led by Shigenobu Fusako.[71] Ms. Fusako was married to Okudaira Takeshi, one of the three JRA terrorists responsible for the Lod Airport massacre. In addition to the attack at Lod Airport, the JRA conducted a series of other international terrorist attacks throughout the 1970s, often in conjunction with the PFLP.[72]

North Korea was the main state sponsor of the JRA since its inception. As Rémi Kauffer explains in the *Black Book of Communism*, the JRA was "[c]reated at the end of the 1960s, when student radicalism in Japan was at its height and Maoism was in the air." The JRA "quickly made contact with North Korean agents (the Korean community is quite large throughout the Japanese archipelago)" and the North Korean "agents passed instructions [to] their [JRA] cadres and brought the arms the JRA was lacking."[73]

The JRA's first major international terrorist attack came on March 31, 1970, when a team of nine JRA members hijacked Japan Airlines Flight 351 from Tokyo to Fukuoka. In Japan, the hijacked airplane was known as the "Yodo-go," and the JRA's hijackers have been known as the "Yodo-go" hijackers ever since.[74] The JRA's men took 129 hostages, including 122 passengers and seven members of the flight's crew. Though no one was killed, the JRA hijackers were "armed with Japanese swords, steel pipes, and bombs."[75] They released some of the passengers at the airport in Fukuoka, and then others after landing in South Korea. After being informed that they could not reach Cuba, the JRA's hijackers demanded that the commandeered jet be flown to North Korea.

The JRA's "Yodo-go" hijackers were harbored by the North Korean government, which refused to turn them over. The North Korean regime may not have had prior knowledge of the hijacking, and some accounts claim that the hijackers' intended destination was Cuba.[76] Regardless, the "Yodo-go" hijackers enjoyed North Korea's protection for decades after the fact. And the JRA's hijacking team quickly trumpeted North Korea's cause. Indeed, the JRA's terrorists "explained the

---

[71] U.S. Department of State, Office of the Coordinator for Counterterrorism, "Background Information on Foreign Terrorist Organizations," October 8, 1999, available at: https://2001-2009.state.gov/s/ct/rls/rpt/fto/2801.htm..

[72] U.S. Department of State, Office of the Coordinator for Counterterrorism, "Background Information on Foreign Terrorist Organizations," October 8, 1999, available at: https://2001-2009.state.gov/s/ct/rls/rpt/fto/2801.htm..

[73] *The Black Book of Communism*, p. 357.

[74] Japan's National Police Agency, "Movements of the Japanese Red Army and the 'Yodo-Go' Group," p. 12; available at: https://www.npa.go.jp/archive/keibi/syouten/syouten271/english/pdf/sec03.pdf.

[75] Japan's National Police Agency, "Movements of the Japanese Red Army and the 'Yodo-Go' Group," p. 12; available at: https://www.npa.go.jp/archive/keibi/syouten/syouten271/english/pdf/sec03.pdf.

[76] Bermudez, Jr., p. 152.

hijacking as an attempt to express solidarity with the North Koreans and to dramatize the supposed economic and political collusion of Japan, the United States, and the South Korean government against both North Korea and the oppressed people of South Korea."[77] And one JRA leader claimed, "I think we succeeded. Our objective was to reach North Korea. We had no advanced contacts with the North Koreans, yet now it is clear that they are going to let our people stay there."[78]

The "Yodo-go" hijacking proved to be a seminal event in the history of North Korea's sponsorship of the JRA. According to Bermudez, Jr., the hijacking led "to the development of a deeper…relationship" between North Korea and the JRA.[79] In the years that followed, North Korea provided sanctuary for other JRA members who carried out international terrorist attacks. The JRA "provided a channel through which" North Korea was "able to establish and/or maintain contacts to many terrorist groups."[80] And the North Korean government has used "JRA-initiated connections to funnel money and material support" to various other terrorist groups.[81]

There were direct connections between the JRA's "Yodo-go" hijackers and the three terrorists who attacked the Lod Airport. Takashi Okamoto was one of the nine "Yodo-go" hijackers. His younger brother, Kozo Okamoto, was one of the three JRA terrorists who attacked the Lod Airport. Takashi was harbored by the North Korean intelligence service at the time that his brother committed to assist the JRA and PFLP.

North Korea continued to sponsor the "Yodo-go" hijackers long after they commandeered the Japanese airliner. In December 1986, a Japanese student journalist named Kono Sei interviewed two members of the "Yodo-go" group, Takamaro Tamiya and Wakabayashi Moriaki, in Beijing, China. It quickly became apparent that the "Yodo-go" group was under the North Korean Intelligence Service's strict control. Kono did a follow-up interview in Beijing, which led to a third meeting in P'yongyang. On January 27, 1987, Kono arrived in the Korean capital and met with two of the "Yodo-go" hijackers, Moriaki and Konishi Takahiro. Kono was treated to a "few days of sightseeing and discussions," but the North Korean regime then began to indoctrinate Kono. After initially resisting the North Korean brainwashing, Kono relented and received months of indoctrination. Kono was finally allowed to leave for his native Japan in September 1987. The flight arrangements took Kono

---

[77] Patricia Steinhoff, "Portrait of a Terrorist: An Interview with Kozo Okamoto," *Asian Survey*, University of California Press, Sep., 1976, Vol. 16, No. 9 (Sep. 1976), p. 831.
[78] Bermudez, Jr., p. 152.
[79] Bermudez, Jr., p. 152.
[80] Bermudez, Jr., p. 152.
[81] Bermudez, Jr., p. 153.

from P'yongyang to Moscow and then Vienna, before finally arriving back in Japan. When Kono asked why it was necessary for him to travel all the way to Vienna, a member of the "Yodo-go" group revealed that they had visited the European city. This was a noteworthy admission, as it indicated that the North Korean government was facilitating the travels of JRA members. Based on this information, as well as "additional data gained from examination of the entry stamps on the passports carried by another" JRA member, the Japanese police concluded that the JRA members harbored in North Korea were in fact working with other members of the group based abroad.[82] This was a noteworthy conclusion as well, as it meant that the North Korean regime was facilitating the operations of JRA members far outside of its borders.

Japanese and South Korean officials worried the following year that the JRA was planning to attack the 1988 Summer Olympics hosted in Seoul. Tamiya Takamaro, the same member of the JRA's "Yodo-go" group who met with Kono, issued a not-so-thinly veiled threat from his refuge in North Korea. On March 31, 1988, Tamiya stated in a message: "on the 18th anniversary of the *Yodo* hijacking…We have not been sleeping…We have been preparing for battle. The preparations are completed. If we are told to fight in Japan, we will fight, and if we are told to do it internationally, we will do so." Japanese officials concluded that while the "Yodo-go" group had previously had a falling out with the JRA comrades stationed elsewhere, there were indications that "there had been a reconciliation recently, and this is an important change in the situation."[83]

The U.S. State Department recognized North Korea's ongoing support for the JRA in its *Patterns of Global Terrorism* for 1988. "During 1988, the JRA maintained its worldwide operations, including sustaining links to Libya and North Korea," the State Department explained. While "the majority" of the JRA's "members are located in Lebanon's Bekaa Valley," the State Department warned that they "may have reestablished links to the original Japanese Red Army Faction, now based in North Korea."[84] The State Department added that "North Korea supported at least some members of the JRA," pointing out that a "faction of the group," meaning the "Yodo-go" hijackers, was "based in P'yongyang." In addition, "Japanese police believe[d] that Yasuhiro Shibata, a JRA member arrested in Tokyo in May, was 'run' by North Korean intelligence agents." Shibata had adopted "the identity of a former North Korean resident of Japan who had immigrated to North Korea in 1972." Japanese

---

[82] Farrell, p. 216.
[83] Farrell, pp. 216-217.
[84] U.S. Department of State, *Patterns of Global Terrorism: 1988*, March 1989, p. 46.

17

police were also "tracking attempts by North Korean spy rings to acquire Japanese passports, some of which have been passed to the JRA in the past."[85]

The State Department noted North Korea's sponsorship of the JRA once again in its *Patterns of Global Terrorism* for 1989: "JRA members continued to travel in or through Western and Eastern Europe and Southeast and Northeast Asia to maintain links to other terrorist groups as well as North Korea and possibly with Libya."[86] The State Department added that North Korea "has continued to provide haven to a small group of Japanese Red Army members who hijacked a JAL airliner to North Korea in 1973."[87]

The North Korean regime continued to sponsor the JRA's "Yodo-go" hijackers well into the 1990s. In March 1996, Yoshimi Tanaka, a senior member of the hijacking team was arrested in Cambodia on charges related to counterfeiting currency. The U.S. State Department noted the arrest in its Patterns of Global Terrorism report for 1996: "Tanaka was captured while carrying a North Korean diplomatic passport and in the company of several North Korean diplomats. P'yongyang admitted publicly that Tanaka was a 'Yodo-go' member, did not dispute the counterfeiting charges, and refused to take up his defense."[88]

The U.S. State Department designated the JRA as a Foreign Terrorist Organization (FTO) on October 8, 1997.[89] Shingenobu, the group's founder and leader, was arrested in November 2000 and, in early 2001, released a statement claiming that the JRA had disbanded.[90] The U.S. then removed the JRA from its official list of FTOs on October 8, 2001.[91]

North Korea remained a U.S.-designated state sponsor of terrorism. In February 2000, the U.S. government reportedly presented North Korea with four steps that would be necessary for its

---

[85] U.S. Department of State, *Patterns of Global Terrorism: 1988*, March 1989, p. 58.

[86] U.S. Department of State, *Patterns of Global Terrorism: 1989*, April 1990, p. 37; available online at: https://www.ojp.gov/pdffiles1/Digitization/125318NCJRS.pdf.

[87] U.S. Department of State, *Patterns of Global Terrorism: 1989*, p. 47. In addition, the State Department implicated North Korea in other terrorist acts, writing: "North Korea also continued supplying training and possibly materiel to communist guerrillas in the Philippines in 1989. North Korea remains on the list of state sponsors of terrorism because of its responsibility for the November 1987 destruction of a South Korean airliner and the 1983 terrorist attack against Republic of Korea officials in Rangoon, Burma."

[88] United States Department of State, *Patterns of Global Terrorism: 1988*, *Overview of State-Sponsored Terrorism*, available online at: https://1997-2001.state.gov/global/terrorism/1996Report/overview.html.

[89] U.S. Department of State, "Foreign Terrorist Organizations," available at: https://www.state.gov/foreign-terrorist-organizations/.

[90] Office of the Director of National Intelligence (ODNI), *Counter Terrorism Guide, Historic Timeline*, available at: https://www.dni.gov/nctc/timeline.html.

[91] U.S. Department of State, "Foreign Terrorist Organizations," available at: https://www.state.gov/foreign-terrorist-organizations/.

removal from this list.[92] One of the steps required the North Korean government to "address issues of past support of terrorism." Japan strongly encouraged the U.S. to require a redress from North Korea with respect to the kidnapping of Japanese citizens, as well as P'yongyang's harboring of the JRA's "Yodo-go" hijacking group. A State Department official stated on April 25, 2000, that "resolving this issue as an important step in addressing [U.S.] concerns about North Korean support of terrorism." [93] The issue was not resolved, and North Korea remained a U.S.-designated state sponsor of terrorism.

In fact, North Korea openly defended its decision to harbor JRA members. On March 9, 2000, North Korea rejected a request from the U.S. government that it stop harboring the JRA's "Yodo-go" hijackers and turn them over. The North Korean government's official KCNA news agency published a statement that read: "It is the sovereign state's legitimate right recognized by international law to protect members of the Japanese 'Red Army' who sought political asylum in the DPRK, and nobody can put his nose into this issue."[94] The State Department recognized the statement as a "serious offense." [95]

In March 2002, the ex-wife of one of the "Yodo-go" hijackers testified that she had targeted Japanese citizens for kidnapping operations under the orders of Takamaro Tamiya, one of the leaders of the "Yodo-go" hijackers. Tamiya was harbored by North Korea at the time. She also explained that Tamiya was acting under the orders of North Korea's ruler, President Kim Il-Sung. According to her testimony, Kim Il-Sung had commanded Tamiya to "realize a revolution passed down through the generations." Based on her testimony and other evidence, Japanese police determined that the JRA's "Yodo-go" group "was deeply involved in the abduction of Japanese nationals under the direction of the" North Korean regime, with the aim of implementing a Japanese revolution based on Kim Il-Sung's doctrine.[96]

---

[92] "North Korea: Back on the Terrorism List?", EveryCRSReport.com, August 12, 2004 – June 29, 2010, available at: https://www.everycrsreport.com/reports/RL30613.html.
[93] "North Korea: Back on the Terrorism List?", EveryCRSReport.com, August 12, 2004 – June 29, 2010, available at: https://www.everycrsreport.com/reports/RL30613.html.
[94] "North Korean Actions, 1950 – 2007: Controversy and Issues," EveryCRSReport.com, available at: https://www.everycrsreport.com/reports/RL30004.html.
[95] "North Korean Actions, 1950 – 2007: Controversy and Issues," EveryCRSReport.com, available at: https://www.everycrsreport.com/reports/RL30004.html.
[96] Japan's National Police Agency, "Movements of the Japanese Red Army and the 'Yodo-Go' Group," p. 13; available at: https://www.npa.go.jp/archive/keibi/syouten/syouten271/english/pdf/sec03.pdf.

In 2007, the U.S. government entered into a nuclear agreement with North Korea.[97] As part of the negotiations that led to the accord, the George W. Bush administration agreed to begin a process for delisting North Korea as a state sponsor of terrorism. On October 11, 2008, the U.S. government then removed North Korea from the terrorism list.[98] However, North Korea continued to provide safe haven for the JRA's "Yodo-go" hijacking group.[99]

In 2017, the U.S. government designated North Korea as a state sponsor of terrorism once again, specifically pointing to the regime's provision of safe haven for the JRA's "Yodo-go" hijacking group. In the North Korea State Sponsor of Terrorism Designation Act of 2017, the U.S. Congress stated "that the Government of North Korea likely meets the criteria for the designation as a state sponsor of terrorism."[100] The U.S. Congress pointed out that the Government of North Korea "has harbored members of the Japanese Red Army since a 1970 hijacking and continues to harbor the surviving hijackers to this day."[101] The Act also specifically cited the decision in the 2010 matter of *Calderon-Cardona v. Democratic People's Republic of Korea*, in which the judge ruled that North Korea had provided material support to the JRA.[102] The State Department has repeatedly cited North Korea's material support for the JRA since then. For instance, in its *Country Reports on Terrorism 2020*, the State Department found that North Korea "has failed to take action to address historical support for acts of international terrorism," noting that "[f]our Japanese Red Army members wanted by the Japanese government for participating in a 1970 Japan Airlines hijacking continue to shelter in the DPRK."[103]

---

[97] "North Korea: Back on the Terrorism List?", EveryCRSReport.com, August 12, 2004 – June 29, 2010, available at: https://www.everycrsreport.com/reports/RL30613.html.
[98] "North Korea: Back on the Terrorism List?", EveryCRSReport.com, August 12, 2004 – June 29, 2010, available at: https://www.everycrsreport.com/reports/RL30613.html.
[99] "North Korea: Back on the Terrorism List?", EveryCRSReport.com, August 12, 2004 – June 29, 2010, available at: https://www.everycrsreport.com/reports/RL30613.html.
[100] North Korea State Sponsor of Terrorism Designation Act of 2017, available at: https://www.govinfo.gov/content/pkg/BILLS-115hr479ih/html/BILLS-115hr479ih.htm.
[101] North Korea State Sponsor of Terrorism Designation Act of 2017, available at: https://www.govinfo.gov/content/pkg/BILLS-115hr479ih/html/BILLS-115hr479ih.htm.
[102] North Korea State Sponsor of Terrorism Designation Act of 2017, available at: https://www.govinfo.gov/content/pkg/BILLS-115hr479ih/html/BILLS-115hr479ih.htm.
[103] U.S. Department of State, Bureau of Counterterrorism, *Country Reports on Terrorism 2020: Democratic People's Republic of Korea*, available at: https://www.state.gov/reports/country-reports-on-terrorism-2020/democratic-peoples-republic-of-korea/.

## VII.    North Korea Brokered the PFLP-JRA Alliance

### A.    *PFLP Leader Habash's 1970 Speech in P'yongyang, North Korea led to the PFLP-JRA Alliance*

Throughout the late 1960s and 1970s, the PFLP was known for committing spectacular terrorist attacks, especially against aviation targets. As described above, the PFLP was among the communist terrorist groups that received significant material support from the Soviet bloc, which included North Korea.

North Korea supported the PFLP at a key time in its history. Habash, the founder and leader of the PFLP, visited North Korea in September 1970. Habash's visit set off a chain of events that led directly to the Lod Airport massacre nearly two years later. In fact, the nexus between North Korea, the PFLP and Japanese Red Army can be traced to Habash's visit.

During his stay in P'yongyang in 1970, Habash delivered what one analyst has described as the "preamble to the credo of international terrorism."[104] Habash addressed "four hundred wildly cheering delegates," many of them from terrorist groups around the globe. The PFLP leader justified terrorist attacks on innocent civilians. "There are no political or geographical boundaries or moral limits to the operations of the people's camp," Habash told the assembly in P'yongyang. "In today's world no one is innocent, no one is a neutral," Habash added. "We teach terror in our classrooms," Habash boasted. "The main thing is to have people always expecting terrorism." [105]

While terrorism became commonplace in the years that followed, Habash's open embrace of political violence directed at civilian bystanders was shocking at the time. And North Korea provided the venue for him to preach his radical cause. Claire Sterling, a journalist who was a pioneer in the field of Cold War counterterrorism studies, recognized the significance of Habash's visit to P'yongyang. She saw it as a key development in the nexus between North Korea, the PFLP and the JRA – a seminal event that led directly to the Lod Airport massacre.

In her 1981 book, *The Terror Network*, Ms. Sterling quoted from Habash's speech. Habash described the PFLP as an "armed Leninist Party" and foretold of the terrorist violence that was to come. "No frontier, be it political, geographic, or moral, can resist the action of the people," Habash said in P'yongyang. The PFLP cofounder added: "Nobody is innocent, nobody can be neutral in the

---

[104] DeMaris, p. 196.
[105] DeMaris, p. 196.

world of today."[106] Sterling explained that Habash took "a keen interest in the" JRA's "Yodo-go" hijackers during his visit. Indeed, Sterling assessed that the "Yodo-go" team had been "[d]oubtless inspired by" the PFLP's own trail-blazing hijacking operations.[107]

Habash continued to build the PFLP's alliance with the JRA after he left P'yongyang. According to Sterling, Habash "arranged" for other PFLP leaders to visit North Korea, including "Leila Khaled and her husband." [108] Khaled was an infamous hijacker who had taken part in some of the PFLP's earliest operations. During her meetings with the JRA in North Korea, she discussed "possible joint ventures and a Japanese 'international unit' under PFLP auspices in Beirut." Khaled also came to the JRA's aid inside Japan, after authorities there had cracked down on the group, all but eradicating its presence. Sterling explains that Habash dispatched Khaled to Japan, and the "tattered remnants of the [JRA] saluted her arrival by blowing up five Tokyo police stations and then took off…for the PFLP's camp at Baalbek." The PFLP provided a lifeline for the JRA, welcoming the group to Lebanon after the Japanese government made it exceedingly difficult for the group to operate. "The PFLP has undertaken to train the Japanese because it is impossible for them to undergo such training in Japan," *al-Usaba al-Arabi*, a newspaper based in Beirut, reported.[109]

By 1972, after a crackdown by the Japanese government, the JRA was largely dependent upon North Korea and the PFLP for its survival. The JRA was based in two locations: North Korea and inside the PFLP's camps in Lebanon. Sterling assessed that the JRA repaid Habash and the PFLP for their crucial support, which was brokered by North Korea, with the Lod Airport massacre. "The [JRA] paid their bill in armed propaganda at Lod airport, Sterling wrote. "There was no such thing as an innocent bystander anymore, as Dr. Habash had made plain to heady applause in P'yongyang." [110]

Sterling wasn't alone in seeing Habash's trip to North Korea as the key to the PFLP-JRA alliance. Several months after the Lod Airport attack, *The New York Times* reported that North Korea's "links to the Palestinians," meaning the PFLP and related actors, "can be traced back to" Habash's trip in 1970. The visit also "led to the first contact between the Popular Front [PFLP] and a Japanese extremist organization known as the Red Army." Citing Charles W. Bray III, a U.S. State Department spokesman, the *Times* reported that North Korea had begun "supplying arms to the Arab

---

[106] Claire Sterling, *The Terror Network: The Secret War of International Terrorism*, (New York: Holt, Rinehart and Winston, Reader's Digest Press, 1981), p. 121.
[107] Sterling, pp. 125-126.
[108] Sterling, pp. 125-126.
[109] Sterling, pp. 125-126.
[110] Sterling, pp. 125-126.

22

commandos," meaning the PFLP. Citing sources "close to the commando leadership," meaning the PFLP, the *Times* also reported that North Korea "has provided substantial financial and other aid to the commandos over the years."[111]

B. *After Habash's Speech in P'yongyang, the PFLP and JRA Conducted a String of Joint Attacks*

In May 1971, eight months after Habash's speech in P'yongyang, the PFLP and JRA announced their alliance in a video entitled, "Declaration of World War by the Red Army and the PFLP."[112] Shigenobu Fusako, the leader of the JRA, personally worked on the production. [113] As explained in Section III above, the PFLP and JRA jointly carried out the Lod Airport massacre in May 1972. The attack on Lod Airport was the first in a string of joint operations by the two groups.

On July 20, 1973, a joint PFLP-JRA team hijacked a Japan Air Lines flight that was scheduled to fly from Paris to Tokyo via Amsterdam and Alaska.[114] The hijackers, who commandeered the plane in Amsterdam, identified themselves as "Sons of the Occupied Territories" and "Palestine Commandos and members of the Japanese Red Army."[115] The flight was eventually diverted to Benghazi, Libya after Muammar Qaddafi's regime agreed to allow it to land. The hijackers reportedly demanded that Kozo Okamoto, the only surviving member of the terrorist trio that attacked Lod Airport, be released from an Israeli prison.[116] Israel refused, but the hijacking demonstrated, once again, that the JRA's personnel were fully integrated into the PFLP's operations. As William Farrell explains in his book, *Blood and Rage: The Story of the Japanese Red Army*: "The PFLP and JRA were incensed that Japan had paid compensation to the victims of the Tel Aviv attack, when the real victims were the Palestinians. Japan must pay money to them and not the Zionists."

On January 31, 1974, another joint PFLP-JRA terrorist team attacked a Shell Oil refinery on an island off the coast of Singapore. The four-person team, comprised of two PFLP members and two JRA members, managed to destroy one of the refinery's storage tanks and took multiple hostages.[117] At one point during the ordeal, the terrorists sent a note to a police officials in which they

---

[111] Eric Pace, "Lebanon is Said to Have Set Up Liaison Unit With Commandos," *The New York Times*, September 23, 1972. (https://www.nytimes.com/1972/09/23/archives/lebanon-is-said-to-have-set-up-liaison-unit-with-commandos.html)
[112] DeMaris, p. 31.
[113] DeMaris, p. 31.
[114] Farrell, p. 149.
[115] Farrell, p. 151.
[116] Farrell, p. 151.
[117] Farrell, pp. 153-154.

identified themselves as members of the JRA and the PFLP, claiming that they were acting in solidarity with the Vietnamese people and wanted to spark a worldwide revolution.[118] The PFLP issued its own claim of responsibility, stating that the attack was carried out in response to the supposedly "aggressive role of oil companies and the government of Singapore, against Arab people in general and the Palestinian people in particular."[119] The PFLP cited other grievances, but claimed the attack was part of a "revolutionary strategy aimed at undermining imperial interests." [120] After negotiations between the terrorists and law enforcement stalled, another PFLP cell attacked the Japanese Embassy in Kuwait, demanding that the Kuwaiti government grant the Singapore team safe passage to communist South Yemen. The terrorists in Kuwait openly identified themselves as members of the PFLP and explained that their operation was carried out in conjunction with the JRA.[121] Kuwait acquiesced to their demands and granted safe haven to the PFLP-JRA members who attacked both the Shell Oil refinery and the Japanese Embassy, allowing them all to fly onto South Yemen.[122] Tellingly, the North Korean government negotiated safe passage for the PFLP-JRA team out of Singapore – another example of how the North Korean regime continued to provide diplomatic support for the PFLP and JRA even after the Lod Airport massacre.[123]

Following the attack on the Shell Oil refinery, the JRA plotted to kidnap Japanese businessmen throughout Europe and hold them ransom. This audacious plot, codenamed "Operation Translation," was foiled when one of the JRA's members, Yutaka Furuya, was arrested at the Orly Airport in France on July 28, 1974. [124] Authorities found documents outlining the kidnapping plot, which was set to be carried out in seven European cities, and also identified JRA members living in Paris.[125] Less than two months later, the PFLP assisted the JRA in a hostage-taking operation that successfully secured Furuya's release. On Friday, Sept. 13, 1974, a JRA cell seized hostages at the French Embassy at the Hague in the Netherlands. After a shootout with security personnel, the JRA team took the French ambassador and others hostage. [126] The JRA's team was armed with guns and grenades provided by Ilich Ramírez Sánchez, a.k.a. Carlos the Jackal, the notorious international terrorist who also armed

---

[118] Farrell, p. 154.
[119] Farrell, p. 154.
[120] Farrell, p. 154.
[121] Juan de Onis, "Guerrillas in Kuwait Seize Tokyo Envoy and Embassy Staff," The New York Times, Feb. 7, 1974; available at: https://www.nytimes.com/1974/02/07/archives/guerrillasinkuwait-seize-tokyo-envoy-and-embassy-staff-guerrillas.html.
[122] Aileen Gallagher, *The Japanese Red Army*, (The Rosen Publishing Group, New York, 2003), p. 37.
[123] Bermudez, Jr., p. 152.
[124] Gallagher, p. 37.
[125] Gallagher, p. 37.
[126] Gallagher, p.40.

the JRA's men for the Lod Airport attack.[127] Two days later, on Sunday, Sept. 15, 1974, while the JRA team continued to hold hostages at the French Embassy, Sánchez dropped a grenade at a café in Paris, killing two people and wounding more than 30 others.[128] The French government then acquiesced to the JRA hostage-taking team's demands, releasing Furuya from prison, paying the kidnappers at least $300,000 in ransom, and providing them with a plane and safe passage to Syria.[129] Upon arriving in Syria, the JRA's kidnappers were placed in the custody of the PLO.[130]

On August 4, 1975, ten JRA terrorists took 52 hostages at the U.S. consulate and the Swedish Embassy in Kuala Lumpur, Malaysia. The JRA terrorists demanded that some of their fellow JRA members be released from custody in Japan. The Japanese government relented, and five of the imprisoned JRA members, along with the JRA's 10-member hostage-taking team, were flown to Tripoli, Libya. A declassified analysis authored by the U.S. Air Force noted the JRA's responsibility for the attack, as well as the group's relationship with three key Soviet client states: North Korea, Libya and Syria. "The JRA, a small group of Japanese anarchistic leftists, has maintained cooperative ties with North Korea and Libya and has had a long-term relationship with the PFLP and with Syria," the assessment reads.[131]

## VIII.   Conclusion

I have concluded that the Democratic People's Republic of Korea ("North Korea") did provide material support to both the JRA and the PFLP for the following reasons:

(1) The Lod Airport massacre was carried out during the height of the Cold War. The context of that era is crucial for understanding how the plot came to fruition. At the time, North Korea was closely allied with the Soviet Union and opposed to the U.S. and its allies, including Israel. The Soviet bloc sponsored communist and other leftwing terrorist groups around the world, including by providing a network of training camps that attracted thousands of recruits. North

---

[127] DeMaris, p. 38.
[128] Gallagher, p.40. See also: "Carlos the Jackal loses bid to fight last of three life sentences," Reuters, March 15, 2018; available at: https://www.reuters.com/article/us-france-carlos/carlos-the-jackal-loses-bid-to-fight-last-of-three-life-sentences-idUSKCN1GR3I2.
[129] Brian M. Jenkins and Janera Johnson, "International Terrorism: A Chronology (1974 Supplement)," Rand, R-1909-1-ARPA, February 1976, p. 13; available at: https://www.rand.org/content/dam/rand/pubs/reports/2005/R1909-1.pdf.
[130] Brian M. Jenkins and Janera Johnson, "International Terrorism: A Chronology (1974 Supplement)," Rand, R-1909-1-ARPA, February 1976, p. 13; available at: https://www.rand.org/content/dam/rand/pubs/reports/2005/R1909-1.pdf.
[131] Department of the U.S. Air Force, "Chronology, Acts of International and Transnational Terrorism Against U.S. Citizens or Interests, 1950-1979," declassified Mar. 27, 2018; available at: https://www.secretsdeclassified.af.mil/Portals/67/Project2/Chronology%20on%20Acts%20of%20International%20and%20Transnational%20Terrorism.pdf?ver=2019-04-12-101038-840.

Korea was a key state sponsor of terrorism in the Soviet Union's network, and its camps were part of a global network that supported groups such as the PFLP, JRA and others.

(2) The PFLP, which planned the Lod Airport attack, was directly sponsored by the Soviet bloc. Archival documents from the Soviet Union show that the KGB backed the PFLP's external operations arm, which was responsible for international terrorist attacks. The KGB specifically sought to maintain plausible deniability while working with the PFLP – that is, the Soviet Union did not want to reveal its guiding hand in the PFLP's operations. I assess that the same is true for North Korea, a totalitarian regime that does not want to advertise the full extent of its relationships with terrorist groups.

(3) North Korea provided direct material support to the PFLP, including weapons and training, and by hosting senior PFLP leaders for a key terrorist meeting prior to the Lod Airport massacre.

(4) North Korea was the main state sponsor of the JRA from the early 1970s onward. North Korea harbored the terrorists responsible for the JRA's first international operation – the March 31, 1970, hijacking of Japan Air Lines Flight 351. North Korea provided material support to the JRA in other ways as well, including by providing its members with safe haven, arms, and training.

(5) North Korea brokered the relationship between the JRA and the PFLP. It is likely that if North Korea did not play this key liaison role, then the PFLP would not have recruited JRA terrorists for the Lod Airport massacre. That is, North Korea's material support for the JRA and the PFLP is causally connected to the Lod Airport attack.

I declare the foregoing under the penalty of perjury:

_Thomas Joscelyn_
Thomas Joscelyn

26

# APPENDIX A

**Thomas Joscelyn**
**Congressional Testimony**

1. "Afghanistan's Future: Assessing the National Security, Humanitarian and Economic Implications of the Taliban Takeover," Senate Committee on Banking, Housing and Urban Affairs, October 21, 2021.

2. "To Receive Testimony on Afghanistan," Senate Armed Services Committee, September 30, 2021.

3. "Examining the Threat from ISIS and Al Qaeda," House Committee on Homeland Security, Subcommittee on Intelligence and Counterterrorism, June 24, 2020.

4. "The Trump Administration's Afghanistan Policy," House Committee on Foreign Affairs, September 19, 2019.

5. "Global Terrorism: Threats to the Homeland, Part 1," House Committee on Homeland Security, September 10, 2019.

6. "The Terrorist Diaspora: After the Fall of the Caliphate," House Committee on Homeland Security, Task Force on Denying Terrorist Entry into the United States, July 13, 2017.

7. "Resolving the Conflict in Yemen: U.S. Interests, Risks, and Policy," Senate Committee on Foreign Relations, March 9, 2017.

8. "The Future of Counterterrorism: Address the Evolving Threat to Domestic Security," House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, February 28, 2017.

9. "Libya's Terrorist Descent: Causes and Solutions," House Foreign Affairs Committee, Subcommittee on Terrorism, Nonproliferation, and Trade, September 27, 2016.

10. "Guantanamo Bay: The Remaining Detainees," House Committee on Oversight and Government Reform, May 24, 2016.

11. "U.S. Counterterrorism Efforts in Syria: A Winning Strategy?," House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation, and Trade,  September 29, 2015.

12. "Terrorism in Africa: The Imminent Threat to the United States," House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, April 29, 2015.

1

**Thomas Joscelyn**
**Congressional Testimony**

13. "Islamist Foreign Fighters Returning Home and the Threat to Europe," House Committee on Foreign Affairs, Subcommittee on Europe, Eurasia, and Emerging Threats, September 19, 2014.

14. "Al Qaeda In Afghanistan And Pakistan: An Enduring Threat," House Committee of Foreign Affairs, Subcommittee on Terrorism, Nonproliferation and Trade, May 20, 2014.

15. "Al Qaeda's Expansion in Egypt Implications for U.S. Homeland Security," House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, February 11, 2014.

16. "Political, Economic, and Security Situation in Africa," Senate Committee on Foreign Relations, Subcommittee on Near Eastern and South and Central Asian Affairs, November 21, 2013.

17. "Crisis in Syria: Implications for Homeland Security," House Committee on Homeland Security, September 10, 2013.

18. "Global al Qaeda: Affiliates, Objectives, and Future Challenges," House Committee on Foreign Affairs, Subcommittee on Terrorism, Nonproliferation, and Trade, July 18, 2013.

19. "Assessing the Threat to the Homeland from al Qaeda Operations in Iran and Syria," House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, May 22, 2013.

20. "Al Shabaab's Recruitment and Radicalization Within the American Muslim Community," House Committee on Homeland Security, July 27, 2011.

21. "The Terrorist Threat: A Profile on Reengagement (The Abdullah Ghulam Rasoul Zakir Story)," House Armed Services Committee, Subcommittee on Oversight and Investigations, June 2, 2011. (This session was an on-the-record briefing before the committee.)

22. "Unrest in the Middle East and North Africa: Ramifications for U.S. Homeland Security," House Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence, April 6, 2011.

23. "Legal Issues Surrounding the Military Commissions System," House Judiciary Committee, Subcommittee on the Constitution, Civil Rights, and Civil Liberties, July 8, 2009.