# EXHIBIT 6

25 DIE AT ISRAELI AIRPORT AS 3 GUNMEN FROM PLANE FIRE ON 250 IN A TERMINAL
By United Press International
New York Times (1857-Current file), May 31, 1972;
ProQuest Historical Newspapers The New York Times (1851 - 2005)
pg. 1

# 25 DIE AT ISRAELI AIRPORT AS 3 GUNMEN FROM PLANE FIRE ON 250 IN A TERMINAL

## 72 ARE WOUNDED

### Attackers Identified as Japanese—2 Dead, One Captured

By United Press International

TEL AVIV, Wednesday, May 31—Three gunmen armed with automatic rifles and hand grenades attacked a crowd of 250 to 300 people last night at Lod International Airport outside Tel Aviv. Twenty-five persons were killed and 72 were wounded.

The gunmen, identified as Japanese, pulled their weapons from their luggage and began firing shortly after debarking from an Air France jetliner from Paris and Rome. Terror-stricken and screaming, the crowd in the waiting room dropped to the floor or ran for cover.

Among the victims were 11 Puerto Ricans who were members of a delegation of Christian pilgrims beginning a visit to the Holy Land. At Tel Hashomer Hospital, officials said 14 of the 72 wounded were in serious condition. Among the victims was a two-year-old girl.

#### One Attacker Captured

One of the attackers committed suicide, using a grenade, another was caught by an airport maintenance man, and the third, who was at first thought to have escaped, was killed, apparently by bullets fired by his companions, and was discovered among the dead taken to the hospitals.

The captured attacker told officials he was a member of "the Army of the Red Star," a left-wing Japanese group mobilized by the Arab guerrilla

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

movement. In Beirut, the militant, Marxist-oriented Popular Front for the Liberation of Palestine claimed responsibility for the attack.

Security officials said the dead and captured Japanese were named Nago and Sugizaki but did not give full names or other details.

Premier Golda Meir interrupted a vacation and sped to the airport, then to the hospital. Tired and haggard, she withheld comment on the incident.

### Five Grenades Exploded

The attack began shortly after 10:30 P.M. (4:30 P.M. Tuesday, New York time). The gunmen were among the 115 persons who debarked from the Air France plane. They rode buses to the passenger terminal and apparently retrieved their weapons from their luggage.

Suddenly the terminal was filled with screaming persons as the attackers sprayed bullets and grenades throughout the room. "There were bullets flying all over," said Dorit Shriki, a policewoman.

At least five grenades exploded amid long bursts of rifle fire. People in the terminal ran for rest rooms and the first class lounge, seeking cover.

The force of the explosions

Continued on Page 27, Column 1

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

utes. I don't know where my son and daughter are. Where are they?"

Sammy Shuti, a cab driver, said he had arrived at the airport to pick up a couple and take them to one of Tel Aviv's luxury hotels.

"Then all of a sudden I heard shooting," he said. "I saw people rolling, scattering away. I saw two people limping through the exit doors. I didn't wait

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# uns and Grenades at Israeli Airport

**1, Col. 8**

age alike, ere. Bul- windows t the ar- re splat-

r suicide ce Com- el. ransport, f the at- they are eir pass- ."

nference, 'Tonight, the most history man be- say that xtremely ead and some of

of Israel to fight pledged. paid in aid. This terrible and un- of avia-

range' has in- d Jews," introduc- the pic- It shows of their us."

okesman gunmen the arms declined assengers ad been ling. nan said periods, checked only to but that ways in-

lane left ngers at M. New pped in said 115 ard when t was not here the arded.

Scene tered the on, they pened up e Soviet-

I saw a hirt pull- gun and . Rachel who ob- e waiting arrive. shed me rd bursts few min-

around."

Reports from Tel Hashomer Hospital, relayed by the nation- al radio and the police, gave the first indication of the high cas- ualty count.

Dozens of ambulances and troops went to the air terminal, which was a scene of blood and broken glass by the time they arrived.

The shooting followed by three weeks the hijacking of a Sabena airliner with 96 pas- sengers and crewmen to Tel Aviv by four guerrillas. Two of the hijackers were killed, one was wounded and one cap- tured in a raid on the plane by Israeli troops May 9.



**SCENE OF ATTACK:** Baggage lies strewn on the blood-smeared floor at Lod International Air

h permission of the copyright owner. Further reproduction prohibited without permission.