# EXHIBIT 8

# Japan Apologizes For 'Blood Bath'

**By ED KONSTANT**
STAR Washington Correspondent

WASHINGTON — Japan formally apologized Wednesday to the United States and Puerto Rico for the Tel Aviv airport attack by Japanese terrorists that killed at least 14 Puerto Ricans and left more than 30 others wounded.

The formal apology was presented by Japanese Ambassador Nobuhiko Ushiba to acting Secretary of State John N. Irwin and Resident Commissioner Jorge Luis Cordova Diaz during a 20-minute meeting at the State Department. Cordova was there at Irwin's request.

Meanwhile, officials in Washington attempted to filter the confusion out of reports of the incident that turned Tel

(See JAPAN, Page 24)



# The San Juan Star

**Today's Thought**

To err is human, to forgive divine—Alexander Pope.

13th Year No. 211     San Juan, Puerto Rico, Thursday, June 1, 1972.     15c VIEQUES & OUTSIDE P.R.     10¢   F

# USAF TO RETURN MASSACRE BODIES

## ★ RELATIVES ★

**By THOMAS DORNEY and ISMARO VELAZQUEZ**
Of The STAR Staff

About a dozen cars were parked Wednesday across from a plain church on Highway 2 in Manati, at the home of the Rev. Angel Berganzo Colon, one of 14 Puerto Ricans killed by terrorists in Tel Aviv Tuesday.

Some 30 friends and relatives quietly stood or sat consoling the family and each other

(See RELATIVES, Page 24)

## ★ EYEWITNESSES ★

**By FRANK RAMOS**
Of The STAR Staff

"The plane had just arrived in Tel Aviv and we were waiting to pick up our luggage

Other stories and photos of the Tel Aviv terrorist shooting are on pages 2, 3, 34, 35, 40 and 41 of today's STAR.

when the three Japanese terrorists suddenly pulled machine guns from their bags and began

(See EYEWITNESSES, Page 24)

## ★ EVANGELISTS ★

From the STAR Wire Services

Vice President Spiro Agnew Wednesday ordered an Air Force jet to pick up the bodies of 14 Puerto Ricans killed in a terrorist attack at Tel Aviv's Lod Airport and fly them back to the island for burial.

The Puerto Ricans were among some 22 persons killed and more than 70 wounded late Tuesday when three Japanese terrorists hired

(See EVANGELISTS, Page 34)

STAR Reporter Manny Suarez will arrive in Tel Aviv this morning to provide the STAR and its readers with on-the-spot coverage of the events surrounding the terrorist shooting of some 45 Puerto Rican pilgrims there

Japanese Ambassador to Israel Rigi Tokuro (R) shakes hands with an unidentified Puerto Rican at Tel Aviv's Tel Hashomer Hospital Wednesday. The man was one of 76 persons injured at Lod Airport late Tuesday by three Palestinian-trained Japanese guerrillas. Some 25 persons were killed in the incident, including 14 Puerto Ricans.



Shredded baggage and blood were all that remained Wednesday at Lod Airport in Tel Aviv after three Japanese gunmen opened fire with automatic rifles and hand grenades into a crowd of some 250 to 300 persons killing 14 Puerto Ricans and wounding more than 30 others.

## CALLER VOWS MURDER OF ARABS AND JAPANESE HERE

# Massacre Retaliation Threatened

**By MARGOT PREECE**
Of The STAR Staff

A local group Wednesday threatened to retaliate against Arabs and Japanese here as revenge for the deaths of Puerto Ricans in the Tel Aviv massacre Tuesday.

The group calling itself the Anti-Communist Action Movement said three Arabs or Japanese would be killed for every islander killed in Tel Aviv.

An unidentified caller told the Associated Press: "We want Puerto Rico free of Communists."

Meanwhile, Puerto Rican Socialist Party Secretary General Juan Mari Bras said the PSP has never had any relations with the Liberation for Palestine group which took credit for the shooting.

The PSP does have relations with another militant Arab organization, Al Fatah, he said. However, Mari Bras said, "We condemn this savage, brutal assassination which the people condemn idignantly."

"This was a true massacre of our compatriots which has no political, military or any other kind of explanation," Mari Bras said.

On the threatened retaliation, the Jewish Community Center of Puerto Rico asked "our brother Puerto Rican citizens not to answer terror with terror."

A spokesman for the center said "we extend our heartfelt sympathy to our fellow Puerto Ricans citizens who are mourning the loss of their relatives as a result of the senseless act of terror in Tel Viv."

Any local reprisals "would only result in bloodshed and further innocent victims," he added.

# Ferre Names Philippi For P.R. Aid In Israel

**By DIMAS PLANAS**
Of The STAR Staff

Gov. Ferre has designated William Philippi, an undersecretary of social services, as the Commonwealth representative in Israel to work with victims and survivors of the Lod airport terrorist attack.

Philippi was in Israel with two other officials of the Commonwealth when the attack occured. When they learned of it they got in touch with Ferre.

The Governor, who had ordered assistant Secretary of State Enrique Boneta to travel to Tel Aviv at once, canceled the order and decided instead to entrust the task to Philippi and the other two officials with him. They will work with and through the U.S. embassy and consulate in the Israeli capital.

The other two Commonwealth officials in the Holy Land are Dr. Cesar Hernandez Esteves,

director of the department's methadone program, and Juan Martinez Pacheco, executive director of the Permanent Drug Addiction Control Commission.

It was not clear whether the three government officials were in Israel on official business or as private vacationers.

In addition, Wednesday afternoon, La Fortaleza released the text of a telegram from Masao Sawaki, Japanese consul general in Washington. The text as released by La Fortaleza's press office, follows:

"I wish to extend, on behalf of the government and people of Japan, the most heartfelt condolence and apologies for the most regrettable incident that took place at Lod International Airport in Israel today. I was most shocked to learn of the tragedy that befell many Puerto Rican persons by the criminal act of three Japanese terrorists.

"Details of the motive, the background of the crime and other related factors have not yet been clarified. With the clarification of the situation, the government of Japan will express its deepest regrets in every possible way to the families of these unfortunate victims."

Early Wednesday, in a brief impromptu press conference, Ferre repeated several times as he shook his head: "The world must do something; the world must do something. It must find a way of coping with this crisis which is gripping humanity everywhere. It is a sad thing, very sad. Violence seems to have been unleashed everywhere in our world. Such crimes against innocent people..."

Later, Ferre issued a formal statement of condolence to the (See FERRE, Page 36)

## Pilgrim Head Denies Reported Casualties

The accuracy of lists of Puerto Rican dead and wounded in the Lod airport terrorist attack supplied by wire services was challenged Wednesday by the leader of the pilgrim group from the island into which three Japanese terrorists fired.

"There are names being mentioned in Puerto Rico as dead and wounded who are all right and others who aren't Puerto Rican or with our group," the Rev. Abner Munoz said in a telephone interview.

The interview was conducted from La Fortaleza by Luis A. Cosme, a newsman working with radio station WUNO.

Munoz described himself as "the leader of the pilgrim group of Puerto Ricans."

"We are in direct touch with the hospital and we have the correct names of dead or wounded from our group," Munoz said.

"Some," he added, "are just very slightly wounded; others are seriously hurt."

Munoz explained that a decision had been made by the group to cancel the entire pilgrimage and return to San Juan.

The wounded who can travel will be brought "at once" as well as the bodies of the dead, he said.

Munoz added he will remain in Tel Aviv with the wounded "until the last one is ready to travel and can be put in a plane for Puerto Rico."

Munoz said he and his little daughter had been listed originally among the wounded. "Both of us are perfectly safe," he said.

Cosme then offered to read the available list of dead as reported by Wednesday afternoon and asked the minister to comment on each name. Following is Cosme's reading (See ACCURACY, Page 36)

24   THE SAN JUAN STAR — Thursday, June 1, 1972.

# EYEWITNESSES DESCRIBE MASSACRE

(Continued From Page 1)
shooting.''

Thus did Jose A. Munoz describe the events that led to the deaths of at least 14 Puerto Ricans who were on a pilgrimage to the Holy Land. The Puerto Ricans were among the more than 20 persons killed at Tel Aviv's Lod Airport Tuesday night.

About half of the approximately 70 persons wounded in the shooting are also reported to be Puerto Ricans. They were part of a group of some 120 Puerto Ricans that had just arrived in Tel Aviv aboard two flights originating in Paris.

Munoz and the Rev. Tomas Montanez, another eyewitness, were interviewed via telephone from San Juan.

Munoz was the leader of a group of about 50 Puerto Ricans that had arrived in Tel Aviv aboard the same Air France flight that brought the three Japanese terrorists to Israel. The 50 joined another group of about 70 Puerto Ricans that had arrived in Israel minutes earlier aboard a separate flight.

Several Protestant ministers were among the group of Puerto Ricans who were making a tour of the Holy Land.

Montanez, who had arrived aboard the earlier flight, said the airlines terminal was jammed with people when the shooting began.

''The three terrorists threw hand granades and fired machine guns,'' he said. ''Everybody started to run.''

Montanez said that in the confusion following the shooting, children became separated from their parents and other members of the tour group could not be immediately located.

''It took at least seven hours to get everybody together,'' he said.

Munoz said that the passengers aboard the Air France plane had no reason to suspect that the three Japanese passengers were terrorists.

''They boarded the plane in Rome and didn't bother anyone during the flight from Rome to Tel Aviv,'' he said.

Munoz was particularly concerned about early reports that listed him among the shooting victims.

''Could you please tell everyone there that my family and I are all fine?'' he asked.

Both Munoz and Montanez said that the Puerto Rican members of the Holy Land tour would be returning to Puerto Rico within the next several days.

# RELATIVES MOURN

(Continued From Page 1)
over the loss of the man who founded the Iglesia de Dios Mission Board 33 years ago in barrio Cante Ra.-

A hundred feet east, pennants fluttered over the new gas station of Antonio Rodriguez, another of the three Cantera church members killed in Tel Aviv.

Some five miles further east, on Highway 2, a white-capped patrolman directed because of the number of cars parked at the home of Maria Antonia Hernandez vda. de Gonzalez, 74, the mother of Blanca Rosa Gonzalez de Perez, 52, the third member of the church killed Tuesday.

The pastor's widow, Lydia Cruz vda. de Berganzo, 53, was resting, while Ruben Berganzo Cruz, 30, her older son, and his wife, Maria Lorenzo de Berganzo, 26, were still waiting for official word of the death of the Rev. Berganzo as late as 5:20 p.m.

Her other son, Efrain, 28, was in San Juan trying to find out if he should fly to Israel.

Benjamin Gonzalez, the brother of Blanca Rosa Gonzalez de Perez, talked about his sister's death.

''People are talking about revenge,'' he said. ''That is not necessary. We don't have to think bad about the Japanese people, the Arabs, because of three individuals. At least in my opinion, we should not judge hundreds of millions of people for 3 crazy people.''

Gonzalez, an auto body repairman, said he was in New York City when Puerto Rican Nationalists tried to kill President Harry S. Truman in 1950. ''Public opinion swept the streets with us,'' he said.

Blanca's husband, Ricardo Perez Caballero, 56, disagreed with his brother-in-law. ''I would just like to meet up with them,'' he said in the kitchen of his mother-in-law's home.

The Perezes were married for 35 years and had no children. ''She was the best companion a man could have,'' her husband said.

Besides Benjamin, Blanca Gonzalez de Perez is survived by five brothers, Jose Manuel, Gustavo, Luis, Samuel and Jaime; four sisters, Flor Maria, Nereida, Noelia and Adela; and numerous nephews and nieces.

Jean Ruiz vda. de Vivas, the mother of Ruben Vivas, 26, one of the five uninjured persons in the eight-member group on the Holy Land pilgrimage from the barrio Cantera church, said her son went along only to please his father-in-law, Antonio Rodriguez. Rodriguez's wife was informed of his death, Mrs. Vivas said, by a telegram delivered by a policeman. In addition to her daughter-in-law, Noemi, 24, and her two grandsons, Ruben, 4, and Rafael Antonio, nine months, Mrs. Vivas added, Rodriguez left behind his wife, Carmen Rosles vda de Rodriguez: two other daughters; Ruth and Maria Magdalena; and two sons, Angel and Eli.

Elsewhere, among the relatives of victims, a distraught daughter was trying desperately Wednesday to book a flight for Tel Aviv.

Dr. Carmen Luz Matos de Bartolomei and her husband, Dr. John Bartolomei, were able to telephone Tel Aviv and find out from a fellow passenger that Mrs. Bartolomei's mother and aunt had suffered only superficial wounds.

The mother, Luz Belen Matos, had celebrated her 57th birthday Sunday, just prior to her departure Monday with her sister, Carmen Matilde Matos de Suarez, 52, on their first trip to Jerusalem.

Like many other affiliates of the United Evangelical Church, the Matos sisters had been looking forward to the 18-day pilgrimage, at a cut-rate price of $1,100 round trip, organized by Wholesale Tours, and the Rev. Cesar Augusto Vega, of the United Evangelical Church.

Another victim, Carmelo Calderon, 78, was being mourned in Rio Pedras by a large family he had founded and guided as father, grandfather and great-grandfather.

One of Calderon's 12 sons, Luis, sadly showed a recent photograph of his father and mother. Mrs Eladia Cardona de Calderon, a cardiac patient, was under heavy sedation after being told that her husband was among the dead in Tel Aviv.

Calderon also leaves 20 grandchildren and 10 great-grandchildren, in addition to inlaws and other relatives who considered him a patriarch.

When he was interviewed by the STAR, the Rev. Leandro Gonzalez Gonzalez, pastor of the United Evangelical Church in Villa Prades, was trying to console several families whose relatives has been on the trip.

''One of our parishioners, don Carmelo Calderon, is known to be among the dead. We are praying that the other three are safe and sound,'' said the Rev. Gonzalez.

The other three were identified as Luis Conde, 62, his wife, Juanita Lopez de Conde, and a friend, Consorcia Rodriguez. The Condes are residents of Villa Prades. Mrs Rodriguez lived in the Sabana Llana parcelas.

Unconfirmed reports said some of the 68 Puerto Ricans came from Fajardo, Manati, Hatillo, Arecibo, Vega Baja and Rio Piedras.

They had flown Monday to New York's Kennedy airport where they had boarded a chartered Air France flight to Paris. From Paris they flew to Rome and then Tel Aviv, in whose international airport they met disaster.

Their trip was to take them from Tel Aviv to Jerusalem and from the Holy City back to Puerto Rico, after spending eight days sightseeing in Switzerland and Italy.

## Eyewitness Recounts Massacre In Tel Aviv

EDITOR'S NOTE: Tom Golden, a 29-year-old New Yorker living in Israel, was waiting for his sister to come out of customs when Japanese terrorists working for the Arabs staged a massacre at Lod international airport, killing 25 persons and wounding 78. Here is his report description of what he saw.

By TOM GOLDEN

TEL AVIV (AP) — I was standing with my mother at the glass partition separating the public from the customs hall at the airport when I saw explosions, lights and flashes, and heard guns firing.

I was standing next to a pillar, and I yanked my mother behind it. She is 60.

My mother said, ''I'm hit.'' I looked, and there was a gouge in her knee. She was not seriously hurt.

Then the glass where I had been standing seconds earlier was shattered by gunfire. The next thing I knew, there was a short Japanese man standing up against the steel railing of the partition.

He was firing his submachine gun from the waist, through the broken glass, into the hall where passengers buy tickets and the public waits for incoming travelers.

His face was screwed up and wincing, but there did not seem to be any hatred.

He just looked as though he was doing a job.

I realized then that we were not so safe behind the pillar. He could have shot at us. I don't know why he didn't. He just stared straight ahead and fired his submachine gun.

I took my mother's hand and started pulling her away from the pillar, toward the exit of the terminal. She slipped. I raised her up and dragged her out. I said, ''Ma, don't run.''

# JAPAN APOLOGIZES

(Continued From Page 1)
Aviv's Lod Airport terminal into the the scene of a bloodbath Tuesday night.

A least 22 persons— 13 identified as Puerto Ricans — were killed when three young Japanese reportedly working for an Arab guerrilla organization fired gunshots into a crowd at the airport arrival lounge. As many as 70 others may have been wounded.

The State Department was attempting to compile an accurate list of the names of American citizens who died and were injured in the attack. It would not release names pending confirmation and notification of the next of kin but was keeping the Commonwealth informed of all news.

However, other sources said 14 American citizens— all but one with Spanish surnames—were among the dead. Another 31, mostly Puerto Ricans, were said to be wounded. Twenty-five other Americans were reported unhurt.

Sixty or more Puerto Ricans were at the scene of the attac. All were passengers on an Air France jetliner that had just landed at Tel Aviv on a flight from Rome. They were all part of a large group making a pilgrimage to the Holy Land.

Cordova called the incident a ''day of deep mourning for all of Puerto Rico.'' However, in accepting the apologies and condolences of the Japanese ambassador, he told Ushiba that he understood the actions of the three terrorists were not representative of the people of Japan.

''The Tel aviv tragedy is a grim and vivid reminder that the hostilities and hates of one group anywhere in the world affect all of us and must give us all concern,'' the resident commissioner added. ''The slaughter of the innocent is the inevitable result of the cultivation of hatred against any group.''

Cordova also took time to criticize ''relaxed'' airport safety precautions.

''We're not doing the job of searching in our airports,'' he said. ''I dont know why.''

The resident commissioner said he feels the ''initial anti-hijack measures'' taken in the United States and elsewhere have since been ''relaxed.''

The Japanese terrorists, all wearing business suits, carried Soviet-made automatic weapons in hand luggage they had carried aboard the flight Rome to Tel Aviv. Their arsenal also included hand grenades.

Noting that the weapons had been concealed in the luggage, an Air France spokesman said by telephone from New York, ''there's probably a lesson to be learned from this. But we are also very sorry that this group of people were victims.''

Ushiba also presented Irwin and Cordova with copies of a statement issued early Wednesday morning in Tokyo by Japan's chief cabinet secretary.

''Their criminal offense of killing and wounding innocent people is an unforgiveable act,'' it said referring to the Japanese terrorists.

''To those unfortunate victims who died or suffered injury, I extend together with the Japanese people, the most heartfelt apologies and condolences for this most regrettable incident.

Ushiba said he was instructed by his government to make the apology both to the U.S. and to Puerto Rico. He also extended his personal apology and condolences to the Puerto Rican people and to Cordova.

The Japanese ambassador later said he doubted Japan was aware of any connection between that country's Army of the Red Star and Arab guerrilla organizations. But, he added, he now believes there is ''from what I have heard.''

Apparently, the three Japanese terrorists, identified as Daisuke Nanba, Kenji Tori and Jiro Sugisaki, were members of the Army of the Red Star. Ushiba describe that organization's political philosophy as ''far to the left of Marxist and Maoist'' beliefs.

The ambassador said the Japanese government had no knowledge of the three men's political leanings until after the attack and that their names were not on official lists of known radicals. How they were able to leave Japan without official knowledge should be investigated, he added.

Irwin later issued a brief statement offering his and the U.S. government's condolences to the victims and their families. He also called for ''more effective measures'' internationally to prevent future similar incidents and airline hijackings.

''We are shocked at this outrageous act which can only be described as an indiscriminate murderous attack on innocent civilians including women and children,'' he said.

Irwin has been serving as acting secretary of state in the absence of secretary William P. Rogers, who has been accompanying President Nixon on his trip to Moscow, Tehran and Warsaw.

The State Department has been relying on information from the U.S. embassy in Tel Aviv and from Israeli officials in trying to determine just who among the dead and wounded are from Puerto Rico.

One U.S. official described the situation at the U.S. embassy in Tel Aviv as ''chaotic.''

Another problem has been caused by unfamiliarity with the Spanish practice of retaining the mothers family surname. many of the names printed in early editions of newspapers were obtained by wire service newsmen from poorly printed and written name tags on dead bodies at Lod hospital.

## Israelis Claim Arabs Foiled In Sabotage Try

TEL AVIV — Israeli security men are said to have foiled an attempt by Arab guerrillas to sabotage an Israeli El Al airliner in Copenhagen. A company spokesman said in Tel Aviv two Arabs tried to damage the plane by placing explosives aboard but were stopped by the airline's security agents.

Meanwhile, an Air France jet bound for Tel Aviv with 100 passengers aboard returned to Orly Airport in Paris Wednesday after an anonymous telephone caller said a bomb had been placed on the plane. Apparently, it was a hoax.

Israel's Premier Golda Meir said Wednesday her government will take steps to assure there's no repetition of Tuesday night's terrorist shootings at the Tel Aviv airport in which 25 were killed and nearly 80 others wounded.

06 628 62909 LIBRARY OF CONGRESS NEWSPAPER R M

34    THE SAN JUAN STAR — Thursday, June 1, 1972



Luis Calderon, whose father Carmelo Calderon (R) was killed by terrorists in Tel Aviv, is joined in his sorrow Wednesday by his wife, Maria Dolores Calderon. (STAR Photo by Eddie Crespo).

# EVANGELISTS MASSACRED

(Continued From Page 1)

by a Palestine guerilla movement opened fire with submachine guns and grenades in the passenger terminal of Israel's international airport. At least 31 of the wounded were also island residents.

They were part of a group of 63 Puerto Rican Evangelists who arrived in Tel Aviv Tuesday night on a pilgrimage to the Holy Land organized by Wholesale Tours, Inc., of New York. The first group of 46 passengers left the airport before the attack, the second group was caught in the massacre and the third group was still in Rome Wednesday.

Twenty-three Puerto Rican pilgrims who escaped injury in the terrorist attack sat dazed and silent Wednesday in the lobby of Jerusalem's St. George Hotel, bleary-eyed from tears and fatigue.

The pilgrims were mostly workers, farmers and ordinary people with little interest in — or much knowledge of — the Arab-Israeli dispute that led to the terrorist massacre.

"I was checking through the passport desk and I bent down to pick up my case when suddenly the world exploded," said Ruben Ortiz Rosario, a young student minister from Caguas.

"Bullets whizzed past my head and there were explosions, screams and shouts. I was petrified. I hid under a desk and I prayed."

Many of the Puerto Ricans said they had saved for years to make the pilgrimage, but now wanted to take the next plane home.

Herminio Ortiz Melendez, a 55-year-old merchant from Manati, put down his bible and said:

"I was sent to the back of the line just before the shooting started. A paper fell on the ground and I bent over to pick

it up a bullet flew past my head. I crawled under a table and stayed there. All I want now is to return to my family, to peace and tranquility."

He said he could not understand why the Japanese should shoot Puerto Ricans to resolve a crisis in the Middle East.

Tony Gafni, the group's guide, described the massacre in this way:

"The Japanese youngsters placed themselves in strategic positions around the group and then cooly began shooting and hurling grenades. They threw at least six grenades.

"It was all over in a very few minutes, but I died 100 deaths.

"The Japanese were tremendously calm," the guide said. "They just stood there pumping magazine after magazine into a crowd of screaming and frightened people. They showed no emotion."

The Israeli foreign ministry mobilized Spanish speaking personnel Wednesday to comfort the pilgrims at the hotel. Cables were sent to relatives at home by group leader Jose Abner Munoz, a 27-year-old vocational school teacher on his fifth visit to Israel.

Sonia Ortiz, 20, of Las Piedras, her eyes still wide with shock, said:

"The stopover at Rome was routine. People of all nationalities boarded the plane and no one paid any attention to the Japanese on the international flight."

She said she wanted to get home to her parents as soon as possible.

In San Juan, La Fortaleza announced the Vice President had arranged for transport back to the island of the victims' bodies after receiving a special request from Gov. Ferre.

In a prepared statement issued late Wednesday, La Fortaleza said an air Force jet

would leave for Tel Aviv "immediately from some unspecified location in Europe and fly the bodies to McGuire AFB in New Jersey. There the bodies will be transferred to another waiting Air Force plane which will bring them to the island."

If the bodies were ready for transportation when the jet arrived in Tel Aviv they could arrive in San Juan today, according to a spokesman for the Governor.

The Vice President also assured Ferre that "personal efforts will continue to be made to help all Puerto Ricans involved" in the massacre, the spokesman added.

In Rome, Italian police said Wednesday the three Japanese terrorists were among the 22 passengers who boarded Air France flight 132 to Tel Aviv at Leonardo da Vinci International Airport at Fiumicino during a 40-minute stopover.

The disclosure caused consternation at the airport and prompted Giovanni Halagodi, leader of the conservative Liberal Party, to make a formal request of the premier and interior minister to inform Parliament what new security measures "they intend to provide to avoid or reduce to a minimum similar occurrences in the future."

Airport personnel said the three gunmen passed through the antihijack metal detector without difficulty. Their hand luggage, like that of all passengers boarding the boeing aircraft entoute to Israel, was said to have been thoroughly searched.

The weapons used by the terrorists were concealed in three pieces of luggage, weighing together slightly over 120 pounds, that the three men checked in at the Air France counter.

Air police said this luggage, customarily opened only when unaccompanied, was not examined despite recent warnings by airline and Interpol (Interna-

tional Police) sources that new terrorist activities involving flights to or from the Middle East must be expected.

The chief of airport police, Pietro Guli, said it was not possible to examine all the 21,000 pieces of luggage passing through Fiumicino on an average day.

Guli told to newsmen that airlines operating at Fiumicino had been warned of a possible new wave of terrorism as recently as May 22, and that it was the responsibility of the airlines to request police assistance for checking baggage with X-ray machines or other devices when they were suspicious of individual passengers.

A spokesman for Air France denied that airlines were responsible for baggage checks, contending that all over the world such controls are the task of airport authorities, customs officials and the police. The spokesman said airlines ask for special police action only when they had reason to be particularly suspicious of individual passengers.

Police and airport officials insisted that the three Japanese gunmen had done nothing to attract attention before they boarded the French airliner.

Sources close to the police said the three terrorists appeared to have arrived in Rome last Thursday from "some other Eruopean country." Police theorized that before coming to Italy the trio had had contacts with extremist Arab groups elsewehere in Europe during the last few months.

According to hotel and boardinghouse records, the three men stayed for two days at the Albergo Anglo-Americano near the Piaza Barberini in Rome's center, and then moved to the Pensione Scaligera, a boardinghouse in the Via Nazionale, a central thoroughfare, until checking out Tuesday.

The boarding house's desk clerk, Giovani Spaventa,

recalled: "The three Japanese were babyfaced and behaved just like oridinary tourists.

The three Japanese originally had told hotel employes they intended to leave Tuesday morning, apparently on the 9 30 a.m. Alitalia flight to Tel Aviv but later changed their plans According to the hotel and the boardinghouse, the three received no telephone calls or visitors However, a Japanese woman about 30 years old, who was not registered at the Pensione Scligera, reportedly was seen on the premises.

In Tokyo, Japanese Foreign Ministry said it would send a special investigator to Tel Aviv. The ministry said it was informed by Israel that the attackers were identified as Ken Torio and Jiro Sugisaki, both 23, and Daisuke Namba, 22.

Japanese police said their lists of leftist radicals did not include the three. The captured man reportedly said he belonged to the Red Star Army.

Japan has militant left-wing groups with similar names. The most extreme groups merged last autumn into an organization calling itself the United Red Army. It preaches violent revolution, and a girl member was reported to have joined the Palestinian guerrillas last March.

Police said the men pulled the submachine guns and grenades from their suitcases in the customs hall and started firing into the defenseless, horrified airport crowd.

Most of the first victims were fellow passengers on the Air France plane or people meeting them.

The terrorist who killed himself ran onto the runway and fired into two jetliners, wounding several passengers aboard an Israeli El Al plane and damaging one engine of a Scanair 707 jet from Scandinavia. Then he exploded a grenade, blowing his skull to bits, police said.

wife, Maria Dolores

The three Japanese
faced and behaved
idinary tourists.

e Japanese originally
hotel employes they
to leave Tuesday
pparently on the 9:30
ia flight to Tel Aviv
changed their plans
to the hotel and the
use. the three receiv-
hone calls or visitors
a Japanese woman.
years old, who was
ered at the Pensione
reportedly was seen
mises.

o, Japanese Foreign
said it would send a
estigator to Tel Aviv.
try said it was in-
Israel that the at-
ere identified as Ken
Jiro Sugisaki, both
suke Namba, 22.

e police said their lists
adicals did not include
The captured man
said he belonged to
ar Army.

as militant left-wing
h similar names. The
me groups merged
n into an organization
elf the United Red
preaches violent
and a girl member
rted to have joined
tinian guerrillas last

said the men pulled
nachine guns and
from their suitcases
toms hall and started
the defenseless, hor-
ort crowd.

the first victims were
ssengers on the Air
ane or people meeting

rrorist who killed
an onto the runway
l into two jetliners,
several passengers
Israeli El Al plane
aging one engine of
707 jet from Scan-
Then he exploded a
blowing his skull to
e said.





Anguish shows on the face of Benjamin Gonzalez whose sister, Blanca Gonzalez de Perez, was among 14 Puerto Ricans killed at Lod Airport in Tel Aviv Tuesday. (STAR Photo by Roso Sabalones)



Maria Antonia Hernandez Vda. de Gonzalez — the mother of Blanca Gonzalez de Perez — sits in disbelieving shock Wednesday after hearing the news of her daughter's death. (STAR Photo by Roso Sabalones)

# Relatives Mourn Massacre Victims



Dr. Carmen Luz Matos de Bartolomei waits anxiously as her husband, Dr. John Bartolomei, calls Tel Aviv Wednesday for news of her mother and aunt, Luz Belen Matos and Carmen Matilde Matos de Suarez. (STAR Photo by Eddie Crespo)



A policeman guards the church of Rev. Angel Berganzo Colon (inset) in Manati Wednesday. The Evangelical minister was one of 14 Puerto Ricans killed by terrorist bullets in Tel Aviv Tuesday. (STAR Photo by Roso Sabalones)

THE SAN JUAN STAR — Thursday, June 1, 1972    35





Anguish shows on the face of Benjamin Gonzalez whose sister, Blanca Gonzalez de Perez, was among 14 Puerto Ricans killed at Lod Airport in Tel Aviv Tuesday. (STAR Photo by Roso Sabalones)

Maria Antónia Hernandez Vda. de Gonzalez — the mother of Blanca González de Perez — sits in disbelieving shock Wednesday after hearing the news of her daughter's death. (STAR Photo by Roso Sabalones)

# Relatives Mourn Massacre Victims





Dr. Carmen Luz Matos de Bartolomei waits anxiously as her husband, Dr. John Bartolomei, calls Tel Aviv Wednesday for news of her mother and aunt, Luz Belen Matos and Carmen Matilde Matos de Suarez. (STAR Photo by Eddie Crespo)

A policeman guards the church of Rev. Angel Berganzo Colon (inset) in Manati Wednesday. The Evangelical minister was one of 14 Puerto Ricans killed by terrorist bullets in Tel Aviv Tuesday. (STAR Photo by Roso Sabalones)

LIBRARY OF CONGRESS NEWSPAPER

### APPU CHARGES 'MINI-CIC' AGENTS CARRY GUNS

# Professors Blame UPR In Shooting

**By JAMES McDONOUGH**
*Of The STAR Staff*

The presidentof of the Association of Puerto Rican University Professors (APPU) charged Wednesday that the shooting of the head of the University of Puerto Rico Rio Piedras Campus security division was a "logical consequence" of administration policy.

Jose J. Villamil said the incident was provoked by Rio Piedras Chancellor Pedro Jose Rivera's decision to establish the security division, permit state police agents on campus and allow special campus investigators to carry guns.

The security head—Juan del Valle—was shot in the legs last week by a masked assailant as he entered the natural sciences building on the Rio Pedras campus.

The wound was not serious and Del Valle was released from the hospital Tuesday.

Calling the security division by the name of "mini-CIC," the term used by the Federation of University Students Pro Independence, Villamil said he had proof that some of the division's agents carry guns.

He claimed that a shooting incident that occurred on campus prior to the Del Valle attack was caused by the division's special investigators. "We have sworn statements by students that those who shot were special investigators," he said.

Last week, Luciano Cruz, a special investigator, who was involved in the incident which took place in an area on campus called Peyton Pace, said that those who fired were students, not police. He also said the special agents do not have guns.

Villamil, at a press conference, also urged the administration to call off this year's graduation exercise scheduled for June 11.

"It would not be prudent to hold the graduation because of the possibility of violence," he said.

The association, he continued, is urging its members to boycott the ceremony and, in addition, is considering "other forms of protest."

He would not elaborate.

## Married Stewardess Wins Back Airline Job

A married Pan American World Airways Stewardess, fired from her job for pregnancy, has won back her position along with full seniority rights and a back-pay settlement that her attorney terms "satisfactory."

Under an out-of-court agreement signed Wednesday with the airlines, Judith Martorell 28 will report for work in New York Friday.

Her San Juan-based attorney, George Weasler, said Mrs. Martorell will then go next Monday to Miami for a four-day refresher course before her first airborne assignment.

Mrs. Martorell was dropped June 4, 1970 by Pan American in line with a company policy that barred pregnant stewardesses.

## Ex-Labor Leader Lawyer To Run For House Seat

Raimundo Suarez Lazu, former labor leader, sugar cane cutter, and now Rio Piedras lawyer, announced Wednesday he will be a candidate for representative at-large on the PDP ticket.

Suarez Lazu, who bucked the PDP in 1968 and campaigned vigorously for former Gov. Roberto Sanchez Vilella's Peoples Party, said if elected he would present legislation to create a "Rural Development Corp., and a bill to eliminate the electoral fund, among other projected legislation.

## Ferre Approves Bill Requiring Hotels To Use Local Artists

**By DIMAS PLANAS**
*Of The STAR Staff*

A bill which would force all local tourist hotels and restaurants to hire at least 50 per cent of their entertainers locally was signed Wednesday by Gov. Ferre.

The new law, sponsored by the administration, sets fines of $300 for first-time offenders and $500 for second and subsequent offenses for non-compliance, and permits courts to revoke the licenses of repeated offenders.

The 50 per cent requirement must be computed by taking into account both the number of artists and the salaries paid to them.

An accompanying report issued by the House Labor Committee states "There is (currently) a marked absence of elements which are representative of our culture in shows presented in tourist hotels and restaurants."

The measure, the report adds, "aims to make sure that through such shows and authentic image of our land and our culture is put forth."

Other related measures also signed Wednesday by Ferre give special Commonwealth grants to the Puerto Rico Symphony orchestra and opera 68.

A $150,000 grant to the orchestra will enable it to extend its season to cover the entire year.

Opera 68, a non-profit organization which promotes opera performances here, received a $25,000 grant.

## FERRE NAMES PHILIPPI FOR ISRAEL AID

(Continued From Page 3)

families of the victims and added that his administration is doing all we can" to help bring the bodies of the dead back to the island and to care for the wounded "in every possible way"

In San Juan, the Commonwealth state department said that requests by any relatives of the dead or wounded for passports to travel to Israel would "be handled with all deliberate speed."

Normally a passport request is not filled until after about 15 days to a month after being properly filed.

A state department source said that passports would be issued "within hours or overnight" to relatives of the victims who request them.

## MASSACRE TOLL ACCURACY QUESTIONED

(Continued From Page 3)

with Munoz's answers in parentheses

Juan Padilla Ortiz (no answer) Blanca Gonzalez Perez (yes); Carmen Guzman, wife of Juan Padilla (yes); Antonio Rodriguez (yes); Esther Gonzalez (yes); Carmelo Calderon (yes); Angel Berganza Colon (yes); Enrique Martinez Rivera (No, he's wounded); Florentina Margon (No she's not from our group); Clarise Rosario (also not in our group)

Munoz was also read a list of supposed wounded and asked for comment. Text of the telephone conversation follows:

Anita Guzman (We have nobody by that name); Antonia Ocasio (No one by that name); Lydia Martinez de Martinez (Yes, she's wounded); Constancia Gonzalez (No); Ernesto Delgado (Yes, wounded); Luz Mojica (We don't know the name); Antonio Zacarias (Unknown to us); Mercedes Alejandro (wounded); Pedro Hernandez (wounded); Jaime Arroyo (wounded); Ernesto Casseti (Nobody in our group by that name).

Carmen Matilde (She's perfectly well); Juanita Lopez (Wounded but very slightly); Manuel Fontanez (Wounded very slightly); Luis Conde (Wounded slightly); Rita Morales (Wounded); Rosalia Artigues (Nobody by that name); Antonio Rosado (Nobody by that name).

Munoz then said that there were "between 10 or 12 people dead and about 30 persons wounded" and added that "cables have been sent to the relatives of all dead or wounded."

## Law Gives Fee Break To 'Livelihood' Cars

Publicos, taxis and other motor vehicle used as a means of daily livelihood became exempted from registration fees Wednesday in legislation signed by Gov. Ferre.

The measure will also cover such vehicles as independently owned dump trucks and other cargo vehicles.

To qualify for the exemption, it must be established that the vehicle itself is the means of livelihood not merely used to aid its owner-driver in procuring a livelihood.

In addition, registration fees for motor vehicles used as a means of livelihood but not operated by owners are set as follows: $250 annually if its price in Puerto Rico is under $2,500 plus 15 per cent of whatever amount over $2,500 constitutes the sale price.

Another measure signed Wednesday by Ferre grants legal aid paid by the Commonwealth to every veteran making claims against the veterans administration, locally as well as in Washington.

A press release issued at La Fortaleza did not estimate the expenses which might be incurred by such a service.

Other measures signed by Ferre included:

— Authorization to deduct premiums for voluntary health plans from the salaries of Commonwealth employes.

— Creation of the profession of emergency medical assistance technician. The health department will license such technicians and is charged with determining the requirements.

**By DIMAS PLANAS**

## P.R. CLEAN AIR PLAN HIGHLY PRAISED

(Continued From Page 6)

three petrochemical plants account for another 14 per cent.

Particle pollution here is caused chiefly by sand and gravel operations cement and asphalt plants sugar mills and open burning garbage dumps

The EPA establishes primary standards described as designed to protect public health, and secondary standards to protect public welfare The law requires that the first be met by 1975 and the second within "a reasonable time" thereafter.

the case of Puerto Rico and the Virgin Islands, however, both standards must be met by 1975, Washington said.

The plans submitted included provisions for compliance schedules, contingency plans, emission source surveillance systems and air quality surveillance, Washington said. "Without all these components the plans would not be enforceable," he added.

"If you don't force the states to plan there is inconsistent enforcement, which could allow polluters to move from one location to another to avoid compliance," Washington said.

The EPA will also require the states and territories to submit reports every six months outlining the progress of their plans for meeting clean air standards.

In addition to Puerto Rico, the EPA approved the plans submitted by Connecticut, New Hampshire, West Virginia, Alabama, Florida, Mississippi, North Carolina, North Dakota, Oregon, American Samoa and Guam.

## General Dynamics Denies Charges

FORT WORTH, Tex. (AP) — General Dynamics Corp. has denied federal charges that the firm and four present and former officials conspired to defraud the government.

A federal indictment returned Tuesday in U.S. District Court in Dallas accused General Dynamics of charging the Air Force for defective parts for F111 fighter-bombers.

A spokesman for General Dynamics here said the charges were without merit. "When the case goes to trial and the complete facts are brought out, the charges will be shown to be groundless, the spokesman said.

The indictment charged that the Selb Manufacturing Co. of or General Dynamics on in violation of contract

## SENATE CHIEF BARES ADDICTION REPORT

(Continued From Page 6)

mends holding a drug abuse conference in Puerto Rico as soon as possible, to provide concerned individuals here with information about innovative ideas, techniques and approaches regarding addict rehabilitation

Other weak

clude "a conspicuous lack of planning capability to set priorities and funding strategies.

"Competing and disparate programs do not work cohesively," the study said. "There is no coordinated network of

treatment approaches," according to the study.

Another weakness, said the study, was the absence of a program for persons addicted to several kinds of narcotics.

Entrance requirements to

THE SAN JUAN STAR — Thursday, June 1, 1972.                                      43

# The San Juan Star



A Scripps-Howard Newspaper
Give Light And The People Will Find Their Own Way
Pulitzer Prize, 1961
APME Citations 1960 & 1965

Founded Nov. 2, 1959

Tel. 782-4200

G.P.O. Box 4187, San Juan, Puerto Rico — 00936
Published daily and Sunday at San Juan, P.R.

Andrew Viglucci, Editor
Harry Turner, Managing Editor -- Ronald Walker, Editorial Page Editor

Star Publishing Corporation.

John A. Zerbe, Jr. - President & Gen. Mgr.

Andrew Viglucci, Vice Pres.-Editorial
Clyde L. Fosick, Vice Pres.-Circulation Dir.
Jaime Rosario, Production Mgr.
Lee T. Hartmann, Classified Ad. Mgr.

Hector M. Mayol, Display Ad. Mgr.
Carlos M. Davila Perez, Controller
Renee J. Espar, Dir. Promotion &
Public Service

WASHINGTON BUREAU: 1013 13th St., N.W. Washington, D.C. 20005

# FOCUS / Opinion

## Nightmare In Tel Aviv

Cruel fate followed a group of pilgriming Puerto Ricans half-way around the world and engaged them in one of the most senseless, insane and tragic incidents within memory.

Puerto Ricans on a religious trip to the Holy Land were wantonly massacred by Japanese supposedly working for Arab terrorists. It is as bizarre, illogical and impersonally cold-blooded as much of today's world is.

To the families of all those persons killed and injured we offer sympathy, understanding and the assurance that we are as confused and stricken by such savage behavior as they are.

Indiscriminate, inexplicable violence is one of the marks of our day. Japanese who would slaughter innocent persons entirely unknown to them for possibly unknowable real reasons are probably not much different from a Sirhan Sirhan, or an Arthur Bremer.

There are few things that can be done to prevent such happenings if those carrying them out are prepared to die to achieve their sick ends. But those few things must be done — and in Tuesday's case, it appears they were not.

The Israeli government has alleged that Air France (owned by the French government) was negligent in checking the baggage of the Japanese when they boarded in Rome.

Air France and Italian police suggested that each other, and not themselves, was responsible for allowing suitcases carrying weapons and explosives to be carried onto the plane.

It takes the use of electronic detectors, luggage checks, body searches, and alert, concerned personnel — but it has been shown over and over these past few years that airline passengers are fully entitled to and need such precautions taken for their safety.

In Washington, Resident Commissioner Jorge Luis Cordova Diaz, who along with Acting Secretary of State John N. Irwin accepted the formal apologies of the government of Japan, criticized "relaxed" airport safety precautions.

"We're not doing the job of searching in our airports," he said. "I don't know why."

Ambassador to the U.S. Nobuhiko Ushiba said that he doubts that Japan was aware of any connection between that country's Army of the Red Star, made up of Japanese revolutionists, and Arab guerilla organizations.

The Puerto Ricans on the trip, according to available information, were mostly middle class ordinary people with little knowledge of and perhaps little interest the seething political situation of the Mideast that has spawned such hate and destruction. Some of them had saved their earnings for years to make the trip.

Then, on a mission of love and peace they met hate and destruction.

Nobody will ever be able to satisfactorily explain to the survivors of those killed and the relatives of those wounded why it happened. Just as nobody has ever been able to explain satisfactorily man's continuing inhumanity to man wherever peoples live side by side.

May 30, 1972 has brought a new kind of Memorial Day to Puerto Rico, one that will bring bitter memories of a nightmare in Tel Aviv.

## The Future Of The NPP

### By JUAN MANUEL GARCIA PASSALACQUA



(Garcia Passalacqua, vice president and counsel of an educational foundation and a former La Fortaleza aide, contributes a weekly column to the STAR.)

The New Progressive Party will hold its platform and nominations convention next July 23 at the Ponce Coliseum. It will be a historic meeting. The future of the party itself, of two of its main figures, and maybe of Puerto Rican politics will be at stake two months from now. Contrary to the Popular Democratic Party, the NPP has decided to draft its platform in the old style. There haven't been any public hearings, nor has there been any participation from the rank and file in the shaping of the platform. This may lead to a few surprises on that fateful date.

In all probability the platform will evidence the firm hand of Gov. Ferre, that of his closest adviser, Santiago Soler Favale, and of the NPP's traditional ideologue, UPR Prof. Reece Bothwell. It will not surprise anybody if the platform shows several of the Governor's favorite themes, such as the need for "both arms" (a reference to an NPP win in the Senate) to govern the island; his commitment to a new form of capitalism with "altruistic" overtones to help the downtrodden; his firm belief that the time has come to improve the quality of life in the island as well as to continue to promote its quantitative growth. And yet, these will not be the most important themes to watch for. The issue will be statehood.

The NPP has a political thorn on its side. It is called Carlos Romero Barcelo. He has wanted to play an important role in all past NPP decisions. He will surely try to do so again as to the NPP platform. What can happen?

The ideological texture of Romero Barcelo is clear for all to see. No one can forget his answer to a question posed to him in 1966 about Puerto Rican culture: "There is nothing worth preserving, it's all meaningless, who needs it?" For years, he has been trying to erase that image, claiming the magazine where it was printed, "A Minority of One, was not a respectable one and that he was misquoted. He forgets that among its editors were Linus Pauling, Bertrand Russell, Albert Schweitzer and Pitrim Sorokin. And the image sticks.

Then comes statehood — now. Desperately wanting the first vicepresidency of the NPP as a step towards the governorship, and knowing that the majority of delegates chosen to the last NPP convention came from the ranks of the old Statehood Republican Party, Romero designed what he thought was a good strategy to beat his two opponents — overplay statehood now. His, by now famous, ardent statements for statehood (STAR, June 10-15, 1971) got him the nomination. But one thing is the NPP machine and another is the Puerto Rican electorate. By adopting the intransigent statehood-now-at-all-costs position, Romero may very well have closed himself into a room and thrown out the key. Because the image sticks.

Why are Romero's positions a thorn on the NPP's side? The answer is very simple: the people in Puerto Rico still prefer commonwealth. In the 1967 plebiscite, the status ratio was: commonwealth — 60 per cent, statehood — 38 per cent, indpendence — 2 percent. In the 1969 UPR poll, the status ratio was commonwealth — 45 per cent, statehood 33 per cent, independnece — 13 per cent. In a 1972 poll announced last week in The New York Times, the status ratio was commonwealth — 63 per cent, statehood — 25 per cent, independence — 5 per cent. What do these three public opinion samplings, taken at two-year intervals, mean for the NPP's future?

They mean a very important thing. If the NPP wants to win in 1972, it will have to become a pro-commonwealth party on July 23.

Whatever the accuracy of the polls cited, one thing is obvious — four years of NPP government have been unable to increase the percentage of pro-statehood sentiment in Puerto Rico. Gov. Ferre implicitly recognized this in one of his recent press conferences when he said that he would continue to work to make the people of Puerto Rico understand that statehood doesn't mean the disappearance of our culture, because, he said, people believe so now.

Politically astute as he is, Ferre has continuously downplayed statehood since he became Governor, and his latest move was to promote the NPP nomination of a then pro-commonwealth representative to the 1952 Constitutional Convention, Ramon Mellado Parsons. His strategy is clear.

Yet, there is still Carlos Romero Barcelo. What to do with him? In the next electoral campaign, the NPP needs to promote before the public figures that can attract non-statehood votes. He is not one of them. This is amply demonstrated by the events of last week, where his participation in high school graduations was so blatantly political that he encouraged a young pro-independence female student to the irrational act of slapping him in the face.

What the incident means is that Carlos Romero Barcelo will never be able to convince anybody that he has abandoned his statehood-now stance. Since what the NPP needs now are precisely figures that can cut a pro-commonwealth and pro-Puerto Rican-culture image, what is the party going to do with its first-vicepresident? It is a very tough question.

It is tougher still when the obvious alternative is the man he defeated for that post, Justo A. Mendez. Anonymous hands have been sending us in the past week a copy of an old newspaper in which Mendez, as a young student in Lares, defended independence. His credentials as a Puerto Rican are well established, and he enjoys the friendship and admiration of many pro-independence and pro-commonwealth followers. He can obviously draw to the NPP the voters it desperately needs, the same ones Romero would alienate. In addition, it was precisely Mendez, who in 1970 (together with Mellado) proposed an alliance between commonwealthers and statehooders to finally solve the status question. Mellado's July 4 and Mendez's July 25 speeches that year will obviously have to be considered when the NPP adopts its 1972 platform.

Thus is the stage set. In the same manner that the PDP will face history on July 25 when it decides between the candidacies of Jaime Benitez or Arturo Morales Carrion (both highly tainted with ideological overtones) for resident commissioner, the NPP will face its very own ideological crisis. It will have to decide between the Ferre-Mellado-Mendez platform and the Romero stance. If the NPP knows what is good for it, there can be only one result. One July 24, Romero's friends will be asking him: "Whatever happened to statehood-now?" And he will have to be quiet.

## TODAY IN HISTORY

Today is Thursday, June 1, the 153rd day of 1972. There are 213 days left in the year.

**Today's highlight in history:**

On this date in 1958, Gen. Charles De Gaulle became premier of France.

On this date —

In 1792, Kentucky joined the Union as the 15th state.

In 1798, Tennessee became the 16th state.

In 1801, the Mormon leader, Brigham Young was born in Whitingham, Vt.

In 1812, President James Madison advised Congress that war with Britain was inevitable.

In 1813, a U.S. Navy captain, James Lawrence, issued his famous command. "Don't give up the ship." He had been mortally wounded, and his frigate was being captured by a British warship near Boston.

In 1944, the siesta was officially abolished in Mexico.

Ten years ago...the Soviet Union increased prices of farm products 30 per cent to spur production.

Five years ago...six soldiers from Fort Belvoir, Va, were electrocuted while erecting a flagpole at a Little League baseball game.

THE SAN JUAN STAR — Thursday, June 1, 1972.

# Puerto Ricans Bear Brunt Of Attack





A nurse at Hashomer Hospital attends to one of the Puerto Rican women injured during the airport assault.

The Israeli Armed Forces Chief of Staff, Gen. David Klazar, center, is briefed on the situation amid pools of blood at Lod Airport shortly after the three Japanese suicide guerrillas opened fire into a crowd of 250 to 300 persons, killing and wounding dozens.



One of the critically injured Puerto Ricans hit in the massacre is cared for in the Hashomer Hospital in Tel Aviv.



A child's broken doll lies amid the baggage and blood at Lod Airport following the unprecedented assault by the three Japanese terrorists.

06/29/2009  LIBRARY OF CONGRESS NEWSPAPER R M