# EXHIBIT 9

Case 1:22-cv-01514-CKK    Document 36-10    Filed 08/14/26    Page 2 of 9



# The San Juan Star

**Today's Thought**
A man who marries a beautiful woman marries torment—West African saying.

8th Year No. 212 · San Juan, Puerto Rico, Friday, June 2, 1972. · 15¢ VIEQUES & OUTSIDE P.R. · **10¢** · F

# P.R. MASSACRE TOLL CLIMBS TO 16 DEAD

## FAMILIES IN SHOCK ★ JAPANESE MOVE OUT ★ TWO MORE SUCCUMB

**By ISMARO VELAZQUEZ**
Of The STAR Staff

COROZAL — Two families in Barrio Palos Blancos here were still in shock Thursday over the death in Tel Aviv of Juan Padilla Ortiz, 30, and his wife, Carmen Eneida Guzman de Padilla, 28.

The Padillas and the Guzmans live a few kilometers away, in the steep mountains of Corozal where Juan and Carmen Eneida also lived. They had been married eight years but had no children.

(See FAMILIES, Page 20)

**By ED KONSTANT**
Star Washington Correspondent

WASHINGTON — Some 20 to 30 Japanese nationals were evacuated Thursday from Puerto Rico because of threats of reprisals for the

More stories and photos are on Pages 2, 3, 20, 28, 29, 72 and 73 of today's STAR.

killing of 16 Puerto Ricans by Japanese terrorists in Tel Aviv, Gov. Ferre said Thursday.

The Governor told newsmen moments after meeting here with Japanese Ambassador

(See JAPANESE, Page 20)

**By MANNY SUAREZ**
Of The STAR Staff

JERUSALEM — The toll of Puerto Rican dead in the savage terrorist attack at Tel Aviv's Lydda Airport rose to 16 Thursday as one critically wounded woman died of her injuries and a man reported missing was identified among the dead.

The new fatalities were identified by the tour director here as Consorcio Rodriguez, who apparently died instantly and remained

(See TWO MORE, Page 20)



The surviving Tel Aviv Airport attacker, Kozo Okamoto, told police interrogators Thursday, that he was sorry he didn't die with his two companions. "I'm waiting for the Israelis to execute me. I'm sorry that I didn't die at the airport," the National Radio said Okamoto, of Osaka, told police.

## Nixon Urges Approval Of Nuclear Pact

WASHINGTON (AP) — President Nixon returned from his historic summit journey to Moscow Thursday night to urge a joint session of Congress to approve the arms limitation agreement he signed with Soviet leaders.

Speaking before a nationwide television and radio audience in the crowded House chamber, the President said: "I have not come here this evening to make new announcements in a dramatic setting. This summit has already made its news.

"It has barely begun, however, to make its mark on our world. I ask you to join me tonight—while events are fresh, while the iron is hot—in starting to consider how we can help to make that mark what we want it to be."

The President outlined the various agreements reached during his summit meeting in the Russian capital but said the most important of the accords "is the treaty and related executive agreement which will limit, for the first time, both offensive and defensive strategic nuclear weapons in the arsenals of the United States and the USSR."

Nixon said these agreements provide a foundation for a new relationship between two powerful nations with a recent history of antagonism.

"Now it is up to us—to all of us here in this chamber and to all of us across America—to join with other nations in building a new house upon that foundation—one that can be a home for the hopes of mankind and a shelter against the storms of conflict," the President stated.

"As a preliminary, therefore," the President went on, "to requesting your concurrance in some of the agreements we reached and your approval of funds to carry out others, and also as a keynote for the unity in which this government and this nation must go forward from here, I am rendering this immediate report to the Congress on the results of the Moscow summit."

Nixon spoke less than a half an hour after arriving on a 10-hour flight from Warsaw. After landing at Andrews Air Force Base, he flew by helicopter to the Capitol.

The President's 13-day trip, besides Russia, included Austria, Iran and Poland.

The President sought to head off any concern that the Strategic Arms Limitation agreements—SALT—had endangered American security as charged by some critics, such as Sen. Henry M. Jackson, D-Wash.

"I have studied the strategic balance in great detail with my senior advisers for more than three years," the President told an audience that broke into frequent applause during his presentation. He went on.

"I can assure the Congress and the American people tonight that the present and planned strategic forces of the United States are without question sufficient for the maintenance of our security and the protection of our vital interests.

"No power on earth is strong-

(See NIXON, Page 20)

06/29/2009 LIBRARY OF CONGRESS NEWSPAPER R M

Case 1:22-cv-01514-CKK     Document 36-10     Filed 08/14/26     Page 3 of 9

## GOVERNOR'S REMARKS PROMPTED BY EARLIER MEETING WITH NADER

# 2nd Rate Goods Thought Sold Here

**By ED KONSTANT**
Star Washington Correspondent

WASHINGTON — Gov. Ferre conceded Thursday that Puerto Rico may very well be a dumping ground for "second class" consumer goods.

"Puerto Ricans have always been used to second class merchandise," the Governor said during a meeting with newsmen here.

The Governor's remarks were prompted by a discussion of his meeting a month ago with consumer advocate Ralph Nader. Nader was in Puerto Rico to speak to a group at the University of Puerto Rico. He indicated at the time that seconds were being sold

in Puerto Rico at prices charged for quality merchandise.

The Governor gave no evidence of this, but recalled that when he was a youngster merchants frequently offered old lots of consumer goods for sale at top prices in Puerto Rico.

Resident Commissioner Jorge Luis Cordova Diaz, who also attended the meeting with newsmen, commented that he "became familiar" with this situation while he headed the price control apparatus in Puerto Rico many years ago. He cited shoes as a particular example.

Nader last month told his Puerto Rican audience that if his offices in Washington received enough complaints from

them about "seconds," he would try to get Congress to investigate the situation.

Cordova had disagreed with Nader, believing that the job should be done by the federal regulatory agencies.

Before leaving for Washington Ferre signed Thursday morning measures assigning $2 million more to the University of Puerto Rico and $20 million for the municipal pork barrel fund.

The additional $2 million for the UPR, proposed by Ferre during the special legislative session, is to be added to the already approved general expenditures budget for the university. It is earmarked for operations at the UPR campuses and regional colleges.

La Fortaleza issued a statement saying that the additional $2 million plus "cutbacks in administrative expenses" would permit the UPR to operate this year without raising its registration fees.

The annual pork barrel bill is a Commonwealth government appropriation to the municipalities for spending on local projects, mostly building repair and local street construction.

The amount is determined by the revenue collected and by the population and income of the municipality.

Other bills signed by Ferre before leaving for Washington would:

—Assign $5,000 to the Institute

of Puerto Rican Culture for the celebration of the 200th anniversary of the founding of Moca.

—Assign another $25,000 to the institute for footing the bill for transportation of a statue of patriot Salvador Brau from Spain to the island.

—Assign another $5,000 for recording by the institute of Eustaquio Pujals' World War I ballad, "Cancion del Soldado."

—Assign $486,540 to the Labor Department in order to match federal funds for the Youth Work Experiences Program.

—Assign $200,000 for the Transport Office to build a garage and repair shop for government-owned vehicles in Ponce.

# Ferré Sees Laird, Visits Wallace

**By ED KONSTANT**
Star Washington Correspondent

WASHINGTON — Gov. Ferre lunched Thursday with Defense Secretary Melvin Laird, then later visited Alabama Gov. George Wallace, who is recovering in a Maryland hospital from an assassination attempt.

Wallace said "he was feeling bad," Ferre told newsmen after the visit. However, he added that the Alabama governor joked he would like to be in Puerto Rico sunshine now.

Ferre was only the second person to visit Wallace other than members of the Alabama governor's immediate family since Monday. Folksinger Eddy Arnold visited Wallace earlier Thursday at Holy Cross Hospital in Silver Springs, Md.

The Alabama governor was seriously wounded last month by a gunman at a Laurel, Md. shopping center while making a campaign stop the day before the Maryland Democratic presidential primary. Wallace won the primary.

Ferre and Wallace have known each other for some time. Ferre is chairman of the Southern Governors Conference. Wallace was in Puerto Rico last September for the National Governors Conference.

Like the visit to Wallace's bedside, Ferre's lunch with Laird had not been scheduled before the Governor left Puerto Rico early Thursday morning.

Ferre hosted Thursday night a reception in Washington for government officials. Laird, because of President Nixon's scheduled return from Europe and family commitments, was not able to attend the reception. But, because the two men wanted to meet, the luncheon was arranged.

Ferre insisted the Culebra issue was not discussed during his luncheon with Laird. Instead, the Governor said the two men talked about the shooting in Tel Aviv, the President's talks with Soviet leaders in Moscow and Ferre's own visit to the USSR several months ago with several other governors.

The Governor was scheduled to leave Washington Thursday night for Boston where he is to attend Friday morning a meeting of the board of Massachusetts Institute of Technology. From there he will go to Houston to attend a session of the National Governors Conference.



Gov. Ferre is called on Thursday by Japanese Ambassador Nobuhiko Ushiba in the Governor's hotel room in Washington. The envoy expressed his regrets for the slaying and wounding of Puerto Ricans at the Tel Aviv airport Tuesday by three Japanese terrorists.

## Tel Aviv Airport Slayings 'Upset' Casals

Cellist Pablo Casals was reported Thursday to be "very upset" over the Tel Aviv's Lod airport massacre in which 14 Puerto Rican pilgrims lost their lives.

Martita Casals, the maestro's wife, said her husband "can't conceive of these terrible acts of

violence which he believes are the result of the world we live in today."

Mrs. Casals spoke of the maestro's sentiments after confirming that the great cellist missed the opening of the Casals festival Wednesday night "because of a cold."

However, she said the 95-

year-old Casals feels much better today, although he still has a cough.

According to the Associated Press, Casals in an interview at his suburban home said, "I feel pretty good after a bad night. I had a slight cough. I have no fever now and I expect to direct some time

next week."

More than 2,000 persons had gathered at the University of Puerto Rico auditorium to watch the famed musician conduct opening night. Prior to the concert a minute of silence was observed in memory of those killed and wounded in the Tel Aviv massacre.

LIBRARY OF CONGRESS NEWSPAPER R M

**20**          THE SAN JUAN STAR — Friday, June 2, 1972.

# TWO MORE SUCCUMB

(Continued From Page 1)
unidentified, and Luz Lugo, died Thursday morning.

Rudolf Schmuele, a local representative of Wholesale Tours of New York, could not immediately provide addresses for the latest victims. He said one other person remains on the critical list along with a woman who had both legs blown off during the carnage, but he could not identify them.

"It was the most horrible thing I have ever seen," said Cesar Medina Reyes, of Barceloneta, an engineer with the Highways Authority.

"We were all standing around the conveyor belt waiting for our luggage when the shooting suddenly started. I threw myself to the floor and started praying. I don't know how I was not hit because when it was all over everyone around me was either dead, dying or injured."

"Right next to me was the Rev. Angel Barganzo, who died instantly."

Medina Reyes, who is lame, said the Israeli authorities assumed he was injured and rushed him to the hospital.

"They didn't understand Spanish and I could not tell them I was alright," he said.

Schmuele said the Israeli authorities are giving excellent treatment to all those hospitalized and have agreed to extend the same insurance coverage given to members of the Israeli armed forces to all those who perished or were injured in the attack. He could not, however, say how much the benefits would be but said they would be provided in the form of pensions to the deceaseds' survivors or the injured.

He said it was the first time that the Israeli government has bestowed such benefits on foreign nationals injured in

Israel as a result of the Palestinian dispute.

Medina and the other tourists who are staying at the St. George Hotel in Jerusalem said they will not permit the attack to cancel the trip, although he said they were inclined to do so immediately after the attack.

Schmuele said the tour was made up of groups that came on three separate planes. A group that had arrived on a KLM flight had just cleared customs and left the building when the shooting started.

He said another group of about 105 pilgrims is expected here Sunday. A total of 250 persons went on the pilgrimage.

Schmuele said it is about the fifth year the pilgrimage has been held.

The Israeli government has taken extraordinary measures to see that the incident is not repeated. Air France Flight 238 that arrived at 10:15 p.m. Thursday (Israeli time) was immediately surrounded by a platoon of soldiers. No one was permitted to leave the plane until the baggage had been taken off and the passengers called out of the plane one by one to be minutely searched and to open their luggage for an additional search.

Air France also instituted stringent security measures at the flight's point of origin in Paris and a stopover in Athens.

The Lydda Airport was swarming with soldiers all carrying submachine guns.

The luggage of the dead and wounded passengers remained at the airport Thursday. In the pile, was a green and white bag, bearing the word "Colegio" for the University of Puerto Rico at Mayaguez. There was also a red and white Caribair bag. Most of the luggage carried the identifying stickers of Wholesale Tours.

# NIXON

(Continued From Page 1)
er than the United States of America today. None will be stronger than the United States of America in the near future."

The arms control agreements, signed last Friday, provide that both nations will be limited to their current arsenal of offensive weapons, with the exception that improvements will be allowed and programs already under way can be completed.

They also provide each nation can establish two defensive missile sites, one to protect each nation's capital, the other

to shield one selected offensive missile location.

The President said these agreements, the offensive section in the form of an executive agreement and the defensive portion formulated as a treaty, is a step that has "enhanced the security of both nations."

By actual count, only 48 of the 100 senators and fewer than 200 of the 433 House members were present when the President entered the House chamber.

The diplomatic corps had the largest representation, about 100.

# FAMILIES IN SHOCK

(Continued From Page 1)
The young couple had just furnished a new home one month ago. It stood empty Thursday.

According to Pedro Padilla, one of the victim's brothers, Juan had misgivings about making the trip to the Holy Land even at the airport in Isla Verde, prior to his departure last Monday. "He was very religious, a member of the Disciples of Christ Church. So he decided to make the trip in spite of his many doubts. It's almost as if he had a premonition..." the brother said.

Carmen Eneida's family — several brothers and sisters and her ailing mother — still couldn't believe she was dead. A brother, Gilberto Guzman, had tears in his eyes as he told how she and Juan had decorated their new house: "It looks almost like a dolls house, it's so small. But the bought

everything brand new and Juan panelled the walls and Carmen Eneida was so proud of everything. And they only lived in it one month before they left for Jerusalem to meet their death."

Both families complained they still had not received official word from any goverment regarding the deaths.

"We've had to rely on the radio and newspapers which sometimes gave one name, then another, then still another," said Gilberto Guzman.

Corozal Mayor Baltasar Ayala Melendez was with the Guzman family, comforting them, telling them he had personally called the Governor's office and been told by an aide that the bodies of the Puerto Rican dead would arrive on the island "no later than Monday."

For the Padillas and the Guzmans it would be a sad, long wait.

# JAPANESE MOVE OUT

(Continued From Page 1)
Nobuhiko Ushiba he had heard reports of the evacuation by telephone from Puerto Rico.

In San Juan, however, Acting Gov. Fernando Chardon, denied that Japanese are being evacuated.

Chardon said in an interview he received a request from the office of the Japanese consul in New York, for additional police protection for Japanese factories here.

Chardon said Police Supt. Luis Torres Massa assured him this would be done.

Chardon could not say whether any Japanese have left voluntarily.

Meanwhile, an Associated Press reports said Lebanon's consul in San Juan reported receiving several telephone calls threatening his life.

Ushiba met with Ferre at the Governor's hotel to convey Japan's and his own personal "apologies and condolences" for the Tel Aviv massacre in which 16 Puerto Ricans were killed and some 30 wounded by three young Japanese terrorists. The ambassador was not aware of the reported evacuations from Puerto Rico.

Ferre did not have any details of the reported evacuations. He only said the news had been given to him by one of his aides who had spoken earlier with administration officials in San Juan. Apparently, the evacuees are employes of Japanese firms in Puerto Rico and members of their families.

A group calling itself the Anti-Communist Action Movement had threatened Wednesday to retaliate against Japanese. as well as Arabs. living in Puerto Rico in revenge for the Puerto Rican deaths in Israel.

"We have Arabs in Puerto Rico and we have Japanese and we don't know what is going to happen," Ferre said.

Ushiba, who Wednesday delivered formal apologies to Acting Secretary of State John N. Irwin and Resident Commissioner Jorge Luis Cordova Diaz, called the incident "a terrible thing. There is no way to explain it."

Ferre said the ambassador called on him to "express his regrets on behalf of his government. We appreciate it, but know it ("the massacre") has nothing to do with the people of Japan. They re f ine people."

The Governor and his aides also disclosed that the bodies of Japan. They're fine people." flown back to San Juan from Tel Aviv Monday or Tuesday.

Special services for the victims will be held in Israel, probably on Sunday, he added.

After embalming in Israel, the bodies are to be flown on a U.S. Air Force transport based in Europe. The flight will go first to McGuire Air Force Base in New Jersey, then to San Juan.

Meanwhile, in Tel Aviv, according to the Associated Press, scores of troops and ambulances converged on Lydda International Airport Thursday night on suspicion that terrorists planned another sabotage attack to follow the Tuesday massacre that left 26 dead and about 70 wounded.

Lebanon braced for possible Israeli attacks in retaliation for the massacre. Witnesses said Israeli Skyhawk and Mirage jets invaded Lebanese air space for 15 minutes Thursday and unusual troop movements were seen in Israeli settlements along the border.

At Tel Aviv's Lydda International Airport, soldiers surrounded the field and searched all passengers from at least six incoming flights from Europe, Asia and the United States.

All hospitals in the Tel Aviv area were put on special alert. Some hospitals still were crowded with wounded from Tuesday's carnage.

Four hours after the alarm began no incidents had occurred, no weapons had been found and no arrests had been made.

Top army officers raced to the airport to lead the operation.

Passengers were allowed to disembark from jetliners only a few at a time. Each group was searched and baggage was opened and inspected before travelers entered the terminal building where the slaughter occurred 48 hours before.

There was no word on what set off the alarm.

One of the airliners to encounter the emergency procedures was an Air France flight from Paris, like the flight that carried the three-man Japanese suicide squad that wrought havoc at the airport.

Other planes were from Athens, Istanbul, New York and other points.

Censorship held up reports of the alarm for several hours.

Lebanon's army has been placed on the alert in the expectation that Israelis will carry out some form of reprisal for allowing the guerrillas to maintain a headquarters in Beirut, the capital.

Women and children were

evacuated from three Palestinian refugee camps in southern Lebanon.

Speculation on where an Israeli attack might come dominated cafe conversation in Beirut.

Airports throughout Europe, tightened their security and some ordered passengers bound for the Middle East to submit to body searches.

The surviving member of the Japanese suicide squad told interrogators in Tel Aviv the gunmen took no money for the killings. But the trio did accept guns and plane tickets from Arab guerrillas, he said.

The terrorist survivor, Kozo Okamoto, 24, a former university student, told Israeli questioners his "United Red Army" death team worked with the Popular Front for the Liberation of Palestine because the Japanese did not have money to stage a terrorist raid of their own, sources close to the interrogators said.

"I was convinced it was a righteous action. I did not care where I carried it out," the Japanese gunman was reported as saying.

When he was captured at Lydda International Airport outside Tel Aviv the terrorist told police he was working "for money" for a guerrilla organization.

"I received nothing, just tickets," the young Japanese was later reported as saying after hours of refusing to answer questions.

Reports of the interrogation merged as all Israel was in a sullen, angry and vengeful mood against neighboring Lebanon and the Arab guerrillas.

But for the time being at least, the Israeli government appeared to be concentrating on diplomacy rather than retaliation.

Premier Golda Meir, has warned that the Arabs would "bear the responsibility" for the airport massacre, and Israeli press reports said the government had asked the United States to "warn Lebanon for the last time."

Israeli forces have invaded the Arab nation along the frontier in the past to hit guerrillas there.

The surviving terrorist said he and his two colleagues were given Kalashnikov rifles and grenades inside suitcases by their Arab trainers. They were told not to open them before landing in Israel.

They were trained for two months at a guerrilla base in Lebanon, the interrogation sources said. All three were wearing Arab-made clothing, but the labels had been ripped out in case of a close security check, Israeli reports said.

Okamoto was quoted as telling his questioners, "Now I ask that you let me die. I ask a promise that at the end of the interrogation I am allowed to die."

The death request fitted with Japanese reports quoting a Japanese archeologist in Israel who acted as interpreter during the gunman's questioning. The archeologist said Okamoto claimed he survived the suicide mission by mistake and wished to be shot.

A member of the fanatic United Red Army and younger brother of a leftist radical who helped hijack an airliner to North Korea two years ago, Okamoto did not say why he and his comrades were determined to wage a terrorist at-

(See JAPANESE, Page 29)



JUAN AND CARMEN ENEIDA PADILLA

**28** THE SAN JUAN STAR — Friday, June 2, 1972

# Local Group Blames Israel For Massacre

**By MARGOT PREECE**
Of The STAR Staff

A group claiming to represent the Arab community here Thursday blamed "Israeli intransigence and aggressive policy" for the massacre at Tel Aviv airport Tuesday which left 15 Puerto Ricans dead.

The board of directors of the Arab Cultural Club issued a statement expressing "deep sorrow to the Puerto Rican people for the tragedy that occurred in our occupied homeland, Palestine."

A spokesman for the group said it represents about half of some 2,000 Arabs living here, about two-thirds of whom are Lebanese and the rest Palestinian.

"We would like to express the fact that what happened in Tel Aviv was not and can never be directed against Puerto Ricans.

"It is rather the consequences of the continued struggle in the area.

"The distressed and dispossessed Palestinian people have always extended their hands in friendship and cooperation with the people of Puerto Rico," according to the statement.

The board of directors asked for the support of "all free peoples of the world in its struggle against the Israeli occupation and usurpation.

"It is Israeli intransigence and aggressive policy that must be held responsible for what happened and for the continued bloodshed and killing in the once-peaceful Orient," the statement continued.

"We believe that this specific and isolated act will not cause the disruption in our deeply established relations based on mutual friendship and respect," the Arab Cultural Club statement concluded.

# Relatives Learn Girl OK In Israel

Nazira Esther Hawayek is in perfect health in Tel Aviv, her relatives in Hatillo and Ponce were relieved to learn Thursday.

Worried relatives called the STAR to report her full name is Nazira Esther Hawayek Figueroa and she is a Puerto Rican by birth.

Nazira Esther, whose father is Syrian, might have become a partly Arab casualty of Arab-inspired violence in Palestine as Japanese gunmen fired Tuesday unto an airport crowd of Puerto Rican pilgrims in the name of anti-Israel terrorism.



**NAZIRA ESTHER HAWAYEK**

### GUERRILLA OPERATION LABELED 'COMPLETE SUCCESS'

# Cairo Press Hails Lod Airport Attack



Former Chief Cabinet Secretary Kenji Fukunaga (L) confers with Japanese Foreign Minister Takeo Kukuda at Tokyo International Airport Thursday prior to leaving for Israel. Fukunaga is the Japanese government's representative to express formal apologies for the Lod Airport massacre.

CAIRO (AP) — The Cairo press Wednesday hailed the guerrilla operation at Israel's Lod airport as a "complete success and a crack blow of utmost significance."

Editorials expressed hope that it would be a prelude to similar operations and to a "Palestinian revolution inside Israel and occupied Arab lands."

The semi-official newspaper Al Ahram said: "The suicidal operation, which caused panic, confusion and chaos, has proved that Israel cannot afford to immunize herself against a renewal of Palestinian guerrilla attacks.

"These operations will be escalated unless Israel sooner or later yields the Arab right and gives up its expansionist policies."

It defended the three Japanese involved in the shooting by saying "they sacrificed their lives because they believed in the Arab cause.

"They are not mercenaries because mercenaries do not accept such action, where death is almost certain.

"We should remember that Guevara was not Bolivian, but he died on Bolivia's soil defending its right for social and political freedom," Al Ahram concluded.

The mass-circulation Al Akhabar blamed Israel for the incident saying: "Israeli leaders should understand they are responsible for whatever actions the commandos take because they feel under the illusion that they are able to achieve security through sheer force of arms."

Al Ahram gave prominence to reports of "Israeli reprisal threats against Lebanon and Egypt" but declined to comment on this aspect.

Meanwhile in England, British newspapers bitterly denounced the killing at Tel Aviv airport. One called it a despicable stain on the Palestinian record, another as a sign of a sickness afflicting the world.

# Tel Avid Bodies Due Monday Or Tuesday

**By DIMAS PLANAS**
Of The STAR Staff

The bodies of 15 Puerto Ricans killed by pro-Arab Japanese gunmen in Tel Aviv's Lod International Airport on Tuesday are not due here until Monday or Tuesday.

A statement issued by La Fortaleza Thursday evening blamed unavailability of metal coffins in Israel for the delay.

It had initially been hoped that the bodies might be here Thursday or Friday, at the latest.

Gov. Ferre, in Washington as host of a reception for federal officials scheduled for Thursday evening, was reported trying to have metal coffins flown to Israel from the federal capital.

The approach of the Jewish Sabbath (Israel is seven hours ahead of Puerto Rico) made it "virtually impossible to transport metal coffins from some place nearer the Middle East, La Fortaleza explained.

Meanwhile, it was reported that Commonwealth officials in Tel Aviv have authorized the performing of autopsies on the bodies. The officials are William Philippi, undersecretary of Social Services and Dr. Cesar Hernandez Estevez, director of the department's Methadone Program. Both were in Israel at the time of the terrorist attack and were immediatley designated by Ferre as representatives of the Puerto Rican government to work with U.S. embassy officials there.

They reported further that all members of the pilgrimage group who were not wounded except three wish to continue the trip and are planning to do so.

Commonwealth officials released the following list of wounded through La Fortaleza on Thursday night.

Ramon Figueroa, Pedro Hernandez, Lydia Martinez, Manuel Gonzalez, Maria del Carmen Diaz, Ernesto Delgado, Jose Vega Franqui, Pastisida Morales, Antonia Acevedo, Juan Cruz Candelaria, Rita Morales, Olga Navedo, Mercedes Alejandro, Rev. Angel Ortiz, Carmen Matos, Jaime Vall, Juanita Lopez, Luis Conde, Alicia Estrella, Angel Rivera, Eugenia Lopez, Ruben Vivas, Rosa Vazquez, Luz Matos and Dolveo Guzman.

For home delivery of the San Juan Star before 7:00 a.m. in Guayama call Tomas Ayala at 864-3481

THE SAN JUAN STAR — Friday, June 2, 1972    29

## JAPANESE MOVE OUT

(Continued From Page 20)

tack.

Israel's ambassadors in 17 countries having air links with Israel called on foreign ministries, asking those countries to condemn the airport massacre and strengthen their own air security.

Several airlines already have responded to the request for more security measures. One of them was Air France, the airline on whose plane the Japanese terrorists flew to Israel. The airline said it has always taken all necessary measures to assure the safety of passengers against terrorists but added that the measures sometimes vary "according to circumstances."

In Jerusalem, Foreign Minister Abba Eban conferred with U.S. Ambassador Walworth Barbour to outline the need for "vigilance and caution" by air authorities, and the responsibility of governments not to permit terrorists to organize in their territory.

The message appeared to be meant for relay to Lebanon.

International airports across Europe began overhauling security measures.

From Rome came reports that all Tel Aviv-bound luggage will be searched in the presence of police, and passengers who refuse will not be allowed to fly.

At Istanbul, airport security measures on Middle East-bound flights from Europe were greatly increased. Passengers, including those who spend an hour or less on the ground, must undergo body searches at every point of the trip.

At Orly Airport in Paris, authorities gave two Japanese tourists on a Middle East-bound plane body searches, and checked their hand and hold luggage.

The International Air Transport Association in Geneva blamed governments for failing to live up to recent international treaties to protect the safety of passengers.

The agreements have little meaning unless they are strictly implemented, the association said. "Despite lip service to the principles of the conventions, effective implementation appears to be nonexistent," it declared.

Egypt, in its first comment on the massacre, said it shattered the myth Israel is invincible. "This operation has unveiled the truth behind imperialist propaganda which boasted of Israeli might," said Premier Aziz Sidky in a television address from Cairo.

The massacre sparked a number of threats against Japanese and Lebanese officials. Bomb threats against the Japanese Embassy in New York led U.S. authorities to increase security at Japanese missions throughout the country.

the Los Angeles the Lebanese consulate was hit by an explosion Thusday. Damage to the office, in a building in the heart of Hollywood, was heavy but no one was injured.

Meanwhile, in a New York Times News Serive report from Tokyo, the survivor of the three Japanese terrorists was identified Thursday by Japanese police as Kozo Okamoto, a 24-year-old dropout from the agricultural department of Kagoshima University.

Police did not say how they obtained Okamoto's name, it was released here as two emissaries from the Japanese government left by air for Israel to convey the government's regrets over the Tel Aviv airport killings. Among the emissaries is Kenji Fukunaga, a senior member of the Diet, Japanese parliament.

An unnamed police officer was also disaptched from Tokio to Tel Aviv to obtain first-hand information.

These developments came as the Tel Aviv carnage in which 26 were killed and more than 70 wounded continued to be a sensation and caused shock and distress in Tokyo. Japanese ex-



Israeli jeeps surround arriving jet at Tel Aviv Airport Thursday in one of new security precautions resulting from massacre Tuesday in which 26 people were killed. The Israeli government is considering denying landing rights to airlines which do not comply with Israel's request for tighter security.

pressed fears that the mass slaughter would give the world the false impression that the Japanese are a violent and lawless people.

"We are overwhelmed with a sense of shame," the daily newspaper, Mainichi, said Thursday morning, "that the acts were committed by our compatriots."

The government hoped to counteract to some degree any bad impressions through the sending of special emissaries to Israel.

Fukinaga will carry a personal letter of apology from Prime Minister Eisaku Sato to Premier Golda Meir of Israel. He told a news conference that Japan must exert every conceivable effort to make the world accept its apology for the savage attack.

"The henous crime does not represent the true image of the Japanese people," he said. He said he felt like being forced to sit "on a straw mat imbedded with spikes."

Foreign Minister Tukeo Fukuda told the Diet Thursday that the most important thing for the government to do immediately "is to remove the disgrace which was brought on Japan in the wake of the incident." As regards compensation for victims of the shooting, he said he would like to take "appropriate steps" that would deserve international apprecaution on the basis of the governments political judgement.

The two men killed during the Tel Aviv Airport violence were reported from Tel Aviv to be Jiro Fugisnaki, who reportedly headed the group, and Ken Torio.

The survivor at first gave his name as Daisuke Namba, according to messages here from the Japanese embassy in Tel Aviv. He admitted that he and his fellow killers belong to the Red Army (Sekigun).

The three are believed to have left Japan after having been recruited for the Tel Aviv attack by an agent of the Popular Front for the Liberation of Palestine

named "Bassam," who visited Japan early in the year. "Bassam" is reported to have first made contact with Red Army members during a visit to Japan in 1970.

A japanese girl named Jun was reported in Japanese dispatches from Tel Aviv to have acted in Beirut as the liaison between the three terrorists and the PFLP when they arrived in the Middle East.

Okamoto is reported to have said the Tel Aviv violence was plotted as part of a world revolution and that he took part in it to increase the solidarity between Japanese and Palestinians.

He said he had received money in Japan from "Bassam" for the Tel Aviv venture and left for Beirut on May 11 and

there joined the other two radicals, who had reached Beirut about the same time. They reportedly traveled on regular passports but discarded these, exchanging them in Rome for Japanese passports belonging to other persons.

Okamoto stated he went from Beirut to Rome on May 25 after attending a Popular Front for the Liberation of Palestine training center in Lebanon.

The Sekigun first gained national prominence in Japan when in late 1969, 53 of its members were arrested in a police raid on a secret Red Army guerrilla training camp in the mountains north of Tokyo. The group was charged with responsibility for a number of bombings and armed robberies at that time.

# Iraq Takes Over Western Oil Consortium

BEIRUT, Lebanon (AP) — Iraq nationalized the Western-owned Iraq Petroleum Co. Wednesday night but left the door open for the French company in the consortium to continue negotiations.

The assets of IPC and its two affiliates are valued at $350 million.

The nationalization was announced over Baghdad Radio by President Ahmed Hassan al Bakr, chairman of the ruling Revolutionary Command Council.

"You know that the oil companies are the symbol of colonialist policy of robbing a country," Bakr said, "and any true national liberation would have been incomplete without imposing national sovereignty on the companies."

Two American firms, Standard Oil of New Jersey and Mobil, share a 23.75 per cent interest in IPC.

The other partners are British Petroleum 23.75 per cent, Royal Dutch Shell 23.75 per cent, Companie Francaise des Petroles 23.75 per cent and the Gulbenkian Foundation 5 per cent.

In leaving an opening for the French interest in IPC, a council statement said:

"In appreciation of France's honorable stand toward the Arab cause and in order to maintain good relations between the two countries, Iraq is ready to enter into negotiations with the French side over the government law nationalizing IPC if the French side wants that."



Policeman with automatic weapon guards Israeli airliner Thursday in the aftermath of terrorist attack at Tel Aviv's Lod International Airport. The Marxist Palestinian guerrilla group responsible for the attack that killed 26 persons said Thursday it will escalate operations against Israel and "hit the interests of the enemy" everywhere.

06/29/2009 LIBRARY OF CONGRESS NEWSPAPER P. M

THE SAN JUAN STAR — Friday, June 2, 1972.    33



# The San Juan Star

A Scripps-Howard Newspaper
Give Light And The People Will Find Their Own Way
Pulitzer Prize 1961
APME Citations, 1960 & 1965

Founded Nov. 2, 1959

Tel. 782-1200

G.P.O. Box 4187, San Juan, Puerto Rico — 00936
Published daily and Sunday at San Juan, P.R.

Andrew Viglucci, Editor
Harry Turner, Managing Editor — Ronald Walker, Editorial Page Editor
Star Publishing Corporation.

John A. Zerbe, Jr. — President & Gen. Mgr.

Andrew Viglucci, Vice Pres.-Editorial          Hector M. Mayol, Display Ad. Mgr.
Clyde L. Fasick, Vice Pres.-Circulation Dir.   Carlos M. Davila Perez, Controller
Jaime Rosario, Production Mgr.                 Renee J. Espar, Dir. Promotion &
Lee T. Hartmann, Classified Ad. Mgr.                      Public Service

WASHINGTON BUREAU: 1013 13th St., N.W. Washington, D.C. 20005
***

## Tel Aviv Aftermath

Most of Puerto Rico reacted in understandable horror to the nightmarish slaying of 16 Puerto Ricans among the 26 who were senselessly and savagely killed by machine-gun bullets Tuesday night at the Tel Aviv airport. The truly galling thing was the reaction of the Cairo press, which hailed the operation by three Arab-trained, Japanese guerrillas.

But despicable as that reaction is, Puerto Ricans must not now seek revenge against Japanese or Arabs who live in Puerto Rico. That would only compound the tragedy. The basic dignity and sense of fair play among Puerto Ricans should now be displayed. All Arabs and all Japanese must not be condemned simply because of the bizarre actions of other Arabs and Japanese in their own countries.

Gov. Ferre, in Washington, was reported Thursday to have heard reports that some 20 to 30 Japanese nationals were evacuated from Puerto Rico because of reprisal threats here. A local group calling itself the Anti-Communist Action Movement had threatened to retaliate Wednesday against Japanese and Arabs living here. This must not be. Puerto Rico must guarantee adequate protection — and apparently this was being done Thursday — to Arabs and Japanese here who might be caught in a crossfire of revenge. But we are certain that the reprisal threats come from only a fanatic, fringe element in Puerto Rico.

Meanwhile, in Israel, the suffering continued among the Puerto Ricans helplessly caught in the slaughter. STAR Reporter Manny Suarez, reporting by telephone Thursday night from Jerusalem, quoted Cesar Medina Reyes of Barceloneta as saying, "It was the most horrible thing I have ever seen." Contrast that with the irresponsible and reckless comment in the Egyptian newspaper Al Ahram, which said editorially: "These operations will be escalated unless Israel sooner or later yields the Arab right and gives up its expansionist policies."

It is a world gone mad in the Middle East. In the meantime, the airlines have no choice but to tighten security arrangements. There must be no more Tel Aviv massacres.

## Casals Festival Opens

The Tel Aviv massacre cast a pall over the otherwise resplendent opening night concert Wednesday of the Casals Festival. The packed audience in Rio Piedras appropriately stood in a minute of silence before the first concert was performed.

Pablo Casals himself was not there, as scheduled, due to a slight cold. But the 95-year-old maestro was quoted as saying of the Tel Aviv massacre that he "can't conceive of these terrible acts of violence which. . .are the result of the world we live in today."

That's well said, don Pablo. And we look forward to your appearance sometime during the current Festival season.

## 'Breath Analysis'

We applaud the government proposal to test drivers in Puerto Rico for alcoholic content through "breath analysis." Anything that can help cut down the terrible highway death toll deserves cooperation and commendation.

# FOCUS / Opinion

## Report From St. Thomas



### By RONALD WALKER
Editorial Page Editor

ST. THOMAS—This is the time of year when the rainfall is minimal. As a result, many people in the Virgin Islands are more concerned than usual about the dwindling supply of water in their cisterns (by law, most houses must have a cistern). The usually bright green hillsides on St. Thomas are parched and brown. The narrow line of clouds that moves westward in a daily pattern from the British Virgin Islands deposits some rain on St. Thomas' north side, but usually the clouds move on, past Culebra and on to Puerto Rico, where they gather ominously over El Yunque rain forest before drifting over San Juan toward Mayaguez.

If you live on St. Thomas, you worry about such things as the rainfall. It becomes part of your subliminal apparatus. The basics of life take on a real significance here. Water, electric power, telephone service, roads, schools, health facilities, police protection—they are all showing the heavy strains of an island society which grew faster than the support facilities necessary for that growth.

When your cistern runs low, real low, and you're not connected to the limited city water system, you literally ration your drinking supply, you don't take showers at home, you reluctantly flush the toilet. Or, you order an expensive supply of water from one of the private companies that haul water in trucks—water that often originally came by barge from Roosevelt Roads in Puerto Rico. As for electric power, you get used to occasional outages; the demand is just too great on the generating facilities. And almost everybody complains about the telephone service, although it doesn't appear to be as erratic as Puerto Rico's.

The schools and hospitals are also overcrowded. A serious discipline problem developed in some public schools this year. Dissension also broke out publicly this year on the police force, and Public Safety Commissioner Eldridge Waith was described in The New York Times this week as believing that his trouble "is not so much with the criminals as with the other policemen, or rather with their resistance to change and resentment against a big city cop—an outsider—with a lot of ideas about how things could be improved." Waith, here on a leave of absence, is one of New York City's top black police officials.

The roads and highways situation is just as critical, though improving. Construction work in progress now forces a detour from St. Thomas' airport on the road to the center of Charlotte Amalie. Driving from town toward Red Hook on the eastern end of the island means more detours around dusty road work. But the big thing is that better roads are going in. For St. Thomas, with its overabundance of cars and big trucks and its hectic morning and evening rush hours, that's a very big accomplishment.

What this all means is that different people here have different views about the major problems of the Virgin Islands, and these views are again being aired through political platforms. You have to understand that politics is very much a part of the lifestyle, the bar room conversation, the family discussions in the Virgin Islands. If polarization has recently gripped the political process in Puerto Rico, you could say that the Virgin Islands have been polarized politically almost continuously for more than a generation.

The result has too often been a diverting of energies away from the real problems here: distressing poverty amidst prosperity, inequalities in distribution of wealth and income, continuing problems in such basic services as electricity and water supply, schools, roads, health facilities, police protection. The government budget, now over $100 million yearly for a population of about 80,000 on all three islands, never seems to be enough. Yet, the size of the government bureaucracy itself grows and grows, so much so that the government is one of the biggest employers in the Virgin Islands.

Some dedicated, committed-to-priorities officials are needed to cope with these major problems. It will be the test of the political process: whether the November legislative election will produce the visionary senators needed to help chart the Virgin Islands around mere parochial political considerations toward the just, responsive society which the territory deserves.

Politically, an interesting situation is developing. Last Sunday night, Sen. Earle B. Ottley announced on television that he would not stand for re-election in November. A senator for 25 years, the controversial but competent Ottley was easily the most important politician in the Virgin Islands. Labor leader, newspaper editor, senator, Ottley exercised enormous power here, and the feeling now is that he's not stepping out of the picture—only reassessing his position. He could thus become the leading Democratic Party contender for the elected governor position in 1974.

Into the 15-member Legislature would then step Cyril E. King, leader of the strong Independent Citizens Movement and a critic of Ottley, Should King win a legislative seat he would have a valuable power base from which to run for the governorship in '74. The present Governor, Republican Melvin H. Evans, won in 1970 only because the Democrats supported him in a runoff election against King, who had won the regular election against Evans and the Democrats' Alex Farrelly.

Thus, political gossip is not hard to come by here in the many bars, at family gatherings, in offices, even at the beaches. The talk here now is about rain and roads and the crime rate, but it's also about politics, and that important election coming up in November.

## TODAY IN HISTORY

Today is Friday, June 2, the 154th day of 1972. There are 212 days left in the year.

**Today's highlight in history:**

On this date in 1966, the U.S. achieved its first soft landing on the moon as the Surveyor 1 spacecraft set down and began sending back pictures of the lunar surface.

**On this date:**

In 1851, Maine became the first state to enact a Prohibtion law.

In 1886, Grover Cleveland married his ward, Miss Frances Folsom, at a White House wedding.

In 1924, the U.S. conferred citizenship upon all American Indians.

In 1941, Adolf Hitler and Benito Mussolini held a war meeting at the Brenner Pass in the Alps.

In 1946, the people of Italy voted to abolish the nation's monarchy.

In 1953, Queen Elizabeth II was crowned in Westminster Abbey in London.

Ten years ago . . . there was military pageantry in London as Queen Elizabeth marked her official 36th birthday.

Five years ago . . . the Soviet Union charged that American jets bombed a Russian merchant ship in the North Vietnamese port of Cam Pha (Kahm Fah).

One year ago . . . Metropolitan Pimen was named patriarch of the Russian Orthodox Church.

Today's birthdays: the exiled King of Greece, Constantine II, is 32 years old. Astronaut Charles Conrad is 42.

THE SAN JUAN STAR — Friday, June 2, 1972.

# ANGUISH





Elizabeth, left foreground, and Gilberto Padilla, sister and brother of Juan Padilla Ortiz, one of the airport massacre victims, stare sadly into space Thursday near their Corazol home.

Gilberto, left, and Carlos Guzman mourn the death at the Tel Aviv airport of their sister Carmen Guzman de Padilla. (STAR Photos by Roso Sabalones)

# P. R. Minister Stays To Console Wounded

By MICHAEL GROSS

JERUSALEM (AP) — For the Rev. Jose Abner Munoz Thursday was a long, grueling day.

The soft-spoken young baptist minister from Arecibo spent most of it at the hospital consoling wounded members of the pilgrimage group he led and identifying the bodies of others who won't be going home.

"I can't forget the eyes of one man. He kept asking me where is my wife? I had just come from the morgue. I couldn't tell him, but I think she is one of the ones we couldn't identify" said the tired clergyman, sitting with his family in Jerusalem's St. George Hotel.

Munoz led a group of 68 Puerto Rican pilgrims here to follow the way of Christ. They arrived at Israel's International airport Tuesday into a hail of gunfire and grenades.

"I can't understand why they did it. The shooting, it was so senseless. I know it was the will of God. What he does we must accept, but still..."his voice trailed off.

Twenty-four members of the group were wounded, three seriously, in the attack by Japanese kamikaze gunmen enlisted by Arab guerrillas in their battle against Israel.

A day later, 16 other Puerto Ricans lay dead.

"We are going to stay here now," said Munoz.

"At first everyone wanted to go home, but how can we leave the wounded?" he asked.

Munoz was to return to Tel Aviv's Sheba Hospital today to stay with the injured, all of whom were declared out of danger.

The minister, who twice before led pilgrimages to the Holy Land, praised the help the Puerto Ricans received from officials.

"Even the mayor of Jerusalem — Teddy Kollek — came to wish us well, but he seemed lost for words," he said.

Raul Maldonado, a 38-year-old salesman from Manati, was also with the ill-fated group.

"I don't know what to say. I am just glad to be alive. I never thought any of us would live through it," he said.

Maldonado described the scene at the airport when the three Japanese pulled automatic weapons and grenades from their suitcases and fired into the crowds.

"I thought it was firecrackers. After all, it's a strange country. Maybe it was a welcome. The bullets were ripping into people.

"They trembled and fell. There was screaming everywhere. Like everyone else, I dropped to the floor. I heard a bullet fly by and I pulled my cases over my head.

"My God, it was a nightmare," the salesman said, as he haltingly recounted the incident, pausing often to wring his hands.

"I started crawling, and got beyond a wooden desk. After that I didn't see any more."

Maldonado said he wanted to stay for the rest of the 10-day visit. "At first I wanted to go back but we came on a pilgrimage and I may not get another chance," said.



Ernesto Delgado Crespo was one of 24 Puerto Rican pilgrims to escape injury Tuesday when terrorists opened fire on arriving passengers in the baggage reception lounge at Lod Airport in Tel Aviv, Israel, killing 22 persons and wounding more than 70 others.



Jose A. Rodriguez Zeno, of Arecibo, was one of 15 Puerto Ricans killed by terrorists at Lod Airport in Tel Aviv, Israel, Tuesday.

# Lopez Soto Almost Made Israel Trip

By DIMAS PLANAS
Of The STAR Staff

Rep. Danny Lopez Soto, NPP-San Juan, was almost with the group of Puerto Rican pilgrims which was attacked at Tel Aviv airport Tuesday night by terrorist gunmen.

A relative of the representative confirmed Thursday that the lawmaker had been dissuaded from joining the group after having initially wanted to take part in the pilgrimage.

"He wanted to go," a relative of Lopez Soto's wife said, "and was all set to make final arrangements but was asked not to do so in case he was needed at the Capitol."

Lopez Soto, who recently came back from an unsuccessful bid for the New Progressive Party nomination for senator from San Juan to clinch a district representative nomination, is currently touring Europe with his wife.

The relative explained that Lopez Soto's wife favored joining the Holy Land pilgrimage but finally agreed to settle for a European tour instead.

"The arrangements for the Holy Sepulchre pilgrimage had to be made by a certain date and at that time Danny could not be sure if there was going to be another special (legislative) session where he might be needed," the relative said.

She then explained that Lopez Soto cancelled his original plans and decided to take the European tour.

"When we heard the awful story of the massacre," the relative added, "we were concerned that they might have again changed their minds at the last minute in Europe and decided to head for the Holy Land."

Lopez Soto was reported Thursday in Holland with his wife.

06/29/2009 LIBRARY OF CONGRESS NEWSPAPER R M

Case 1:22-cv-01514-CKK    Document 36-10    Filed 08/14/26    Page 9 of 9

# Victims' Relatives Grief Stricken





Carlos, left, and Gilberto Guzman console their sister Maria Luisa Thursday as she begins to sob anew while talking about the death in Tel Aviv of another sister Carmen Eneida Guzman de Padilla.

**STAR Photos by Roso Sabalones.**

Corozal Mayor Baltasar Ayala Melendez joins the mourning Guzman and Padilla families Thursday.





Gustavo Padilla shows the strain of his loss as he gathers with his family to mourn the death of his brother Juan in the Tel Aviv massacre

Carlos Guzman helps his sister Maria Luisa up the to the family home in Corozal Thursday as friends and relatives red to mourn the deaths of Carmen Eneida Guzman de P and usband Juan Padill. Ortiz.

06/28/2009  LIBRARY OF CONGRESS NEWSPAPER R M