# EXHIBIT 10

REPRODUCED AT THE NATIONAL ARCHIVES

By MN Date

TOSEC-229

19

FORM DS 322(OCR) 31 MAY 72Z 23 43 096235

| 096235 | 312343Z MAY 72 | IRWIN POL 13-10 ARAb
xr POL 27 ARAb-ISR

SECRET

NEA/ARN:TWSEELYE:JFC
22670 5-31-72
NEA:ALATHERTON

S

NEA/IAI - MR. STACKHOUSE · S/S - MR. E*ELIOT

9G235

IMMEDIATE BEIRUT

IMMEDIATE TEL AVIV, AMMAN PRIORITY, JERUSALEM PRIORITY, CAIRO
PRIORITY, USUN NY PRIORITY, LONDON PRIORITY, WARSAW IMMEDIATE

TOSEC 229 LIMDIS

ALA
TWS
HHS
S/S

LONDON FOR ASSISTANT SECRETARY SISCO

SUBJ: ATTACK AT LOD AIRPORT.

1. LEBANESE AMBASSADOR KABBANI CALLED AT DEPARTMENT MAY 31
TO REGISTER CONCERN AT ISRAELI THREAT DIRECTED AGAINST
LEBANON IN AFTERMATH OF TERRORIST ATTACK AT LOD AIRPORT.
HE ALSO CALLED ATTENTION TO PRESENCE OF JDL DEMONSTRATORS
IN FRONT OF LEBANESE CONSULATE IN NEW YORK. KABBANI SAID
THAT GOL IS DEPLORING LOD ATTACK AND DISCLAIMING ANY CON-
NECTION WITH IT IN LETTER BEING SENT TO UNSC PRESIDENT AND
TO BE RELEASED TO PRESS. KABBANI STATED THAT GOL CANNOT BE
HELD RESPONSIBLE JUST BECAUSE PFLP HAS USED ITS BEIRUT
OFFICE TO TAKE PUBLIC CREDIT FOR ATTACK. PFLP COULD JUST
AS WELL HAVE MADE ANNOUNCEMENT IN CAIRO, DAMASCUS, OR ELSE-
WHERE.

2. WE WELCOMED GOL UNDERTAKING TO MAKE ANNOUNCEMENT DEPLOR-
ING LOD AIRPORT ATTACK. AT SAME TIME, WE SAID FACT THAT
PFLP OPERATES IN LEBANON CANNOT BE IGNORED AND INEVITABLY
TENDS TO DRAW GOL INTO PICTURE WHENEVER SUCH ATTACKS
OCCUR. WE ALLUDED TO PRESS REPORT OUT OF TEL AVIV
ALLEGING CAPTURED TERRORIST HAD STATED TERRORISTS TRAINED
IN LEBANON. WE SAID WE ESPECIALLY CONCERNED IN VIEW OF
KILLING OF 14 AMERICAN CITIZENS AND WOUNDING OF MORE THAN 30.
WE INDICATED THAT ON OUR INSTRUCTIONS AMBASSADOR BUFFUM
WOULD BE PROPOSING TO GOL THAT IT TAKE STEPS TO CURTAIL

SECRET