# EXHIBIT 11

7209634
4547

**DEPARTMENT OF STATE**
**WASHINGTON**

June 2, 1972

SECRET

MEMORANDUM FOR THE PRESIDENT

Subject:  Implications of Lod Airport Attack

In the aftermath of the Lod (Tel Aviv) Airport attack perpetrated by Japanese gunmen controlled by an extremist fedayeen organization, the PFLP (Popular Front for the Liberation of Palestine), certain developments could occur to disturb current area tranquility.  This memorandum looks at the contingencies that could arise and their policy implications for us.

The Israelis hold the Lebanese Government in large measure responsible for the attack because the headquarters of the PFLP is located in Beirut and because the assassins were allegedly trained by the PFLP somewhere in Lebanon.  Accordingly, it is very likely the Israelis will mount a military operation into Lebanon to demonstrate to Lebanon the costs of its alleged laxity toward the fedayeen and to seek to induce the Lebanese Government to curtail fedayeen activities altogether in Lebanon.

The Lebanese Government, on its part, disclaims responsibility for the Lod Airport attack and claims that, while it has opposed operational activities of the fedayeen in Lebanon--as, for example, in southern Lebanon where the Lebanese Army has moved into areas adjacent to the Israeli border--it cannot in an open society deprive an organization of the right to maintain offices and to conduct public relations.  (In fact, fedayeen operations in Lebanon go further than

SECRET



DECLASSIFIED
Authority EO 12958
By MF NARA Date 10/07

SECRET

2

this.)  Nevertheless, at our urging the Lebanese
Government has told us it will take measures to
restrict PFLP activities.  On June 2, President Frangie
announced that his government has "taken new measures
to avoid Lebanon's being the source of PFLP informa-
tion activities."  We do not as yet know the nature
of these measures but suspect they may be too little
and too late in Israeli eyes.  Lebanon's dilemma is
that a drastic curtailment of PFLP activities in
Lebanon could raise as many problems for the Lebanese
Government as would an Israeli military retaliation.

An Israeli military attack into Lebanon is likely
to have a destabilizing effect.  It would place new
strains on US-Lebanese relations, probably unify the
ranks of the fedayeen, heretofore fragmented, and
tend to arouse sympathy for the fedayeen among elements
of the Lebanese populace.  This would make it doubly
difficult for the Lebanese Government to crack down
on the PFLP.  On the other hand, if the Government did
crack down vigorously, it would risk causing the other
fedayeen groups to close ranks with the PFLP and the
possibility of fairly widespread civil conflict.  If
this in fact happened, the USG, having urged the Lebanese
to move against the fedayeen and having a long-standing
undertaking to support Lebanon's integrity, would be
called upon to provide all possible assistance.

In the past we have helped the Lebanese strengthen their
internal security capabilities and conceivably we could
at this juncture accelerate deliveries of important
equipment.  On the other hand, obvious US military sup-
port of this nature would tend to further solidify the
ranks of the fedayeen-leftists, possibly making the
Lebanese Government even more vulnerable to them and
to outside Arab (especially Syrian) pressures.  Certainly,
we would want to give the Lebanese Government all possible
moral and political backing and, in circumstances of
internal strife in Lebanon, to urge that the Israelis
desist from military action, as we did during Jordan's
showdown with the fedayeen in 1970.  The fact is,
however, that Lebanon's political system and society
make its job of controlling the fedayeen much more

SECRET

DECLASSIFIED
Authority EO 12958
By NF    NARA Date 6/02

SECRET                                   3

complex than was the case in Jordan.

While we have not at this juncture explicitly
asked the Israelis to refrain from attacking Lebanon--
because it has been our experience that such ex-
hortations in situations such as this have not been
helpful--we have told the Israelis that we have
weighed in with the Lebanese and that the initial
Lebanese response was positive.  In addition,
Ambassador Barbour is making clear to the Israelis
that our silence should not be misunderstood as
acquiescence in violent retaliation.

Basically, the Lod Airport attack, the prospect
of an Israeli military retaliation against Lebanon
and of increased Lebanese Government-fedayeen tension,
as well as other area developments--including the in-
creasing stridency of Egyptian public statements--
are symptoms of the malaise in the Arab countries.
This flows essentially from lack of progress on a
peace settlement and growing skepticism that the
Israelis are prepared for a peace settlement in-
volving withdrawal from territory occupied since
the June 1967 war.  In the extended absence of a
peace alternative, the moderate regime of Lebanon
will find it increasingly difficult to move firmly
against dissident groups, including the fedayeen.
The prospect of more terrorism looms ahead.

John N. Irwin II
Acting Secretary

DECLASSIFIED
Authority  EO 12958
By NF    NARA Date 10/02

CORRESPONDENCE PROFILE

| | DOC | RECD | LOG NBR | |
|---|---|---|---|---|
| | MO DA | MO DA HR | 4547 | Saunders |
| | 6 2 | 6 3 09 | | |

PRES ☒   FROM: ELIOT ____

KISSINGER ☒   ROGERS, W ____

HAIG ____   LAIRD, M ____

IRWIN, J

**LOG IN/OUT ONLY**

U ____   NO FORN ____   NODIS ____

LOU ____   BUO ____   EXDIS ____

C ____   EYES ONLY ____   LIMDIS ____

S ☒   CODE WORD ____   RES DATA ____

TS ____   SENSITIVE ____

SUBJECT: Implications of Tel Aviv Airport Attack.

REFERENCE: S/S 7521634 OTHER ____   NOT XEROXED ____

APP'TS: PRES ____   HAK ____   TALKER ____   MEMCON ____   DATE REQ. ____

**DOC SOURCE/CLASS.**

**INTERNAL ROUTING AND DISTRIBUTION**

| | ACTION | INFO | REC CY FOR |
|---|---|---|---|
| ADVANCE CYS TO HAK/HAIG | ■ | ☒ | |
| STAFF SECRETARY | | | |
| FAR EAST | | | |
| SUB-SAHARAN AFRICA | | | |
| NR EAST/NORTH AFRICA | ☒ | | |
| EUROPE/CANADA | | | |
| LATIN AMERICA | | | |
| UNITED NATIONS | | | |
| ECONOMIC | | | |
| SCIENTIFIC | | | |
| LR PLANNING | | | |
| PROGRAM ANALYSIS | | | |
| NSC PLANNING | | | |
| CONGRESSIONAL | | | |

**ACTION REQUIRED**

MEMO FOR HAK .................... ( ____ )

MEMO FOR PRES. .................... ( ☒ )

REPLY FOR ____ SIGNATURE .......... ( ____ )

FOR DISTRIBUTION/DISPATCH .......... ( ____ )

MEMO ____ TO ____ ........... ( ____ )

RECOMMENDATIONS .................... ( ____ )

JOINT MEMO .................... ( ____ )

REFER TO STATE .................... ( ____ )

ANY ACTION NECESSARY .......... ( ____ )

CONCURRENCE .................... ( ____ )

DUE DATE: 6/6

COMMENTS: (Including Special Instructions)

**SECRETARIAT DISTRIBUTION/ACTION**

**INTERNAL/INTERIM ROUTING**

| DATE | FROM | TO | S | ACTION REQUIRED | CY TO |
|---|---|---|---|---|---|
| 6/12/72 | Saunder | NSC/S | | The contents of this have been covered in several briefs. Close file. HHS | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DISPOSITION**

CROSS REF WITH ____   NOTIFY ____   DATE ____

SEE LOG ____   DISPATCH: LETTER/MEMO ____

JOINED BY LOG ____   COPIES: (AS MARKED ABOVE) ____

SPECIAL FILE RQMT: ____ SA, ____ HP, ____ HM

SPECIAL DISPOSITION COMMENTS: ____

SUSPENSE CY ATTACHED: YES ____ NO ____

**MICROFILM DATA**

DO ____   INIT ____

DATE ____

ORIG) ____   NSC ____

TO ) ____   PAF ____

WHC ____

SUBF ____

JUN 13 1972

☆ GPO: 1972–455-927

DECLASSIFIED
Authority EO 12958
By MF    NARA Date 10/02