# EXHIBIT 12

# ĴŜⲦ
## VERSEAS EDITION
1972 — PRICE: IL1.10     יום שלישי, כ"ד במרים תשל"ב

Fifth Anniversary
of Six Day War
Pages 5, 6, 7, 8, 9, 10

WARNS
TERROR
BACKER

*The Jerusalem Post no. 605 June 6, 1972 p. 1*



U.S. Ambassador Walworth Barbour, on podium, bows his head during brief ceremony at airport on Sunday. To right are trucks carrying 16 aluminium coffins of the Puerto Ricans killed in last Tuesday night's massacre. U.S. Air Force C-141 Starlifter is in background.
(Israel Sun)

## 16 caskets leave Lod Airport

By YITZHAK OKED, Jerusalem Post Reporter

LOD AIRPORT. — A U.S. Air Force plane left here Sunday, carrying the bodies of the 16 Puerto Ricans killed in last Tuesday's massacre.

The 16 flower-covered aluminium caskets were brought to planeside by eight black-draped pick-up trucks. Two American embassy aides stood at attention as honour guards next to each truck. U.S. and Israeli flags at half mast whipped about on the windy tarmac.

American Ambassador Walworth Barbour solemnly read out a telegram sent by President Nixon to Prime Minister Meir: "The ugly violence and bloodshed inflicted upon innocent men, women and children by terrorists at Tel Aviv airport is a tragedy of profound and shocking proportion."

The leader of the Puerto Rican pilgrims' tour, Jose Abner Munoz, said, "This afternoon, we depart from a number of our friends who came with us, who came to see this beautiful country, but never got a chance to see it. Just a part of our group managed to see

this country and Jerusalem, maybe some day we will all see the new Jerusalem. I would like to take this opportunity to express our gratitude for all the help that was extended toward us by everyone, including the Government."

Among the silent mourners were several members of the Puerto Rican pilgrim group, Christian priests and Mrs. Eiji Tokura, wife of the Japanese Ambassador, accompanied by embassy personnel.

At the end of the ceremony, the pallbearers shouldered their burdens aboard the plane, which left for Puerto Rico.

### Puerto Rican pilgrims arrive

LOD AIRPORT. — A group of 105 pilgrims from Puerto Rico arrived here Sunday night aboard an Air France flight.

There were no cancellations from the group, whose tour was organized by the same firm which brought last week's pilgrims, who became the victims of the Lod massacre. (Itim)

### THE FATALITIES

**PUERTO RICANS**
Antonio Bajico
Angel Berganzo
Carmelo Calderon
Enid Crespo
Virgin Flores
Blanca Gonzales
Ester Gonzales
Carmen Gusman
Luz Hogo
Orania Luba
Esfiorent Biner Margon
Antonio Rodriguez Morales
José Ottero
Mrs. Juan Padilia
Consertia Rodriguez
José Rodriguez

**CANADIAN**
Lonna Sabah, Montreal

**ISRAELIS**
Yehoshua Berkowitz
Ruth Gilutz
Professor Aharon Katzir
Aviva Oslander
Henia Ratner
Shprinza Riegel
Adam Zamir

## EMISSARY TELLS MEIR
# Japan to contribute to victims, MDA

By SHALOM COHEN
Jerusalem Post Reporter

The Japanese Government has offered to make payment to the families of those killed and wounded in the Lod massacre, as an expression of its deep sorrow and sympathy. It will also donate a "substantial and appropriate" sum to Magen David Adom, because of the suffering the three Japanese gunmen had caused to the people of Israel.

This was announced by Mr. Kenji Fukunaga, special representative of the Japanese Government, at a press conference in Jerusalem on Sunday.

"We know the three murderers were Japanese, and we ask forgiveness for it," Mr. Fukunaga said he told Mrs. Meir. "It is terrible that Japanese could have perpetrated such a hideous crime. Most of the Japanese people are peaceable and

peaceloving; we shall do everything to prove this to the world."

Mr. Fukunaga, who is a member of the Diet (the Japanese parliament) and former Labour Minister, said nothing could console the grief of the bereaved families.

The Japanese emissary handed Mrs. Meir a letter from Japan's Prime Minister Sato. "She read the expressions of condolence with great feeling," he said, and she "expressed her gratitude for our sincere and prompt reaction."

At the 45-minute meeting, Mrs. Meir said the tragedy would bring the two countries closer together, Mr. Fukunaga reported, adding "we were very glad to hear these words."

After Mrs. Meir, he was received by President Shazar, who expressed his gratitude at the Japanese reaction, and sent his regards to the Emperor of Japan.

By ZE'EV SCHUL
Jerusalem Post Military Correspondent

TEL AVIV. — Lebanon and Arab countries aiding the ists in operations against carry the responsibility a also "definitely" have to fa consequences if acts of ter continue to expand, Chief o Rav-Aluf David Elazar tol tary correspondents here o day.

Rav-Aluf Elazar stressed t Lebanon still served as the cipal base for operations kind. "The majority of te are now concentrated in tha try and we also know th Japanese trained there," h adding: "The Lebanon, by b liberal towards the terroris without even checking up nature of their activities, marily responsible for what ha But Lebanon isn't the only to do so and others who c to encourage the terrorist carry their share of the gui said.

**ADVANCE INFORMATI**
There had been some adva formation on links between t rorists and outside groups, ing the Japanese and othe said. "Here and there we tered some of these foreign was the case with the two girls. I could list about a such cases. We took all the sary counter-measures," the of Staff said.

The Lod operation had bee new type. "We had no advance ing of its nature," the Chief o stressed, adding that Zahal h been responsible for the saf the airport or its installations the night of the massacre.

He rejected contentions th Lod massacre could have bee vented, although some res might have had a mitigating

The Chief of Staff noted th terrorists had fallen far sh their declared aims, and that was now more secure than ever been. This applied to settlements and transportatior prime targets of the terrori noted.

**EGYPT FRUSTRATIO**
He said that Egyptian rej over what had happened a showed frustration in Egyp amongst its leadership, and i ed an unwillingness on their p reach a political solution and inability to make any military vements.

Commenting on the balai arms between Israel and the countries, the Chief of Stat that the Soviet arms flow to and Syria had continued almo interrupted, and included new pons systems. Israel had al stered her power, he added.

If he were to estimat chances of another encount tween Israel and the Arabs five years after the June W would say that there has be change in our ability to ma against and deprive our ener all military achievements, j we did in 1967.

"The question of the bala power can be summarized o asking who will win in the tuality of another war: in this there has been no change 1967, at least not in so far ability to win and the certai gaining the upper hand are cerned.

*The Jerusalem Post no. 605 June 6, 1972 p. 4*

# 'Everyone in the hall was paralysed'

An eyewitness account of the Lod massacre by a 22-year-old security guard, as told to POST Reporter Yitzhak Oked.

I HAD just finished entering incoming plane AF-132 in the ledger at 10.25, when I suddenly heard a burst of fire. My first reaction was to shout "Eli!" (my partner, whom I had given a little break because he said he was hungry). I was sitting on the bridge overlooking the large customs hall. I immediately ran down the steps, which gave me a little cover.

I could see two Oriental-looking people, both very small, and both dressed in identical dark blue suits. They were standing next to the conveyor which was feeding the suitcases into the customs hall. One of the two men was shooting wildly at the people in the crowded customs hall. He had just fed a new clip of bullets into his rifle. Seeing that nearly all the people in the hall were now lying on the floor, he turned his Kalachnikov to the right, in a reaper's sweep. In doing so, he accidentally killed his partner who was in the line of fire. He was now facing a tightly-packed group of people waiting for their relatives. There was only a large glass partition between them. He quite coldly shot at them point blank. Some of the bullets hit the Tourism Ministry information stand, at a distance of more than 200m.

At about this time, the Japanese who was firing the Kalachnikov stopped his firing and lobbed a hand-grenade. It hit a wall not far from him and rolled back a little way.

It was then that I remembered that there was a group of passengers in the outgoing lobby upstairs, and I was afraid that they might rush out into the customs hall. So I ran back upstairs, and found the group of 160 persons in little bunches crouched low. I saw that they were taking care of themselves, and decided to go downstairs again, when I heard another explosion — a grenade.

By the time I had rushed down the steps, the shooting had stopped. I don't remember very much of what happened during those minutes after the shooting stopped, but I do remember that my eye caught a gruesome picture of the conveyor belt continuing to turn like a merry-go-round, and blood pouring from it all the time. I learned later that a woman, who had been standing near the plastic sheet covering the opening where the luggage is fed into the conveyor from the outside, was shot to death by the Japanese who fled out to the airfield through the plastic covering. The dead woman was slumped on the conveyor, and her blood was spilling on it as it turned.

## Commotion

I don't know how long this period of numbness continued after the shooting was over, but I believe it was several minutes. Everyone in the hall, I think, was paralysed, and suddenly, like robots, everyone seemed to come out of the lethargy, and then a terrible *balagan* (commotion) broke out. The people from the outside broke in—I think mainly people looking for their relations. This was also when panic set in. Those who didn't panic started to take people out, but it was very difficult. This situation continued for about 10 minutes. It was 11 o'clock, about half an hour after it had all started, when a platoon of Border Police entered the hall, and started to clear everyone except military or security personnel. By 11.15, all the dead and wounded had been evacuated. At about this time "Gandhi" — Aluf Rehavam Zeevi — entered the hall with the captured Japanese, who was handcuffed to a policeman. As he entered the hall, the young Japanese was hit in the face by someone who had been standing at the side. The Japanese's lips began to swell, and you could see blood coming from his cut lip. He looked scared, and as though he was in shock. He was wearing a white shirt with several buttons missing, shirt tail sticking out, and blue trousers.

"Gandhi" took the Japanese youth to the conveyor, where there was a pile of suitcases. He tried to get the Japanese to identify the luggage, but without success. Either he didn't understand English, or he was in shock. Exasperated, "Gandhi" gave up.

The floor of the big customs hall was covered with blood. There were pools of blood everywhere, some large, some small, some with human hair covered with blood, partially-burned personal clothing and shoes strewn around. The dominant smell in the hall was of cordite.

A large team of cleaners washed the floor once, twice — then they brought in some large fire hoses. But even after all the washing, you still had the uneasy feeling that you were walking on three *women* [...]



## אֹמֶר
עתון יומי מנוקד

מַפְתֵחַ לַלָּשׁוֹן הָעִבְרִית
וְלַחֶבְרָה הַיִּשְׂרְאֵלִית

*If you can read and understand this, you should read "OMER", the only daily newspaper in easy vowelled Hebrew.*

Study Hebrew and improve your vocabulary the easy way by reading the Friday edition of this Israeli daily paper, which includes the latest news from Israel, an editorial completely translated into English, a review of the week's important events, a Hebrew-English glossary of more difficult words and many other features.

"OMER'S" Friday edition can be airmailed to your home address to reach you by the week-end.

Subscription Rates —

Air Mail — Friday

| Country | 6 months | 1 year |
|---|---|---|
| Europe | $ 6.— | $11.— |
| U.S.A. | $ 8.— | $15.— |
| South Africa | $10.— | $18.— |
| South America | $11.— | $21.— |
| Australia | $12.— | $22.— |

Air Mail — Daily

| Country | 6 months | 1 year |
|---|---|---|
| Europe | $18.— | $34.— |
| U.S.A. | $21.— | $40.— |
| South Africa | $25.— | $48.— |
| South America | $28.— | $54.— |
| Australia | $30.— | $58.— |

Please apply to:
Omer, Subscription Dept.
P.O.B. 109, Tel Aviv [...]



Two Puerto Rican pilgrims in the lobby of the St. George Hotel in Jerusalem [...] names of the dead are read out to them from the Hebrew press. Tony Gafni, their [...] right.

# SAVED UP FOR YE[...]
# TO MAKE PILGRIM[...]

### By HIRSH GOODMAN
Jerusalem Post Reporter

AT St. George's Hotel in Jerusalem Wednesday, 28 Puerto Rican pilgrims lined the plush lounge in silence. Forty of their group of 68 Protestants who came to Israel to follow in the footsteps of Christ, had found death and injury instead, in Tuesday night's terror attack at Lod.

The pilgrims at the hotel were bleary-eyed from tears and lack of sleep. Most of them had saved up for years to be able to make the trip.

"I was checking through passport control," a young theology student from the village of Kawas, Ruben Ortiz Rosario, related. "I bent down to pick up my attaché case when suddenly the world exploded. Bullets whizzed past my head and explosions rocked the hall. Screams and shouts echoed above the sounds of the explosions. I was petrified and hid under a desk. I prayed."

Ruben Rosario is a member of one of three pilgrimage tours organized by Wholesale Tours Inc. in New York. The first group of 46 had arrived at Lod a half an hour before the attack, and the third group of 90 were still in Rome.

They are part of a 'travel now, pay later' scheme, which has proved tremendously popular in the past.

Herminio Ortiz Melendez, a 55-year-old merchant from Mantani, sat placidly reading a Bible when approached. "I was saved by the will of God," he said. "I was sent to the back of the queue by passport control just before the shooting started. A paper fell on the ground, and as I bent over to pick it up, a bullet flew past my head. I crawled under a table and stayed there. All I want now is to return to my family. Return to peace and quiet."

Beth he and Rosario said they realized Israel was not to blame for what happened. They could not grasp why Japanese should shoot Puerto Ricans to resolve a crisis in the Middle East.

Raphael Moreira from Ceiba could not understand why "men of God and peace" should have been the targets of an "ungodly and warlike act."

All the survivors were either in the toilet or not yet through passport control when the three gunmen opened fire.

Tony Gafni, the tour's guide, however, was in the thick of it: "We had just finished loading the baggage on a trolley, and I was organizing the group under a central sign in the arrival hall. I saw three [...]

Some of them at the entrance to the hall in order to prevent people from running to the rescue. It was 10.20 when it all happened. It was all over in a very few minutes, but I died a hundred deaths. The Japanese were tremendously calm. They just stood there pumping magazine after magazine into a crowd of screaming and frightened people. They displayed no emotion."

None of the [...] the Japanese [...] Rome. "Lots o[...] lots got off," [...] petite 20-year-o[...] her pitch-black [...] shock. "The sto[...] routine. People [...] boarded the pla[...] anybody pay a[...] on an internati[...]



## MEET YOUR OLD FRI[...]
# Westinghouse

One of the nicest things about arriving in a new [...] meeting familiar friendly faces.
We at Electra represent Westinghouse in Israel and [...] full range of appliances which you, as a new imm[...] purchase tax-free.
In addition, you can rely on us for experienced co[...] service... Just ask any old timer.

**REFRIGERATORS AND FREEZERS • W[...] MACHINES AND DRYERS • TELEVISION[...] AIRCONDITIONERS, AND ALL DO[...] APPLIANCES.**

SALES OFFICES: New York: Airlex Int. Corp., 6 East 39th St. T[...]
Tel Aviv:    34 Derech Petach Tikvah [...]
             89 Rehov Dizengoff
Jerusalem:   30 Rehov Yafo
Haifa:       18-20 Rehov Herzl
Beersheba:   Passage UNICO
             Also at Authorized [...]