# EXHIBIT 13

EL NUEVO DIA—Martes 6 de Junio de 1972    3

# 16 frías cajas de metal

## 'Cada israelí un puertorriqueño'

**Por CARLOS A. MONTANER**
(Enviado especial de El Nuevo Día)

TEL AVIV—"Cada israelí se siente un poco puertorriqueño", dijo el ministro de Defensa Moshe Dayan al delegado de Puerto Rico, doctor César Hernández en una entrevista en su oficina.

A pesar de cumplirse 5 años del inicio de la guerra de seis días (el conflicto árabe-israelí de junio de 1967), circunstancia que mantiene al país en tensión, Dayan hizo un aparte en su itinerario para departir con el delegado puertorriqueño.

"La sangre de ellos—dijo Dayan refiriéndose a los 16 puertorriqueños muertos en la masacre del aeropuerto Lod—servirá para abonar el camino de la paz".

El doctor Hernández agradeció en nombre del Gobierno de Puerto Rico la solidaridad del pueblo y el Gobierno de Israel, la solicitó atención médica brindada a los heridos.

Dayan reiteró la condolencia israelí por el incidente y expresó su felicitación por la entereza mostrada por los heridos.

Con visible emoción expresó orgullo por los nuevos vínculos entre Puerto Rico e Israel.

## Un mar de dolientes

**Por ARIEL ORTIZ TELLECHEA**

De El Nuevo Día

CIENTOS de ojos enrojecidos fijos en el cielo gris del atardecer. Miles de dolientes, amigos y un pueblo entero que no puede dar crédito a la tragedia, congregados en el Aeropuerto de Isla Verde para recibir a los puertorriqueños caídos en la increíble masacre de Tel Aviv.

Y de pronto, una pequeña luz en el firmamento y el sonido estruendoso de unos poderosos motores que anticipan el arribo. Después, la enorme nave de la Fuerza Aérea se dibuja claramente en el cielo crrascuro y desciende en la pista con su doliente carga.

El aterrizaje de la nave fue la señal. Fue como si todos los familiares y amigos de los peregrinos muertos hubiesen estado esperando una señal eterna, invisible, indefinida, y las lágrimas rodaron por las mejillas de todos.

Una semana, desde la tragedia, conteniendo el desespero, reuniendo fuerzas para el reencuentro jamás esperado, y ahora el "shock" inevitable y colectivo.

Luego, el desfile fúnebre de los ataúdes hasta el lugar donde se celebraría la ceremonia ecuménica y el encuentro físico de los dolientes con los féretros metálicos de sus familiares muertos.

"Mira cómo vienen ellos, Dios mío, ¿por qué por qué? Dios Señor, revive a mi hermana, cómo voy a poder vivir sin ella".

DOS FILAS de ocho ataúdes y los deudos desesperados, buscando con los ojos el nombre de su ser querido. Un mar de dolientes, familiares y amigos bajo las intensas luces de mercurio que alumbran tenuemente sus rostros rígidos, desfigurados por el dolor. Tres coronas de flores en cada ataúd, una de Puerto Rico, otra de Israel y otra de Japón.

"Si ponen esa corona de Japón sobre este ataúd, la rompo", dice un familiar desesperado.

Más Pablos, más desesperación, un mar de gente que ha roto la barrera policíaca y a llegado hasta el lugar mismo de la ceremonia.

Ataúdes solos. Familiares que por el inmenso gentío no han podido llegar hasta los restos de sus seres queridos. La policía y los ministros tratando de consolar a los deudos, intentando despejar el área para comenzar la ceremonia ecuménica.

"No me voy a mover de aquí", afirma otro doliente. He estado toda una semana esperando. Por Dios, ¿cómo me van a alejar de este lugar?".

**Por WILDA RODRÍGUEZ**
De El Nuevo Día

DIECISEIS cajas de metal color lata. Dos pies de ancho por siete de largo, aproximadamente. ¿Es difícil hacerse la idea de lo que es una masacre sin haber visto una nunca?

No tanto después de ver una fila de esas cajas de metal.

No tanto después de ver igual número de coches fúnebres uno tras otro.

"Oh, Dios, de este mismo aeropuerto salieron vivos", exclamó alguien que no pudo ocultar su estupor ante el impresionante espectáculo.

No fue un familiar. En su mayoría, éstos permanecían dolorosamente silenciosos recibiendo los restos de sus seres queridos. Sólo llanto y oraciones.

Salieron vivos de ese aeropuerto. Encontraron la muerte en otro a miles de millas de distancia.

MILES de personas aguardaban en el aeropuerto internacional de Isla Verde la llegada de los dieciséis cadáveres puertorriqueños de la masacre de Tel Aviv.

Centenares de Policías lucharon para contener la impulsiva multitud.

El avión, un MAC T-141 llegó a las 7:25 P.M. y veinticinco minutos después, a las 7:50, los cadetes de la Fuerza Aérea bajaron el primer ataúd de metal con los restos de Juan Padilla.

En el interior del avión permanecían los otros quince cadáveres colocados de coronas con cintas escritas en español y hebreo.

Cada ataúd de metal venía doblemente identificado. En un pedazo de cartulina considerablemente grande, el nombre de la persona cuyos restos contenía. En una tarjeta pequeña, se repetía el nombre del fallecido, y junto al nombre del familiar a quien serían entregados los restos. También varios signos hebreos.

Los cadetes bajaron los primeros seis cadáveres, de Padilla, Carmen Guzmán, Virgen Flores, Eugenio López, Consorcia Rodríguez y Carmelo Calderón.

Lawrence Duffy, ayudante del Gobernador hubo de detener la ceremonia de desembarque, mientras la Policía contenía a cientos de personas que se avalanzaron inexplicable y peligrosamente hacia el avión.

Se reanudó el desembarco. Carmen E. Crespo, reverendo Ángel Bergunzo, Antonio Pacheco, José M. Otero Adorno, Antonio Rodríguez Morales, Esther González, Enrique Martínez Rivera, Bastisila Morales de Vega (cuyo nombre aparecía como Vastny Ziba), Blanca González de Pérez y José A. Rodríguez.

UNO POR UNO los ataúdes de metal fueron colocados en espacios rectangulares previamente marcados con pintura blanca en la pista del aeropuerto frente a una enorme carpa donde aguardaban los dolientes.

Todo fue confusión. Los familiares buscaban entre lágrimas las cartulinas escritas a mano con tinta negra, reconocían el nombre del ser perdido, lo rodeaban, abrazaban el frío ataúd, se consolaban unos a otros.

"Éste es el mío", decía entre llantos una anciana para preguntar a un conocido a su lado, ¿Es ese el tuyo?".



Miembros de la Fuerza Aérea de la Guardia Nacional escoltan los féretros al llegar a Isla Verde.

EL NUEVO DIA—Tuesday, June 6, 1972     3

# 16 Cold Metal Boxes

By WILDA RODRÍGUEZ
El Nuevo Día

SIXTEEN tin-colored metal boxes. Two feet wide by seven feet long, approximately.

¿Is it hard to have an idea of what a massacre is without having ever seen one?

Not so hard after seeing a row of those metal boxes.

Not so hard after seeing the same number of hearses, one after another.

"Oh, God, they left alive from this same airport," exclaimed someone who couldn't conceal their shock at the dreadful spectacle.

It wasn't a relative. Most relatives kept a painful silence, receiving the remains of their loved ones. Only tears and prayers.

They left alive from that airport: They met with death in another thousands of miles away.

THOUSANDS of people were waiting at the Isla Verde International Airport for the arrival of the sixteen Puerto Rican bodies from the Tel Aviv massacre.

Hundreds of police struggled to contain the impulsive crowd.

The plane, a MAC T-141, arrived at 7:25 p.m. and twenty-five minutes later, at 7:50, the Air Force cadets brought down the first metal coffin, with the remains of Juan Padilla.

Inside the plane lay the other fifteen bodies, surrounded by wreaths with ribbons on which messages in Spanish and Hebrew were written.

Each metal coffin came doubly identified. On a considerably large card, the name of the person whose remains it contained. On a small card, the name of the deceased was repeated, and next to it the name of a family member to whom the remains would be delivered. Also several Hebrew signs.

The cadets brought down the first six bodies, of Padilla, Carmen Guzmán, Virgen Flores, Eugenio López, Consorcia Rodríguez and Carmelo Calderón.

Lawrence Duffy, assistant to the Governor, had to stop the unloading ceremony, while police contained hundreds of people who inexplicably and dangerously rushed toward the plane.

The unloading continued. Carmen E. Crespo, Reverend Ángel Berganzo, Antonio Pacheco,. José M. Otero Adorno, Antonio Rodríguez Morales, Esther González, Enrique Martínez Rivera, Bastisila Morales de Vega (whose name appeared as Vasthy Zila), Blanca González de Pérez and José A. Rodríguez.

ONE BY ONE the metal coffins were placed on rectangular spaces marked prior with white paint on the runway opposite a huge tent where mourners waited.

All was confusion. Tearful relatives searched through the cards handwritten in black ink, they recognized the name of the one they lost, they surrounded him or her, hugged the cold coffin, they consoled each other.

"This is mine," an elderly woman said, weeping, then asking someone she knew next to her, "Is that one yours?"

[Photo]

Members of the Air Force of the National Guard escorted the coffins upon arrival in Isla Verde.



**TARGEM Translations**

143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL. (718) 384-8040

FAX: (718) 388-3516

# CERTIFICATE OF ACCURACY

I, Rachel Markowitz, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, do hereby certify that our translators who are capable of professionally translating from Spanish into English and vice versa, have completed the translation of the attached document from Spanish into English, faithfully, to the best of their knowledge and ability.

December 21, 2009

_Rachel Markowitz_

Rachel Markowitz

_Signature of Notary_

JOEL LANDAU
NOTARY PUBLIC, State of New York
No. 01LA6091405
Qualified in Kings County
Commission Expires 04/28/2011

PROFESSIONAL

TRANSLATIONS

OF FOREIGN

LANGUAGES



EL NUEVO DIA—Martes 6 de

# 16 frías cajas de metal

'Cada israelí un puertorriqueño'

Por CARLOS A. MONTANER
(Enviado especial de El Nuevo Día)

TEL AVIV—"Cada israelí se siente un poco puertorriqueño", dijo el ministro de Defensa Moshe Dayan al delegado de Puerto Rico, doctor César Hernández en una entrevista en su oficina.

A pesar de cumplirse 5 años del inicio de la guerra de seis días (el conflicto árabe-israelí de junio de 1967) circunstancia que mantiene al país en tensión, Dayan hizo un aparte en su itinerario para departir con el delegado puertorriqueño.

"La sangre de ellos-dijo Dayan refiriéndose a los 16 puertorriqueños muertos en la masacre del aeropuerto Lod- servirá para abonar el camino de la paz".

El doctor Hernández agradeció en nombre del Gobierno de Puerto Rico la solidaridad del pueblo y el Gobierno de Israel, la solicita atención médica brindada a los heridos.

Dayan reiteró la condolencia israelí por el incidente y expresó su felicitación por la entereza mostrada por los heridos.

Con visible emoción expresó orgullo por los nuevos vínculos entre Puerto Rico e Israel.

## Un mar de dolientes

Por ARIEL ORTIZ TELLECHEA

De El Nuevo Día

CIENTOS de ojos enrojecidos fijos en el cielo gris del atardecer. Miles de dolientes, amigos y un pueblo entero que no puede dar crédito a la tragedia, congregados en el Aeropuerto de Isla Verde para recibir a los puertorriqueños caídos en la increíble masacre de Tel Aviv.

Y de pronto, una pequeña luz en el firmamento y el sonido estruendoso de unos poderosos motores que anticipan el arribo. Después, la enorme nave de la Fuerza Aérea se dibuja claramente en el cielo claroscuro y desciende en la pista con su doliente carga.

El aterrizaje de la nave fue la señal. Fue como si todos los familiares y amigos de los peregrinos muertos hubiesen estado esperando una señal eterna, invisible, indefinida, y las lágrimas rodaron por las mejillas de todos.

Una semana, desde la tragedia, conteniendo el desespero, reuniendo fuerzas para el reencuentro jamás esperado, y ahora el "shock" inevitable y colectivo.

Luego, el desfile fúnebre de los ataúdes hasta el lugar donde se celebraría la ceremonia ecuménica y el encuentro físico de los dolientes con los féretros metálicos de sus familiares muertos.

"Mira cómo vienen ellos. Dios mío, ¿por? ¿por qué? Dios, Señor, revive a mi hermana, cómo voy a poder vivir sin ella".

DOS FILAS de ocho ataúdes y los deudos, desesperados, buscando con los ojos el nombre de su ser querido. Un mar de dolientes, familiares y amigos bajo las intensas luces de mercurio que alumbran tenuemente los rostros rígidos, desfigurados por el dolor. Tres coronas de flores en cada ataúd (Una de Puerto Rico, otra de Israel y otra de Japón.

"Si ponen esa corona de Japón sobre este ataúd, la rompo", dice un familiar desesperado.

Más " añiles", más desesperación, un mar de gente que ha roto la barrera policíaca y ha llegado hasta el lugar mismo de la ceremonia.

Ataúdes solos. Familiares que por el inmenso gentío no han podido llegar hasta los restos de sus seres queridos. La policía y los ministros tratando de consolar a los deudos, intentando despejar el área para comenzar la ceremonia ecuménica.

"No me voy a mover de aquí", afirma otro doliente. He estado toda una semana esperando. Por Dios, ¿cómo me van a alejar de este lugar?".

Por WILDA RODRIGUEZ
De El Nuevo Día

DIECISEIS cajas de metal color lata. Dos pies de ancho por siete de largo, aproximadamente.

¿Es difícil hacerse la idea de lo que es una muerte sin haber visto una nunca?

No tanto después de ver una fila de esas cajas de metal.

No tanto después de ver igual número de coches fúnebres uno tras otro.

"Oh, Dios, de este mismo aeropuerto salieron vivos", exclamó alguien que no pudo ocultar su estupor ante el impresionante espectáculo.

No fue un familiar. En su mayoría, estos permanecían dolorosamente silenciosos recibiendo los restos de sus seres queridos. Sólo llanto y oraciones.

Salieron vivos de ese aeropuerto: Encontraron la muerte en otro a miles de millas de distancia.

MILES de personas aguardaban en el Aeropuerto Internacional de Isla Verde la llegada de los dieciséis cadáveres puertorriqueños de la masacre de Tel Aviv.

Cientos de Policías lucharon para contener la impulsiva multitud.

El avión, un MAC T-141 llegó a las 7·25 P.M. y veinticinco minutos después, a las 7:50, los cadetes de la Fuerza Aérea bajaban el primer ataúd de metal con los restos de Juan Padilla.

En el interior del avión permanecían los otros quince cadáveres rodeados de coronas con cintas escritas en español y hebreo.

Cada ataúd de metal venía doblemente identificado. En un pedazo de cartulina considerablemente grande, el nombre de la persona cuyos restos contenía. En una tarjeta pequeña, se repetía el nombre del fallecido, y junto al nombre del familiar a quien serían entregados los restos. También varios signos hebreos.

Los cadetes bajaron los primeros seis cadáveres, de Padilla, Carmen Guzmán, Virgen Flores, Eugenio López, Consorcia Rodríguez y Carmelo Calderón.

Lawrence Duffy, ayudante del Gobernador hubo de detener la ceremonia de desembarque, mientras la Policía contenía a cientos de personas que se avalanzaron inexplicable y peligrosamente hacia el avión.

Se reanudó el desembarco. Carmen E. Crespo, reverendo Ángel Berganzo, Antonio Pacheco, José M. Otero Adorno, Antonio Rodríguez Morales, Esther González, Enrique Martínez Rivera, Bastisita Morales de Vega (cuyo nombre aparecía como Vasthy Zila), Blanca González de Pérez y José A. Rodríguez.

UNO POR UNO los ataúdes de metal fueron colocados en espacios rectangulares previamente marcados con pintura blanca en la pista del aeropuerto frente a una enorme carpa donde aguardaban los dolientes.

Todo fue confusión. Los familiares buscaban entre lágrimas las cartulinas escritas a mano con tinta negra, reconocían el nombre del ser perdido, lo rodeaban, abrazaban el frío ataúd, se consolaban unos a otros.

"Éste es el mío", decía entre llantos una anciana para preguntar a un conocido a su lado, ¿Es ese el tuyo?".



Miembros de la Fuerza Aérea de la Guardia Nacional escoltan los féretros al llegar a Isla Verde.



EL NUEVO DIA—Tuesday, June 6, 1972    3

# 16 Cold Metal Boxes

By WILDA RODRÍGUEZ
El Nuevo Día

SIXTEEN tin-colored metal boxes. Two feet wide by seven feet long, approximately.

¿Is it hard to have an idea of what a massacre is without having ever seen one?

Not so hard after seeing a row of those metal boxes.

Not so hard after seeing the same number of hearses, one after another.

"Oh, God, they left alive from this same airport," exclaimed someone who couldn't conceal their shock at the dreadful spectacle.

It wasn't a relative. Most relatives kept a painful silence, receiving the remains of their loved ones. Only tears and prayers.

They left alive from that airport: They met with death in another thousands of miles away.

**THOUSANDS** of people were waiting at the Isla Verde International Airport for the arrival of the sixteen Puerto Rican bodies from the Tel Aviv massacre.

Hundreds of police struggled to contain the impulsive crowd.

The plane, a MAC T-141, arrived at 7:25 p.m. and twenty-five minutes later, at 7:50, the Air Force cadets brought down the first metal coffin, with the remains of Juan Padilla.

Inside the plane lay the other fifteen bodies, surrounded by wreaths with ribbons on which messages in Spanish and Hebrew were written.

Each metal coffin came doubly identified. On a considerably large card, the name of the person whose remains it contained. On a small card, the name of the deceased was repeated, and next to it the name of a family member to whom the remains would be delivered. Also several Hebrew signs.

The cadets brought down the first six bodies, of Padilla, Carmen Guzmán, Virgen Flores, Eugenio López, Consorcia Rodríguez and Carmelo Calderón.

Lawrence Duffy, assistant to the Governor, had to stop the unloading ceremony, while police contained hundreds of people who inexplicably and dangerously rushed toward the plane.

The unloading continued. Carmen E. Crespo, Reverend Ángel Berganzo, Antonio Pacheco,. José M. Otero Adorno, Antonio Rodríguez Morales, Esther González, Enrique Martínez Rivera. Bastisila Morales de Vega (whose name appeared as Vasthy Zila), Blanca González de Pérez and José A. Rodríguez.

**ONE BY ONE** the metal coffins were placed on rectangular spaces marked prior with white paint on the runway opposite a huge tent where mourners waited.

All was confusion. Tearful relatives searched through the cards handwritten in black ink, they recognized the name of the one they lost, they surrounded him or her, hugged the cold coffin, they consoled each other.

"This is mine," an elderly woman said, weeping, then asking someone she knew next to her, "Is that one yours?"

[Photo]

Members of the Air Force of the National Guard escorted the coffins upon arrival in Isla Verde.

