# EXHIBIT 14

THE CATHEDRAL CHURCH  OF ST. JOHN THE DIVINE

DIVINE SERVICE IN MEMORY OF

THOSE KILLED IN TEL AVIV

ON THE THIRTIETH DAY OF MAY

1972

INTERCESSION WILL ALSO BE

MADE FOR THE INJURED AND

THE SUFFERING



SERVICIO DIVINO EN MEMORIA DE

AQUELLOS MATADOS EN TEL AVIV

EL DIA TREINTA DE MAYO

1972

SE HARA INTERCESION

TAMBIEN POR LOS HERIDOS Y

LOS SUFRIENTES

THURSDAY, JUNE 15, 1972
6:00 P.M.

## Acto de Pasar Lista

*Leído por* Sr. Nick Lugo, Jr.

National Executive Director, Commonwealth of Puerto Rico

Demos Gracias a Dios por los que sobrevivieron.

Oremos por los Heridos:

Ramón Figueroa
Pedro Hernández
Nazira Hawayek
Rosa Vázquez
Lydia Martínez
Manuel González
María del Carmen Díaz
Ernesto Delgado
José Vega Franqui
Antonia Acevedo
Juan Cruz
Olga Navedo
Mercedes Alejandro
Angel Ortiz, Pastor,
Carmen Matilde Matos de Suárez
Luz Belén Matos Vda. de Sánchez
Jaime Valle Arroyo
Juanita López de Conde
Luis Conde
Alicia Estrella de Rosario
Angel Rivera
Rubén Vivas
Luz Esther Lugo
Rita Morales

Prayer and Blessing

Recordémonos delante de Dios de los difuntos:
Dos conocidos sólo a Dios

Adam Zamir !Que Viva! *!Que Viva!*
Yehoshua Berkowitz !Que Viva! *!Que Viva!*
Henya Ratna !Que Viva! *!Que Viva!*
Aharon Katzir, *Professor* !Que Viva! *!Que Viva!*
Aviza Ausslanenber !Que Viva! *!Que Viva!*
Lonna Sabah !Que Viva! *!Que Viva!*
Speranza Ringel !Que Viva! *!Que Viva!*
Ruth Gilutz !Que Viva! *!Que Viva!*
Carmen Enid Crespo Martinez, Hatillo !Que Viva! *!Que Viva!*
Enrique Martínez Rivera, Arecibo !Que Viva! *!Que Viva!*
Virgen Flores Suárez, Villalba !Que Viva! *!Que Viva!*
Juan Padilla Ortiz, Corozal !Que Viva! *!Que Viva!*
Carmen Guzmán de Padilla, Corozal !Que Viva! *!Que Viva!*
José M. Otero Adorno, Vega Baja !Que Viva! *!Que Viva!*
Carmelo Calderón, Hato Rey !Que Viva! *!Que Viva!*
José A. Rodríguez Zeno, Arecibo !Que Viva! *!Que Viva!*
Blanca Gonzaléz de Pérez, Vega Baja !Que Viva! *!Que Viva!*
Antonio Rodríguez Morales, Vega Baja !Que Viva! *!Que Viva!*
Angel Berganzo Colón, Manatí !Que Viva! *!Que Viva!*
Esther González de Morales, Fajardo !Que Viva! *!Que Viva!*
Consorcia Rodríguez, Sábana Llana !Que Viva! *Que Viva!*
Antonio Pacheco, Río Piedras !Que Viva! *!Que Viva!*
Eugenia López de Martínez, Arecibo !Que Viva! *!Que Viva!*
Vasthiy Zila Morales de Vega, Juana Díaz !Que Viva! *!Que Viva!*

Oracion y Bendicion

[ON THIS PAGE: INTRODUCTION TO SERVICE IN ENGLISH, FOLLOWED BY
SPANISH TRANSLATION]

## ROLL-CALL

*Read by* MR. NICK LUGO, JR.

National Executive Director, Commonwealth of Puerto Rico

Let us thank God for those who survived.

Let us pray for the Wounded:

Ramón Figueroa
Pedro Hernández
Nazira Hawayek
Rosa Vázquez
Lydia Martínez
Manuel González
María del Carmen Díaz
Ernesto Delgado
José Vega Franqui
Antonia Acevedo
Juan Cruz
Olga Navedo
Mercedes Alejandro
Ángel Ortiz, Pastor,
Carmen Matilde Matos de Suárez
Luz Belén Matos Vda. de Sánchez
Jaime Valle Arroyo
Juanita López de Conde
Luis Conde
Alicia Estrella de Rosario
Ángel Rivera
Rubén Vivas
Luz Esther Lugo
*Rita Morales*
PRAYER AND BLESSING

Let us remember before God
the dead:
Two known only to God

Adam Zamir May he live on! *May he live on!*
Yehoshua Berkowitz May he live on! *May he live on!*
Henya Ratna May she live on! *May she live on!*
Aharon Katzir, *Professor* *May he live on!* *May he live on!*
Aviza Ausslanenber May she live on! *May she live on!*
Lonna Sabah May she live on! *May she live on!*
Speranza Ringel May she live on! *May she live on!*
Ruth Gilutz May she live on! *May she live on!*
Carmen Enid Crespo Martínez,
Hatillo May she live on! *May she live on!*
Enrique Martínez Rivera, Arecibo May he live on! *May he live on!*
Virgen Flores Suárez, Villalba May she live on! *May she live on!*
Juan Padilla Ortiz, Corozal May he live on! *May he live on!*
Carmen Guzmán de Padilla,
Corozal May she live on! *May she live on!*
José M. Otero Adorno, Vega Baja May he live on! *May he live on!*
Carmelo Calderón, Hato Rey May he live on! *May he live on!*
José A. Rodríguez Zeno, Arecibo May he live on! *May he live on!*
Blanca Gonzalez de Pérez,
Vega Baja May she live on! *May she live on!*
Antonio Rodríguez Morales,
Vega Baja May he live on! *May he live on!*
Ángel Berganzo Colón, Manatí May he live on! *May he live on!*
Esther González de Morales,
Fajardo May she live on! *May she live on!*
Consorcia Rodríguez, Sábana Llana May she live on! *May she live on!*
Antonio Pacheco, Río Piedras May he live on! *May he live on!*
Eugenia López de Martínez, Arecibo May she live on! *May she live on!*
Vasthiy Zila Morales de Vega,
Juana Díaz May she live on! *May she live on!*

PRAYER AND BLESSING



143 RODNEY STREET
BROOKLYN, N.Y. 11211
TEL. (718) 384-8040
FAX: (718) 388-3516

## CERTIFICATE OF ACCURACY

I, Rachel Markowitz, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, do hereby certify that our translators who are capable of professionally translating from Spanish into English and vice versa, have completed the translation of the attached document from Spanish into English, faithfully, to the best of their knowledge and ability.

December 21, 2009

Rachel Markowitz
Rachel Markowitz

Signature of Notary

JOEL LANDAU
NOTARY PUBLIC, State of New York
No. 01LA6091405
Qualified in Kings County
Commission Expires 04/28/2011

JOEL LANDAU
NOTARY PUBLIC, State of New York
No. 01LA6091405
Qualified in Kings County
Commission Expires 04/28/2011

PROFESSIONAL TRANSLATIONS OF FOREIGN LANGUAGES





THE CATHEDRAL CHURCH  OF ST. JOHN THE DIVINE

DIVINE SERVICE IN MEMORY OF

THOSE KILLED IN TEL AVIV

ON THE THIRTIETH DAY OF MAY

1972

INTERCESSION WILL ALSO BE

MADE FOR THE INJURED AND

THE SUFFERING



SERVICIO DIVINO EN MEMORIA DE

AQUELLOS MATADOS EN TEL AVIV

EL DIA TREINTA DE MAYO

1972

SE HARA INTERCESION

TAMBIEN POR LOS HERIDOS Y

LOS SUFRIENTES

THURSDAY, JUNE 15, 1972
6:00 P.M.





ACTO DE PASAR LISTA

*Leído por* SR. NICK LUGO, JR.

National Executive Director, Commonwealth of Puerto Rico

Demos Gracias a Dios por los que sobrevivieron.

Oremos por los Heridos:

Ramón Figueroa

Pedro Hernández

Nazira Hawayek

Rosa Vázquez

Lydia Martínez

Manuel González

María del Carmen Díaz

Ernesto Delgado

José Vega Franqui

Antonia Acevedo

Juan Cruz

Olga Navedo

Mercedes Alejandro

Angel Ortiz, Pastor,

Carmen Matilde Matos de Suárez

Luz Belén Matos Vda. de Sánchez

Jaime Valle Arroyo

Juanita López de Conde

Luis Conde

Alicia Estrella de Rosario

Angel Rivera

Rubén Vivas

Luz Esther Lugo

Rita Morales

PRAYER AND BLESSING

Recordémonos delante de Dios
de los difuntos:
Dos conocidos sólo a Dios

Adam Zamir   !Que Viva!   *!Que Viva!*

Yehoshua Berkowitz   !Que Viva!   *!Que Viva!*

Henya Ratna   !Que Viva!   *!Que Viva!*

Aharon Katzir, *Professor*   !Que Viva!   *!Que Viva!*

Aviza Ausslanenber   !Que Viva!   *!Que Viva!*

Lonna Sabah   !Que Viva!   *!Que Viva!*

Speranza Ringel   !Que Viva!   *!Que Viva!*

Ruth Gilutz   !Que Viva!   *!Que Viva!*

Carmen Enid Crespo Martinez,
   Hatillo   !Que Viva!   *!Que Viva!*

Enrique Martínez Rivera, Arecibo   !Que Viva!   *!Que Viva!*

Virgen Flores Suárez, Villalba   !Que Viva!   *!Que Viva!*

Juan Padilla Ortiz, Corozal   !Que Viva!   *!Que Viva!*

Carmen Guzmán de Padilla,
   Corozal   !Que Viva!   *!Que Viva!*

José M. Otero Adorno, Vega Baja   !Que Viva!   *!Que Viva!*

Carmelo Calderón, Hato Rey   !Que Viva!   *!Que Viva!*

José A. Rodríguez Zeno, Arecibo   !Que Viva!   *!Que Viva!*

Blanca Gonzaléz de Pérez,
   Vega Baja   !Que Viva!   *!Que Viva!*

Antonio Rodríguez Morales,
   Vega Baja   !Que Viva!   *!Que Viva!*

Angel Berganzo Colón, Manati !Que Viva!   *!Que Viva!*

Esther González de Morales,
   Fajardo   !Que Viva!   *!Que Viva!*

Consorcia Rodríguez, Sábana Llana !Que Viva!   *Que Viva!*

Antonio Pacheco, Rio Piedras   !Que Viva!   *!Que Viva!*

Eugenia López de Martinez, Arecibo !Que Viva!   *!Que Viva!*

Vasthiy Zila Morales de Vega,
   Juana Díaz   !Que Viva!   *!Que Viva!*

ORACION Y BENDICION





[ON THIS PAGE: INTRODUCTION TO SERVICE IN ENGLISH, FOLLOWED BY SPANISH TRANSLATION]

## ROLL-CALL

*Read by* MR. NICK LUGO, JR.

National Executive Director, Commonwealth of Puerto Rico

Let us thank God for those who survived.

Let us pray for the Wounded:

Ramón Figueroa
Pedro Hernández
Nazira Hawayek
Rosa Vázquez
Lydia Martínez
Manuel González
María del Carmen Díaz
Ernesto Delgado
José Vega Franqui
Antonia Acevedo
Juan Cruz
Olga Navedo
Mercedes Alejandro
Ángel Ortiz, Pastor,
Carmen Matilde Matos de Suárez
Luz Belén Matos Vda. de Sánchez
Jaime Valle Arroyo
Juanita López de Conde
Luis Conde
Alicia Estrella de Rosario
Ángel Rivera
Rubén Vivas
Luz Esther Lugo
*Rita Morales*

PRAYER AND BLESSING

Let us remember before God the dead:
Two known only to God

Adam Zamir May he live on! *May he live on!*
Yehoshua Berkowitz May he live on! *May he live on!*
Henya Ratna May she live on! *May she live on!*
Aharon Katzir, *Professor* *May he live on!* *May he live on!*
Aviza Ausslanenber May she live on! *May she live on!*
Lonna Sabah May she live on! *May she live on!*
Speranza Ringel May she live on! *May she live on!*
Ruth Gilutz May she live on! *May she live on!*
Carmen Enid Crespo Martinez, Hatillo May she live on! *May she live on!*
Enrique Martínez Rivera, Arecibo May he live on! *May he live on!*
Virgen Flores Suárez, Villalba May she live on! *May she live on!*
Juan Padilla Ortiz, Corozal May he live on! *May he live on!*
Carmen Guzmán de Padilla, Corozal May she live on! *May she live on!*
José M. Otero Adorno, Vega Baja May he live on! *May he live on!*
Carmelo Calderón, Hato Rey May he live on! *May he live on!*
José A. Rodríguez Zeno, Arecibo May he live on! *May he live on!*
Blanca Gonzalez de Pérez, Vega Baja May she live on! *May she live on!*
Antonio Rodríguez Morales, Vega Baja May he live on! *May he live on!*
Ángel Berganzo Colón, Manatí May he live on! *May he live on!*
Esther González de Morales, Fajardo May she live on! *May she live on!*
Consorcia Rodriguez, Sábana Llana May she live on! *May she live on!*
Antonio Pacheco, Río Piedras May he live on! *May he live on!*
Eugenia López de Martínez, Arecibo May she live on! *May she live on!*
Vasthiy Zila Morales de Vega, Juana Díaz May she live on! *May she live on!*

PRAYER AND BLESSING

Targem Translations