# EXHIBIT 15

MEMORIAL TO 16
VICTIMS IN TERRORIST
ATTACK LOD



VIRGEN FLORES was my 21 y/o
aunt.

## TREE PLANTING CEREMONY IN MEMORY OF THE VICTIMS OF THE LOD CRIMINAL ATTACK

CARMEN ENID CRESPO

ENRIQUE MARTÍNEZ

VIRGEN FLORES

JUAN PADILLA

CARMEN GUZMÁN

JOSÉ M. OTERO

CARMELO CALDERÓN

JOSÉ A. RODRÍGUEZ

ANTONIO RODRÍGUEZ

BLANCA GONZÁLEZ

ÁNGEL BERGANZO

CONSORCIA RODRÍGUEZ

ANTONIO PACHECO

VASTHI ZILA MORALES

EUGENIA LÓPEZ

ESTER GONZÁLEZ



**Targem Translations**

143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL. (718) 384-8040

FAX: (718) 388-3516

## CERTIFICATE OF ACCURACY

I, Rachel Markowitz, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, do hereby certify that our translators who are capable of professionally translating from Spanish into English and vice versa, have completed the translation of the attached document from Spanish into English, faithfully, to the best of their knowledge and ability.

December 21, 2009

_____
Signature of Notary

JOEL LANDAU
NOTARY PUBLIC, State of New York
No. 01LA6091405
Qualified in Kings County
Commission Expires 04/28/2011

_____
Rachel Markowitz

PROFESSIONAL

TRANSLATIONS

OF FOREIGN

LANGUAGES



MEMORIAL TO 16
VICTIMS IN TERRORIST
ATTACK LOD ?



VIRGEN FLORES WAS MY 21 y/o
aunt.

## TREE PLANTING CEREMONY IN MEMORY OF THE VICTIMS OF THE LOD CRIMINAL ATTACK

CARMEN ENID CRESPO
ENRIQUE MARTÍNEZ
VIRGEN FLORES
JUAN PADILLA
CARMEN GUZMÁN
JOSÉ M. OTERO
CARMELO CALDERÓN
JOSÉ A. RODRÍGUEZ

ANTONIO RODRÍGUEZ
BLANCA GONZÁLEZ
ÁNGEL BERGANZO
CONSORCIA RODRÍGUEZ
ANTONIO PACHECO
VASTHI ZILA MORALES
EUGENIA LÓPEZ
ESTER GONZÁLEZ


Targem Translations