# EXHIBIT 16

Laws of Puerto Rico Annotated Currentness
  Title 1. The Commonwealth
    Chapter 51. Commemorative Days, Weeks and Months; Special Campaigns

1 L.P.R.A. § 5212

## § 5212 Lod Massacre Memorial Day

(a) May 30th of each year is hereby declared as 'Lod Massacre Memorial Day' in the Commonwealth of Puerto Rico in remembrance of the events of May 30th, 1972, in which Puerto Rican pilgrims died in a terrorist attack at Lod Airport, in Israel.

(b) The Governor of the Commonwealth of Puerto Rico, by proclamation, shall annually exhort the People of Puerto Rico to hold proper activities in remembrance of the 'Lod Massacre Memorial Day'. Public and private educational institutions shall be encouraged to inform of the historical event and to stress the need for supportiveness among the Puerto Rican people, and all those who suffer aggressions and persecutions, of not yielding to provocations when there are legitimate ways to make fair claims, and to avoid religious, ethnical and cultural prejudices.

(c) The Department of State shall remit a copy of the proclamation issued annually by the Governor to the media for its corresponding disclosure and broadcasting.

(d) In the act of the signing of the first proclamation under this section, the Department of State shall invite the families of the affected persons, the Consul of Israel for Florida and Puerto Rico, and representatives of the Jewish community in Puerto Rico.

**Credits**
-Aug. 2, 2006, No. 144, §§ 1-4.

**HISTORY**

**Statement of motives.**

Aug. 2, 2006, No. 144.

1 L.P.R.A. § 5212, PR ST T. 1 § 5212

Current through all acts translated by the Translation Office of the Puerto Rico Government through the 2011 Legislative Session and various acts from 2012 to the present. Please note that the official translations come in irregular intervals and not necessarily in act number order. Appendix IV (Rules of Evidence for the General Court of Justice, 1979) of Title 32 has been replaced by Appendix VI (Rules of Evidence for the General Court of Justice, 2009) of Title 32 by Order of the Supreme Court dated Sept. 4, 2009, but the official translation is not yet available. Also, the official translations of Appendices XII through XXII of Title 3, which encompass various reorganization plans of the Puerto Rico Government and promulgated in 2010 through 2012, have not yet been received. For all missing translations, please consult the Spanish version

LAWS OF PUERTO RICO ANNOTATED Copyright; 1955-2024 by the Secretary of State of Puerto Rico and LEXISNEXIS of Puerto Rico, Inc. All rights reserved.

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.