# EXHIBIT 17

ESTADO LIBRE ASOCIADO DE PUERTO RICO

16<sup>ta</sup>  Asamblea                                                                1<sup>ra</sup> Sesión
     Legislativa                                                              Ordinaria

SENADO DE PUERTO RICO

# R. del S. 460

1 de junio de 2009

Presentada por *la senadora Nolasco Santiago y el senador Rivera Schatz; y por la senadora Burgos Andújar y el senador González Velásquez*

Referida a

# RESOLUCION

Para expresar el reconocimiento póstumo del Senado de Puerto Rico a la memoria de las víctimas fatales del terrorismo; y la solidaridad con sus familiares y con los sobrevivientes, en ocasión del "Día de Recordación de la Masacre de Lod" que conmemora los eventos del 30 de mayo de 1972, cuando dieciséis peregrinos puertorriqueños, junto a ocho israelíes y una canadiense, murieron a raíz de un acto terrorista en el Aeropuerto de Lod, en Tel Aviv, Israel.

## EXPOSICION DE MOTIVOS

En virtud de la Ley Núm.144 de 2006, el día 30 de mayo de cada año ha sido declarado "Día de Recordación de la Masacre de Lod". Conmemoramos solemnemente los eventos del 30 de mayo de 1972, cuando  tres miembros de una célula de ataque terrorista del Ejército Rojo Japonés llevó a cabo una operación planeada y apoyada por el Frente Popular para la Liberación de Palestina perpetrando una masacre en el Aeropuerto de Lod en Tel Aviv, Israel. Producto del acto terrorista, murieron dieciséis puertorriqueños que se disponían a realizar un peregrinaje por varios lugares santos, así como ocho israelíes y una canadiense. Este, el primer acto de barbarie del entonces nuevo fenómeno del terrorismo transnacional, sentó la pauta para futuros ataques.

Cuando en Puerto Rico hacemos de cada 30 de mayo el "Día de Recordación de la Masacre de Lod", recordamos y honramos a los caídos, a los sobrevivientes y sus familias. Además, al preservar la memoria de este suceso creamos conciencia en favor de la paz nacida de la preservación y fortalecimiento de nuestros valores y derechos democráticos. Es nuestro deber

2

ilustrar a ésta y a futuras generaciones que bajo ninguna circunstancia se justifica el homicidio planificado y sistemático de inocentes para adelantar una causa política.

El Senado de Puerto Rico se reafirma en la defensa y promoción de los más altos valores humanos y levanta una plegaria en recordación de aquellas y aquellos que cayeron víctimas del terrorismo el 30 de mayo de 1972. Así mismo, este Alto Cuerpo expresa su deseo de que la amistad entre el pueblo de Puerto Rico y el pueblo de Israel sea una cada vez más estrecha en la compartida esperanza de un futuro de progreso, seguridad y paz.

RESUELVESE POR EL SENADO DE PUERTO RICO:

Sección 1.- Se expresa el reconocimiento póstumo del Senado de Puerto Rico a la memoria de las víctimas fatales del terrorismo; y la solidaridad con sus familiares y con los sobrevivientes, en ocasión del Día de Recordación de la Masacre de Lod que conmemora los eventos del 30 de mayo de 1972, cuando dieciséis peregrinos puertorriqueños, junto a ocho israelíes y una canadiense murieron a raíz de un acto terrorista en el Aeropuerto de Lod, en Tel Aviv, Israel.

Sección 2.- Se honra la memoria de los peregrinos puertorriqueños caídos en esa terrible noche del 30 de mayo de 1972: Reverendo Angel Berganzo, Carmela Cintrón, Carmen E. Crespo, Vírgen Flores, Esther González, Blanca González de Pérez, Carmen Guzmán, Eugenia López, Enrique Martínez Rivera, Vasthy Zila Morales de Vega, José M. Otero Adorno, Antonio Pacheco, Juan Padilla, Consorcia Rodríguez, José A. Rodríguez, Antonio Rodríguez Morales; y de los ciudadanos israelíes: Yoshua Berkowitz, Zvi Gutman, Aharon Katzir, Orania Luba, Aviva Oslander, Henia Ratner, Shprinza Riegal, Adam Zamir.; y la ciudadana canadiense: Lonna Sabah.

Sección 3.-Copia de esta Resolución, en forma de pergamino, le será entregada a la organización Co-Lod de Puerto Rico, y al Knesset en Jerusalem, Israel.

Sección 4.- Esta Resolución entrará en vigor inmediatamente después de su aprobación.

COMMONWEALTH OF PUERTO RICO

16th Legislative
Assembly

1st Regular Session

## SENATE OF PUERTO RICO

# S. R. 460

### June 1, 2009

Presented by *Senator Nolasco Santiago and Senator Rivera Schatz; and by Senator Burgos Andújar and Senator González Velásquez*

Referring to

# RESOLUTION

To express the posthumous recognition of the Senate of Puerto Rico for the memory of the fatalities of terrorism; and solidarity with their family members and with the survivors, during "Lod Massacre Remembrance Day" which commemorates the events of May 30, 1972, when sixteen Puerto Rican pilgrims, along with eight Israelis and one Canadian, were killed in a terrorist attack at the Lod Airport in Tel Aviv, Israel.

## STATEMENT OF INTENT

By virtue of Law No. 144 of 2006, May 30 of each year has been declared "Lod Massacre Remembrance Day." We solemnly commemorate the events of May 30, 1972, when three members of a terrorist attack cell of the Japanese Red Army carried out an operation planned and supported by the Popular Front for the Liberation of Palestine perpetrating a massacre at the Lod Airport in Tel Aviv, Israel. As a result of the terrorist attack, sixteen Puerto Ricans who were preparing to make a pilgrimage to various holy places were killed, along with eight Israelis and one Canadian. This, the first act of barbarism of the new phenomenon of transnational terrorism, established a pattern for future attacks.

When, in Puerto Rico, we make every May 30 "Lod Massacre Remembrance Day," we remember and honor the fallen, the survivors and their families. Moreover, in preserving the memory of this event, we create awareness for peace born from the preservation and strengthening of our democratic values and rights. It is our duty

2

to illustrate, to this and future generations, that under no circumstances is the planned and systematic killing of the innocent justified to advance a political cause.

The Senate of Puerto Rico reasserts its support for the defense and promotion of the highest human values, and raises a prayer in remembrance of those who fell victim to terrorism on May 30, 1972. Moreover, this August Body expresses its wish for the friendship between the people of Puerto Rico and the people of Israel to become increasingly stronger in the shared hope of a future of progress, safety and peace.

BE IT RESOLVED BY THE SENATE OF PUERTO RICO:

Section 1. The Senate of Puerto Rico expresses posthumous recognition for the memory of the fatalities of terrorism; and solidarity with their family members and the survivors, on the occasion of Lod Massacre Remembrance Day, which commemorates the events of May 30, 1972, when sixteen Puerto Rican pilgrims, along with eight Israelis and one Canadian, were killed in a terrorist attack at Lod Airport in Tel Aviv, Israel.

Section 2. We honor the memory of the Puerto Rican pilgrims killed that terrible night of May 30, 1972: Reverend Ángel Berganzo, Carmela Cintrón, Carmen E. Crespo, Virgen Flores, Esther González, Blanca González de Pérez, Carmen Guzmán, Eugenia López, Enrique Martínez Rivera, Vasthy Zila Morales de Vega, José M. Otero Adorno, Antonio Pacheco, Juan Padilla, Consorcia Rodríguez, José A. Rodríguez, Antonio Rodríguez Morales; and of the Israeli citizens: Yoshua Berkowitz, Zvi Gutman, Aharon Katzir, Orania Luba, Aviva Oslander, Henia Ratner, Shprinza Riegal, Adam Zamir; and the Canadian citizen: Lonna Sabah.

Section 3. Copy of this Resolution, on parchment, will be given to the organization Co-Lod of Puerto Rico, and to the Knesset in Jerusalem, Israel.

Section 4. This Resolution shall take effect immediately upon approval.



143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL. (718) 384-8040

FAX: (718) 388-3516

## CERTIFICATE OF ACCURACY

I, Rachel Markowitz, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, do hereby certify that our translators who are capable of professionally translating from Spanish into English and vice versa, have completed the translation of the attached document from Spanish into English, faithfully, to the best of their knowledge and ability.

December 21, 2009

Rachel Markowitz

_____
Signature of Notary

DEL LANDAU
NOTARY PUBLIC, State of New
No. 01LA6091405
Qualified in Kings County
ssion Expires 04/28/20

PROFESSIONAL

TRANSLATIONS

OF FOREIGN

LANGUAGES



ESTADO LIBRE ASOCIADO DE PUERTO RICO

16<sup>ta</sup> Asamblea
Legislativa

1<sup>ra</sup> Sesión
Ordinaria

**SENADO DE PUERTO RICO**

# R. del S. 460

1 de junio de 2009

Presentada por *la senadora Nolasco Santiago y el senador Rivera Schatz; y por la senadora Burgos Andújar y el senador González Velásquez*

Referida a

# RESOLUCION

Para expresar el reconocimiento póstumo del Senado de Puerto Rico a la memoria de las víctimas fatales del terrorismo; y la solidaridad con sus familiares y con los sobrevivientes, en ocasión del "Día de Recordación de la Masacre de Lod" que conmemora los eventos del 30 de mayo de 1972, cuando dieciséis peregrinos puertorriqueños, junto a ocho israelíes y una canadiense, murieron a raíz de un acto terrorista en el Aeropuerto de Lod, en Tel Aviv, Israel.

## EXPOSICION DE MOTIVOS

En virtud de la Ley Núm.144 de 2006, el día 30 de mayo de cada año ha sido declarado "Día de Recordación de la Masacre de Lod". Conmemoramos solemnemente los eventos del 30 de mayo de 1972, cuando  tres miembros de una célula de ataque terrorista del Ejército Rojo Japonés llevó a cabo una operación planeada y apoyada por el Frente Popular para la Liberación de Palestina perpetrando una masacre en el Aeropuerto de Lod en Tel Aviv, Israel. Producto del acto terrorista, murieron dieciséis puertorriqueños que se disponían a realizar un peregrinaje por varios lugares santos, así como ocho israelíes y una canadiense. Este, el primer acto de barbarie del entonces nuevo fenómeno del terrorismo transnacional, sentó la pauta para futuros ataques.

Cuando en Puerto Rico hacemos de cada 30 de mayo el "Día de Recordación de la Masacre de Lod", recordamos y honramos a los caídos, a los sobrevivientes y sus familias. Además, al preservar la memoria de este suceso creamos conciencia en favor de la paz nacida de la preservación y fortalecimiento de nuestros valores y derechos democráticos. Es nuestro deber



2

ilustrar a ésta y a futuras generaciones que bajo ninguna circunstancia se justifica el homicidio planificado y sistemático de inocentes para adelantar una causa política.

El Senado de Puerto Rico se reafirma en la defensa y promoción de los más altos valores humanos y levanta una plegaria en recordación de aquellas y aquellos que cayeron víctimas del terrorismo el 30 de mayo de 1972. Así mismo, este Alto Cuerpo expresa su deseo de que la amistad entre el pueblo de Puerto Rico y el pueblo de Israel sea una cada vez más estrecha en la compartida esperanza de un futuro de progreso, seguridad y paz.

RESUELVESE POR EL SENADO DE PUERTO RICO:

Sección 1.- Se expresa el reconocimiento póstumo del Senado de Puerto Rico a la memoria de las víctimas fatales del terrorismo; y la solidaridad con sus familiares y con los sobrevivientes, en ocasión del Día de Recordación de la Masacre de Lod que conmemora los eventos del 30 de mayo de 1972, cuando dieciséis peregrinos puertorriqueños, junto a ocho israelíes y una canadiense murieron a raíz de un acto terrorista en el Aeropuerto de Lod, en Tel Aviv, Israel.

Sección 2.- Se honra la memoria de los peregrinos puertorriqueños caídos en esa terrible noche del 30 de mayo de 1972: Reverendo Angel Berganzo, Carmela Cintrón, Carmen E. Crespo, Vírgen Flores, Esther González, Blanca González de Pérez, Carmen Guzmán, Eugenia López, Enrique Martínez Rivera, Vasthy Zila Morales de Vega, José M. Otero Adorno, Antonio Pacheco, Juan Padilla, Consorcia Rodríguez, José A. Rodríguez, Antonio Rodríguez Morales; y de los ciudadanos israelíes: Yoshua Berkowitz, Zvi Gutman, Aharon Katzir, Orania Luba, Aviva Oslander, Henia Ratner, Shprinza Riegal, Adam Zamir.; y la ciudadana canadiense: Lonna Sabah.

Sección 3.-Copia de esta Resolución, en forma de pergamino, le será entregada a la organización Co-Lod de Puerto Rico, y al Knesset en Jerusalem, Israel.

Sección 4.- Esta Resolución entrará en vigor inmediatamente después de su aprobación.





## COMMONWEALTH OF PUERTO RICO

16th  Legislative
Assembly

1st Regular Session

## SENATE OF PUERTO RICO

# S. R. 460

### June 1, 2009

Presented by *Senator Nolasco Santiago and Senator Rivera Schatz; and by Senator Burgos Andújar and Senator González Velásquez*

Referring to

# RESOLUTION

To express the posthumous recognition of the Senate of Puerto Rico for the memory of the fatalities of terrorism; and solidarity with their family members and with the survivors, during "Lod Massacre Remembrance Day" which commemorates the events of May 30, 1972, when sixteen Puerto Rican pilgrims, along with eight Israelis and one Canadian, were killed in a terrorist attack at the Lod Airport in Tel Aviv, Israel.

## STATEMENT OF INTENT

By virtue of Law No. 144 of 2006, May 30 of each year has been declared "Lod Massacre Remembrance Day." We solemnly commemorate the events of May 30, 1972, when three members of a terrorist attack cell of the Japanese Red Army carried out an operation planned and supported by the Popular Front for the Liberation of Palestine perpetrating a massacre at the Lod Airport in Tel Aviv, Israel. As a result of the terrorist attack, sixteen Puerto Ricans who were preparing to make a pilgrimage to various holy places were killed, along with eight Israelis and one Canadian. This, the first act of barbarism of the new phenomenon of transnational terrorism, established a pattern for future attacks.

When, in Puerto Rico, we make every May 30 "Lod Massacre Remembrance Day," we remember and honor the fallen, the survivors and their families. Moreover, in preserving the memory of this event, we create awareness for peace born from the preservation and strengthening of our democratic values and rights. It is our duty





2

to illustrate, to this and future generations, that under no circumstances is the planned and systematic killing of the innocent justified to advance a political cause.

The Senate of Puerto Rico reasserts its support for the defense and promotion of the highest human values, and raises a prayer in remembrance of those who fell victim to terrorism on May 30, 1972. Moreover, this August Body expresses its wish for the friendship between the people of Puerto Rico and the people of Israel to become increasingly stronger in the shared hope of a future of progress, safety and peace.

## BE IT RESOLVED BY THE SENATE OF PUERTO RICO:

Section 1. The Senate of Puerto Rico expresses posthumous recognition for the memory of the fatalities of terrorism; and solidarity with their family members and the survivors, on the occasion of Lod Massacre Remembrance Day, which commemorates the events of May 30, 1972, when sixteen Puerto Rican pilgrims, along with eight Israelis and one Canadian, were killed in a terrorist attack at Lod Airport in Tel Aviv, Israel.

Section 2. We honor the memory of the Puerto Rican pilgrims killed that terrible night of May 30, 1972: Reverend Ángel Berganzo, Carmela Cintrón, Carmen E. Crespo, Virgen Flores, Esther González, Blanca González de Pérez, Carmen Guzmán, Eugenia López, Enrique Martínez Rivera, Vasthy Zila Morales de Vega, José M. Otero Adorno, Antonio Pacheco, Juan Padilla, Consorcia Rodríguez, José A. Rodríguez, Antonio Rodríguez Morales; and of the Israeli citizens: Yoshua Berkowitz, Zvi Gutman, Aharon Katzir, Orania Luba, Aviva Oslander, Henia Ratner, Shprinza Riegal, Adam Zamir; and the Canadian citizen: Lonna Sabah.

Section 3. Copy of this Resolution, on parchment, will be given to the organization Co-Lod of Puerto Rico, and to the Knesset in Jerusalem, Israel.

Section 4. This Resolution shall take effect immediately upon approval.