# EXHIBIT 21

# 18 Communism and Terrorism

**Rémi Kauffer**

In the 1920s and 1930s the international Communist movement concentrated on the preparation of armed insurrections, all of which ultimately failed. As a result, the movement largely abandoned this type of action. In the 1940s it profited instead from wars of liberation from the Nazis or from Japanese expansionism, and in the 1950s and 1960s it focused on the process of decolonization, creating groups of organized insurgents that were slowly transformed into regular Red Armies. In Yugoslavia, China, North Korea, Vietnam, and Cambodia this tactic worked, allowing the Communist Party to seize power. However, the failure of guerrilla movements in South America—where they were opposed by special troops trained by the Americans—was an incentive for the Communists to resume the "terrorist" methods that until then they had used relatively infrequently, the most memorable exception being the Sofia Cathedral explosion in 1924. The distinction between terrorism pure and simple and preparations for an armed uprising may sometimes appear slightly academic, since the same people are usually involved. Moreover, the one course of action does not preclude the other. Many national liberation movements have combined terrorism and guerrilla warfare in their actions, as was the case with the Front de Libération Nationale (FLN) and the Armée de Libération Nationale in Algeria.

The Algerian case is an interesting one in that the supporters of French

**353**

Algeria saw the nationalist uprising as a plot drawn up in Moscow, and found more confirmation of this idea in the fact that at the time of the battle of Algiers (1956–57) the Algerian Communist Party had provided Yacef Saadi, the FLN chief for the capital, with a number of its best explosives specialists. Can one conclude from this that the nationalist movement was in thrall to the Communists? In many respects, this was clearly not the case. The Algerian Communist Party and the FLN were constantly at loggerheads. In the international arena, the FLN benefited from the open political support of the U.S.S.R., but apart from a few extremely limited operations by its special services, Moscow was careful not to implicate itself directly in the conflict with France. In fact the main arms suppliers to the FLN were Nasser's Egypt, Tito's Yugoslavia, and Czechoslovakia, which acted on behalf of the Eastern Bloc. In addition, a number of FLN cadres had been trained in underground techniques by the Czechs in Prague. But the Soviet Union deliberately remained in the background. Did the Soviet Union already have an intuition that the future state of Algeria would be politically close to Moscow but at the same time careful to retain its independence? The fact is that the Soviet special services never had oversight of the holy of holies of the new regime, the Military Security, in contrast to the Cuban Dirección General de Inteligencia (DGI).

Another example of Soviet prudence regarding extremely controversial nationalist movements is the Irish case. As an offspring of the IRA (the Irish Republican Army, formed in Dublin after the failure of the 1916 Easter uprising), "Republicanism" was a way of thinking quite specific to Northern Ireland. Apart from social issues, after 1921 the IRA's nationalist program (the reunification of Ireland through the wresting of the six northern counties from the British crown) was at the center of all its actions. In contrast, the pro-Soviet figures who in 1933 formed the Communist Party of Ireland distanced themselves further and further from purely nationalist preoccupations to highlight the importance of the class struggle.

The IRA needed arms to fight the British. Between the wars, it repeatedly tried to get them from the U.S.S.R., but Moscow politely refused. Undoubtedly it did not seem particularly judicious to arm pro-independence forces at the risk of open conflict with Great Britain. The fact that several hundred IRA members joined the International Brigades and fought in Spain did little to change Moscow's position. In 1939–40, when the IRA was starting a new bombing campaign in Britain, its most secret team was a small group of militant nationalists who were less likely to arouse suspicion by virtue of being Protestant. The core of this group consisted of Communists, notably Betty Sinclair. Throughout Europe, groups of saboteurs such as the Ernst Wollweber network were ready to attack not only German ships but also French and British vessels. Moscow intended to use the IRA to sabotage British ships, thinking that using

the underground organization would mask the Soviet origins of the sabotage. But the project came to nothing. Moscow retained a certain suspicion of the Irish, who would ally themselves with anyone simply to procure arms for their own ends, but who refused categorically to pay any political price by compromising their own political agenda. In the early 1970s the IRA again took up arms (and more usually its speciality, explosives) against the British following a revolt of the Catholic ghettoes in Northern Ireland. Contrary to a widely held belief, neither the bombs nor the explosives came from the Soviet Union either directly or indirectly. In fact the IRA's main support, both historically and today, has come from the Irish-American community in the United States.

The "hand of Moscow" was thus not omnipresent. But it played an active role in supporting certain Middle Eastern terrorist groups. Starting from the idea that the Palestinian organizations represented a national liberation movement comparable to the Algerian FLN, the Soviet Union was quick to come out in favor of Yasser Arafat's Palestine Liberation Organization (PLO) and its main component, El Fatah. But the KGB also kept its eye on another Palestinian nationalist group, the Popular Front for the Liberation of Palestine (PFLP), led by Doctor George Habash. Claiming to be a radical Marxist group, this highly structured movement had no qualms about carrying out terrorist attacks and spectacular hijackings. Its first attack was the hijacking of an El Al aircraft in July 1968, followed by an attack on the Athens airport in December. These actions culminated in 1970, just before the troops of King Hussein crushed the Palestinians in Jordan, with the blowing up of three aircraft—a TWA Boeing, a Swissair DC-8, and a BOAC Viscount VC-10—at Zarka, in Jordan, where they had been rerouted and the passengers taken prisoner.

One of the PFLP cadres, Nayef Hawatmeh, who was worried by what he perceived as overly violent terrorism, formed a breakaway group in 1970–71 called the Democratic and Popular Front for the Liberation of Palestine (DPFLP). After a period of continued terrorism, the DPFLP renounced violence in the name of the international proletariat and the working masses and aligned itself along ever more orthodox Communist lines, thus becoming in principle the main Soviet ally on Palestinian questions. Yet this was not really the case, for at the same time the KGB was stepping up its support for the PFLP. Habash himself was soon sidelined by his own assistant and director of operations, Wadi Haddad, a retired dental surgeon who had trained at the American University in Beirut.

Dr. Haddad was a man of considerable experience. In the opinion of Pierre Marion, the former head of the DGSE, the French special services, Haddad is the real inventor of modern terrorism: "It is he who dreamed up its structures, he who trained its main practitioners; it is he who perfected recruitment and training methods, he who refined tactics and techniques."[1] In late

1973 and early 1974 he broke from the PFLP to set up his own organization, the PFLP-EOC (PFLP External Operations Command), which was entirely dedicated to international terrorism, while Habash's organization carried out other activities, including guerrilla operations against the Israeli army and cooperative projects in the Palestinian refugee camps.

The Soviet KGB decided to support Haddad's terrorist group, as is evident from a straightforward message of 23 April 1974, with the filing designation of 1071-1/05. This message from the KGB was addressed to Leonid Brezhnev, the general secretary of the Soviet Communist Party:

> Since 1968 the Committee for State Security has been in secret contact with Wadi Haddad, a member of the Politburo of the PFLP and the head of External Operations for the PFLP.
>
> When he met the KGB chief for the Lebanon region last April, Wadi Haddad revealed in confidence the PFLP program for subversive activities and terrorism, the main points of which are listed below.

There followed a list of terrorist targets in Israel and planned subversive actions against Israeli territory, attacks against diamond companies and Israeli diplomats, and sabotage of oil refineries and supertankers in Saudi Arabia, the Persian Gulf, and even Hong Kong. The KGB report continued:

> W. Haddad asks us to help his organization obtain certain special materials that are indispensable for subversive actions of this type. While he cooperates with us and asks us for help, W. Haddad is well aware that in principle we disapprove of terror, and he asks nothing of us with regard to PFLP activities. The nature of our relationship with W. Haddad allows us to a certain extent to control the activities of the External Operations Command of the PFLP, to exert on it an influence beneficial to the Soviet Union, and to use the forces of this organization to carry out active operations in the appropriate manner when they are in our interest.

Beyond the double-talk, the conclusion was obvious: principles count for nothing so long as one can strike at the enemy without getting caught. Passed on to Suslov, Nikolai Podgorny, Kosygin, and Gromyko, the document was approved on 26 April 1974.[2]

Haddad's most gifted pupil was a young Venezuelan, Ilyich Ramirez-Sanchez, better known by the name Carlos. The two of them worked with the survivors of an Asian terrorist group, the Japanese Red Army (JRA), whose history is instructive. Created at the end of the 1960s, when student radicalism in Japan was at its height and Maoism was in the air, the JRA quickly made contact with North Korean agents (the Korean community is quite large throughout the Japanese archipelago). The Korean agents passed instructions

to their cadres and brought the arms the JRA was lacking, but they were unable to prevent a split in the group in the early 1970s, which resulted in a bloody conflict between the dissenting and orthodox factions. Accordingly, some of the cadres simply defected to North Korea, taking refuge in Pyongyang, where they remain as businessmen and intermediaries with the West. The other faction decided to internationalize its affairs even further, and joined up with Wadi Haddad. As a result of this alliance, three members of the JRA acted on behalf of the PFLP in killing twenty-eight people at Tel Aviv's Lod airport in May 1972.

The fact that the PFLP-EOC had worked hand in hand with the Swiss Nazi banker François Genoud, as was revealed by Pierre Péan in *L'extrémiste* (where Genoud admitted this openly), was clearly no problem for the KGB.[3] Neither were the subsequent spectacular terrorist activities of Carlos, first for the PFLP-EOC and later for the KGB itself, through his connections with about fifteen secret services in Arab and Eastern bloc countries. A partial inventory follows.

Ilyich Ramirez-Sanchez, the son of a Venezuelan lawyer who was a great admirer of Lenin (he had named his three sons Vladimir, Ilyich, and Ulyanov), when brought to trial in France in 1997, told Judge Jean-Louis Bruguière that he had first met a member of the PFLP in 1969. The man in question was Rifaat Abul Aoun, and the meeting took place in Moscow, where the bored young student who later came to be known as Carlos was studying physics, chemistry, and Marxism-Leninism. Carlos felt disappointed by the lack of activity in the Latin American Communist parties, and was ready for action of a more violent and radical nature. The PFLP-EOC offered him the opportunity for such action not long after his arrival in Jordan. After a period of training he became an operational agent in early 1971, passing easily through Europe because of his wealthy upbringing and his consequently urbane manner. Surface appearances aside, he soon carried out a series of spectacular and bloody terrorist acts.

On 27 June 1975 Carlos killed two policemen in Paris and grievously injured a third. In December he led an attack on the OPEC offices in Vienna, killing three people before fleeing to Algiers. With the other members of his team, who were Germans from a radical left-wing group calling themselves the Revolutionary Cells (led by Johannes Weinrich), he moved about in Libya, Yemen, Iraq, and Yugoslavia. He was also often in East Germany, where the Ministerium für Staatssicherheit (Ministry for State Security), or Stasi, watched him very closely, wary of a man capable of such audacious acts.

"Separat" was the code name of Carlos' organization within the Stasi. In 1980 a top-secret file was sent to Erich Mielke, the head of the Stasi. It was called quite simply "Project for Stasi action regarding treatment and control

of Carlos' group." According to Bernard Violet, the author of a highly informative biography of Carlos, "Weinrich and Pascale Kopp [Carlos' assistant and companion] were not really Stasi agents. They never carried out a mission for the Stasi, and they were not actually on the payroll for passing information back to the Germans. But they were very important go-betweens linking the East German special services and the members of the group." After naming Carlos' successive East German contacts—Colonel Harry Dahl, Hörst Franz, Günther Jäckel, and Helmut Voigt—Violet adds: "Carlos was fully aware of the contacts that these two [Weinrich and Kopp] had with the [East] German secret services."

Carlos' ties to the Stasi did not stop him from striking up an alliance with the Romanians, or from imposing on the Hungarian state security forces by treating Budapest as a base. His group, which renamed itself the Organization for Armed Struggle for Arab Liberation, carried out ever-bloodier attacks. Colonel Voigt of the Stasi blamed the "Separat" group for the attack on the Maison de France in West Berlin on 25 August 1983, in which two people died. That attack was blamed at the time on another terrorist group linked to the Eastern bloc and based in Beirut, called the Secret Army for the Liberation of Armenia.

It might seem amazing that the Stasi showed such indulgence toward an agent who never seemed to do them any favors. This decision was apparently taken at the very top of the Stasi hierarchy. One unproved psychological explanation is that Erich Mielke, who was the head of various KPD combat groups before the war and was charged with the murder of two policemen in Berlin, saw a lot of himself in the Venezuelan terrorist and in the other members of the Baader Meinhof gang, the most prominent terrorist group in West Germany. But there must be a more objective link between the Stasi and these international terrorist groups. Neither Mielke nor anyone else in the Stasi seems to be much of a romantic revolutionary in spirit. If Carlos and his group had links with at least fifteen different secret services in Arab and Eastern bloc countries, we can be sure that it was not a matter of chance.

The indulgence with which Communist countries treated Middle Eastern extremists was not reserved for Carlos alone. Abu Nidal and his Fatah Revolutionary Council, who were violently opposed to Yasser Arafat and the PLO, working first for the Iraqis and then for the Syrians, also benefited from such support, but to a lesser degree, since they were judged to be less controllable. Nevertheless, their leader, when extremely ill, could still travel in secret to the other side of the Iron Curtain for medical help.

Another example of direct intervention by Eastern bloc countries in modern international terrorism is their manipulation of the German RAF (Rote

Armee Fraktion), better known in the West as the Baader Meinhof gang. Born out of student protest, this small organization of about fifty agents and about one thousand supporters launched itself into terrorism in the 1970s, mainly attacking American interests in Germany. After 1977 and the assassination of the West German "patron of patrons" Hans Martin Schleyer, followed by the death in prison of the group's two leaders, Ulrike Meinhof and Andreas Baader, it found more support on the other side of the Berlin Wall, so much so that its own identity gradually faded and the group became more or less a secret arm of the Stasi itself. After German reunification, the last group members who had escaped prison continued to live in the former East Germany.

The manipulation of guerrilla and terrorist groups is seldom easy; it requires delicacy and great political skill. Perhaps for that reason the KGB, through one of its most brilliant agents, Oleg Maksimovich Nechiporenko, and with the help of the North Koreans, chose in 1969–70 to form a revolutionary movement that was entirely under its own control. The Movimiento de Acción Revolucionaria (MAR) was finally destroyed by the Mexican police in 1971.[4] Quite clearly the objective of this bold initiative was to avoid the threats, lack of discipline, and double-dealing that were rife in other Castroist and Maoist organizations. Some of these groups did manage to escape from their mentors. The Spanish FRAP—the Revolutionary Anti-Fascist Patriotic Front—flirted for a while in the early 1970s with the Chinese and Albanians in the vain hope of obtaining arms, and then transformed itself into GRAPO—the Anti-Fascist Resistance Group of October First. In contrast, Abimaël Guzmán's Peruvian Sendero Luminoso (Shining Path) army, which claims allegiance to hard-line Maoist doctrines and the prolonged popular war, always hated Deng Xiaoping and still has little to do with the new Chinese leadership. In December 1983 it even went so far as to attack the Chinese embassy in Lima.

In a few rare cases—for the risks are too great in the modern period—Communist countries carried out terrorist attacks themselves through their own secret services. This happened, for example, in 1987, when a team of two North Korean agents, one an experienced cadre called Kim Seung-il, and the other a young woman called Kim Hyuon-hee, who had trained for three years at the military academy in Keumsung, failed to rejoin their flight during a stopover in Abu Dhabi, leaving a bomb in a radio on the Korean Airlines plane that was heading for Bangkok. Some 115 people died in the subsequent blast. When arrested, Kim Seung-il committed suicide, while Kim Hyuon-hee made a full confession and went on to write a book about her experiences. It is still too soon to determine how much of the book is fabrication. However true it is, it remains the case that by 1997 the only Communist country systematically committed to the practice of terrorism was North Korea.