# EXHIBIT 25

**The New York Times**

https://www.nytimes.com/1972/09/23/archives/lebanon-is-said-to-have-set-up-liaison-unit-with-commandos.html

# Lebanon Is Said to Have Set Up Liaison Unit With Commandos

**By Eric Pace Special to The New York Times**

Sept. 23, 1972



See the article in its original context from
September 23, 1972, Page 10    Buy Reprints

New York Times subscribers* enjoy full access to TimesMachine—view over 150 years of New York Times journalism, as it originally appeared.

**SUBSCRIBE**

*Does not include Crossword-only or Cooking-only subscribers.

## About the Archive

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

BEIRUT, Lebanon, Sept. 22— Well-placed Lebanese inform ants reported today that Arab commando leaders and Leba nese officials had formed a joint liaison committee to over- see relations between civil and military authorities here and the 3,000 full-time commandos estimated to be in Lebanon.

The report came amid anxiety among Arab moderates that commandos of the Black Sep tember organization were plan ning a new attack, perhaps in England. These fears were fueled by reports of such guer rilla intentions from London and Cairo.

"We know the Black Septem ber will do more things," one Arab ambassador said grimly, "but who can say where?"

The Black September group claimed responsibility for the killings of 11 members of the Israeli Olympic team in Munich Sept. 5. Both Arabs and Israelis have connected Black Septem ber to Al Fatah, the main Palestinian guerrilla group.

**Preventive Role Sought**

Moderate Arabs hope that the new liaison committee will be able to prevent acts of vio lence here in Lebanon, such as that yesterday at he village of Damur, 15 miles south of Beirut, in which one commando and one Lebanese soldier died.

The size and membership of the committee have not yet been disclosed, but it was thought likely to include Yasir Arafat, the leader of Al Fatah, who has taken an active part in negotiations with Lebanese authorities this week.

The leaders of the com mandos have so far acquiesced in a series of new restrictions on their movement imposed by the Lebanese Army this week under a state of emergency de clared when Israel raided southern Lebanon last week end.

That 36-hour incursion left more than 75 army, commando and civilian dead, by Arab count. An air shipment of So viet medical supplies for sur vivors of the raid arrived at Beirut airport from Moscow last night, but it was not clear whether the supplies were for wounded soldiers, commandos, civilians, or for all of them.

There were no further re ports of outside aid to the commandos, but sources close to the guerrillas said that con tacts between them and one benefactor, North Korea, had flagged lately. North Korea, following China's lead, has sought increasing contacts with the non-Communist world.

Yesterday, Charles W. Bray 3d, a spokesman for the United States State Department, said in Washington that North Korea had been supplying arms to the Arab commandos.

It is thought here that North Korean links to the Palestin ians can be traced back to a visit by George Habash, the head of the Marxist-oriented Popular Front for the Libera tion of Palestine, to North Ko rea in 1970. This, informants believe, led to the first contact between the Popular Front and a Japanese extremist organiza tion known as the Red Army. Its members claim to have car ried out the massacre at Tel Aviv airport last summer in which 26 bystanders died.

**No More Exchanges Reported**

No more visits to North Ko rea by Arab commando leaders have been reported in recent months, although the Pyong yang Government has con tinued the financial support that it gives to many Arab publications by paying them to print articles about North Ko rean affairs.

In one way or another, sources close to the commando leadership say, North Korea has provided substantial finan cial and other aid to the com mandos over the years, but the details of this aid have not been made public.

There have been no widely publicized gestures such as the shipload of armaments that China sent to the Palestine Liberation Organization, the umbrella group for all guer rilla organizations, before the six-day war of 1967.

That arms delivery attracted notice because, among other things, Egyptian authorities re fused at first to allow the freighter to be uploaded. Its cargo was eventually delivered to the Palestinian Liberation rganization through the port of Gaza.

Nowadays, the informants said, North Korean assistance to the Palestinians looms less large because aid is coming in from other sources, such as the Soviet Union. Mr. Habash was reported in Moscow earlier this month.