# EXHIBIT 26

**3477**

the above office in advance of their name, affilation, address and telephone number. Persons interested but unable to attend the meeting request information from and submit comments or proposals to the Office of the Department of State indicated above.

Perter H. Pfund,

*Assistant Legal Adviser for Private International Law and Vice-Chairman, Secretary of State's Advisory Committee on Private International Law.*

[FR Doc. 88–2380 filed 2–4–88; 8:45 am]

BILLING CODE 4710–08–M

## Office of the Secretary

[Public Notice 1048]

## Determination Pursuant to Section 6(j) of the Export Administration Act of 1979; North Korea

In accordance with Section 6(j) of the Export Administration Act (50 U.S.C. App. 2405(j)], I hereby determine that North Korea is a country which has repeatedly provided support for acts of international terrorism.

George P. Shultz,

*Secretary of State.*

[FR Doc. 88–2428 Filed 2–4–88; 8:45 am]

BILLING CODE 4710–10–M

## DEPARTMENT OF TRANSPORTATION

## Reports, Forms, and Recordkeeping Requirements; Submittals to OMB On January 29, 1988

**AGENCY:** Department of Transportation (DOT), Office of the Secretary.

**ACTION:** Notice.

**SUMMARY:** This notice lists those forms, reports, and recordkeeping requirements imposed upon the public which were transmitted by the Department of Transportation on January 29, 1988, to the Office of Management and Budget (OMB) for its approval in accordance with the requirements of the Paperwork Reduction Act of 1980 (44 U.S.C. Chapter 35).

**FOR FURTHER INFORMATION CONTACT:** John Chandler, Annettee Wilson, or Cordelia Shepherd, Information Requirements Division, M–34, Office of the Secretary of Transportation, 400 Seventh Street SW., Washington, DC 20590, telephone, (202) 366–4735, or Gary Waxman or Sam Fairchild, Office of Management and Budget, New Executive Office Building, Room 3228, Washington, DC 20503, (202) 395–7340.

**SUPPLEMENTARY INFORMATION:**

Background

Section 3507 of Title 44 of the United States Code, as adopted by the Paperwork Reduction Act of 1980, requires that agencies prepare a notice for publication in the **Federal Register**, listing those information collection requests submitted to the Office of Management and Budget (OMB) for initial, approval, or for renewal under that Act. OMB reviews and approves agency submittals in accordance with criteria set forth in that Act. In carrying out its responsibilities, OMB also considers public comments on the proposed forms, reporting and recordkeeping requirements. OMB approval of an information collection requirement must be renewed at least once every three years.

Information Availability and Comments

Copies of the DOT information collection requests submitted to OMB may be obtained from the DOT officials listed in the "For Further Information Contact" paragraph set forth above. Comments on the requests should be forwarded, as quickly as possible, directly to the OMB officials listed in the "For Further Information Contact" paragraph set forth above. If you anticipate submitting substantive comments, but find that more than 10 days from the date of publication are needed to prepare them, please notify the OMB officials of your intent immediately.

Items Submitted for Review by OMB

The following information collection requests were submitted to OMB on January 29, 1988.

*DOT No:* 3011.

*OMB No:* 2127–0518.

*Administration:* National Highway Traffic Safety Administration.

*Title:* 49 CFR 571.218, Motorcycle Helmets (labeling).

*Need for Information:* To identify the manufacturers in case of defects.

*Proposed Use of Information:* The DOT symbol label signifies the manufacturer's certification that the helmet meets the minimum requirements.

*Frequency:* On occasion.

*Burden Estimate:* 5,940.

*Respondents:* Businesses.

*Form(s):* None.

*DOT No:* 3012.

*OMB No:* 2125–0092.

*Administration:* Federal Highway Administration.

*Title:* The 1989 Estimate of the Cost of Completing the Interstate System.

*Need for Information:* To provide Congress with a detailed estimate of the cost of completing the Interstate system.

*Proposed Use of Information:* The information is used by the Congress in evaluating system and route cost and in establishing authorization levels to assure completion of the Interstate System.

*Frequency:* Biennially.

*Burden Estimate:* 39,950.

*Respondents:* State highway agencies.

*Form(s):* None.

*DOT No:* 3013.

*OMB No:* New.

*Administration:* U.S. Coast Guard.

*Title:* Delegation of Authority to Measure Vessels.

*Need for Information:* This information collection requirement is necessary to determine, as required by law, that delegates are qualified to perform tonnage measurement services on behalf of the U.S. Government.

*Proposed Use of Information:* Coast Guard will use this information to delegate the authority for measuring vessels to qualified classification societies.

*Frequency:* One time per applicant.

*Burden Estimate:* 160.

*Respondents:* International classification societies.

*Form(s):* None.

*DOT No:* 3014.

*OMB No:* 2115–0039.

*Administration:* U.S. Coast Guard.

*Title:* Application for Port Security Card.

*Need for Information:* This information collection requirement is needed to ensure that individuals who require access to waterfront facilities or vessels do not pose a threat to national security. This requirement is particularly applicable to those ports that are vital to the military defense or that support military operations or where explosive cargo is loaded and unloaded.

*Proposed Use of Information:* Coast Guard uses the information to do a national agency check for criminal history of civilians requiring access to certain areas by virtue of their employment as longshoremen, dock workers, construction workers, etc. It is an integral part of the Security Program which provides protection and security of vessels, harbors, etc., from sabotage and subversive activities.

*Frequency:* On occasion.

*Burden Estimate:* 1,000.

*Respondents:* Civilian workers requiring access to vessels/ports facilities.

*Form(s):* CG–3825, CG–2685.

*DOT No.:* 3015.