# EXHIBIT 27

arguments concerning the foregoing, including whether the proposed rule change is consistent with the Act. Comments may be submitted by any of the following methods:

*Electronic Comments*

• Use the Commission's Internet comment form (*http://www.sec.gov/rules/sro.shtml);* or

• Send an e-mail to *rule-comments@sec.gov. Please include File Number* SR–NYSEArca–2008–109 *on the subject line.*

*Paper Comments*

• Send paper comments in triplicate to Secretary, Securities and Exchange Commission, 100 F Street, NE., Washington, DC 20549–1090.

All submissions should refer to File Number SR SR–NYSEArca–2008–109. This file number should be included on the subject line if e-mail is used. To help the Commission process and review your comments more efficiently, please use only one method. The Commission will post all comments on the Commission's Internet Web site (*http://www.sec.gov/rules/sro.shtml*). Copies of the submission, all subsequent amendments, all written statements with respect to the proposed rule change that are filed with the Commission, and all written communications relating to the proposed rule change between the Commission and any person, other than those that may be withheld from the public in accordance with the provisions of 5 U.S.C. 552, will be available for inspection and copying in the Commission's Public Reference Room, 100 F Street, NE., Washington, DC 20549, on official business days between the hours of 10 a.m. and 3 p.m. Copies of the filing also will be available for inspection and copying at the principal office of the self-regulatory organization. All comments received will be posted without change; the Commission does not edit personal identifying information from submissions. You should submit only information that you wish to make available publicly. All submissions should refer to File Number SR–NYSEArca–2008–109 and should be submitted on or before November 14, 2008.

For the Commission, by the Division of Trading and Markets, pursuant to delegated authority.[22]

**Florence E. Harmon,**

*Acting Secretary.*

[FR Doc. E8–25373 Filed 10–23–08; 8:45 am]

**BILLING CODE 8011–01–P**

---

## DEPARTMENT OF STATE

**[Public Notice 6415]**

## Rescission of Determination Regarding North Korea

In accordance with section 6(j) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)), and as continued in effect by Executive Order 13222 of August 17, 2001, I hereby rescind the Determination of January 20, 1988, regarding North Korea. This action is based upon the considerations contained in the memorandum accompanying the Presidential Report of June 26, 2008, regarding North Korea.

This rescission shall also satisfy the provisions of section 620A(c) of the Foreign Assistance Act of 1961, Public Law 87–195, as amended (22 U.S.C. 2371(c)), and section 40(f) of the Arms Export Control Act, Public Law 90–629, as amended (22 U.S.C. 2780(f)).

Dated: October 11, 2008.

**Condoleezza Rice,**

*Secretary of State, Department of State.*

[FR Doc. E8–25412 Filed 10–23–08; 8:45 am]

**BILLING CODE 4710–30–P**

---

## DEPARTMENT OF TRANSPORTATION

**Federal Aviation Administration**

**Notice of Intent To Request Revision From the Office of Management and Budget of a Currently Approved Information Collection Activity, Request for Comments; Part 65, Certification: Airmen Other Than Flight Crewmembers, Subpart C, Aircraft Dispatchers and App. A Aircraft Dispatcher Courses**

**AGENCY:** Federal Aviation Administration (FAA), DOT.

**ACTION:** Notice and request for comments.

**SUMMARY:** The FAA invites public comments about our intention to request the Office of Management and Budget (OMB) to approve a current information collection. The respondents to this information collection are FAR Part 135 and Part 121 operators. The FAA will

---

[22] 17 CFR 200.30–3(a)(12).

---

use the information to ensure compliance and adherence to the regulations.

**DATES:** Please submit comments by December 23, 2008.

**FOR FURTHER INFORMATION CONTACT:** Carla Mauney on (202) 267–9895, or by e-mail at: *Carla.Mauney@faa.gov.*

**SUPPLEMENTARY INFORMATION:**

**Federal Aviation Administration (FAA)**

*Title:* Part 65, Certification: Airmen other than flight Crewmembers, Subpart C, Aircraft Dispatchers and App. A Aircraft Dispatcher Courses.

*Type of Request:* Extension without change of an approved collection.

*OMB Control Number:* 2120–0648.

*Form(s):* There are no FAA forms associated with this collection.

*Affected Public:* A total of 36 Respondents.

*Frequency:* The information is collected on occasion.

*Estimated Average Burden Per Response:* Approximately 57 hours per response.

*Estimated Annual Burden Hours:* An estimated 4,679 hours annually.

*Abstract:* The respondents to this information collection are FAR Part 135 and Part 121 operators. The FAA will use the information to ensure compliance and adherence to the regulations.

Send comments to the FAA at the following address: Ms. Carla Mauney, Room 712, Federal Aviation Administration, IT Enterprises Business Services Division, AES–200, 800 Independence Ave., SW., Washington, DC 20591.

*Comments are invited on:* Whether the proposed collection of information is necessary for the proper performance of the functions of the Department, including whether the information will have practical utility; the accuracy of the Department's estimates of the burden of the proposed information collection; ways to enhance the quality, utility and clarity of the information to be collected; and ways to minimize the burden of the collection of information on respondents, including the use of automated collection techniques or other forms of information technology.

Issued in Washington, DC, on October 10, 2008.

**Carla Mauney,**

*FAA Information Collection Clearance Officer, IT Enterprises Business Services Division, AES–200.*

[FR Doc. E8–25043 Filed 10–23–08; 8:45 am]

**BILLING CODE 4910–13–M**