# EXHIBIT 29

An official website of the United States Government Here's how you know



**Home**  >   ...   > State Sponsors of Terrorism

# State Sponsors of Terrorism

**BUREAU OF COUNTERTERRORISM**

Countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism are designated pursuant to three laws: section1754(c) of the National Defense Authorization Act for Fiscal Year 2019, section 40 of the Arms Export Control Act, and section 620A of the Foreign Assistance Act of 1961). Taken together, the four main categories of sanctions resulting from designation under these authorities include restrictions on U.S. foreign assistance; a ban on defense exports and sales; certain controls over exports of dual use items; and miscellaneous financial and other restrictions.

Designation under the above-referenced authorities also implicates other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently there are four countries designated under these authorities: Cuba, the Democratic People's Republic of Korea (North Korea), Iran, and Syria.

Cookie Settings

| Country | Designation Date |
|---|---|
| Cuba | January 12, 2021 |
| Democratic People's Republic of Korea (North Korea) | November 20, 2017 |
| Iran | January 19, 1984 |
| Syria | December 29, 1979 |

For more details about State Sponsors of Terrorism, see "Overview of State Sponsored Terrorism" in Country Reports on Terrorism.

TAGS

Bureau of Counterterrorism     Combating Violent Extremism     Counterterrorism     Cuba

Iran     North Korea     Sanctions and Designations     Syria

Contact Us

Freedom 250

---

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act