# EXHIBIT 30

Case 1:22-cv-01514-CKK    Document 36-31    Filed 08/14/26    Page 2 of 5

An official website of the United States Government Here's how you know

Employees

Job Seekers

Students

Travelers

Visas

**UKRAINE**

U.S. citizens in Ukraine: follow **Embassy Kyiv** and **TravelGov** on Twitter, and **complete this form so we can communicate with you**. U.S. citizens seeking to depart Ukraine can call **1-833-741-2777** (in the U.S.) or **1-606-260-4379** (from overseas).

**MORE INFORMATION FOR AMERICANS IN UKRAINE →**

Home  >  ...  > Democratic People's Republic of Korea

# Country Reports on Terrorism 2020: Democratic People's Republic of Korea

**BUREAU OF COUNTERTERRORISM**

Share

**IN THIS SECTION**

## Democratic People's Republic of Korea

On November 20, 2017, the Secretary of State designated the Democratic People's Republic of Korea (DPRK) as a State Sponsor of Terrorism. The Secretary determined that the DPRK government repeatedly provided support for acts of international terrorism, as the DPRK was implicated in assassinations on foreign soil.

The DPRK was previously designated as a State Sponsor of Terrorism in 1988 primarily because of its involvement in the 1987 bombing of a Korean Airlines passenger flight. The DPRK's

4/25/22, 2:46 PM
Case 1:22-cv-01514-CKK    Document 36-31    Filed 08/14/26    Page 3 of 5
Democratic People's Republic of Korea - United States Department of State

designation was rescinded in 2008 after a thorough review found the DPRK met the statutory criteria for rescission. In 2017 the Secretary of State determined the DPRK had repeatedly provided support for acts of international terrorism since its State Sponsor of Terrorism designation was rescinded in 2008. The DPRK also has failed to take action to address historical support for acts of international terrorism. Four Japanese Red Army members wanted by the Japanese government for participating in a 1970 Japan Airlines hijacking continue to shelter in the DPRK. The Japanese government also continues to seek a full accounting of the fate of numerous Japanese nationals believed to have been abducted by DPRK state entities in the 1970s and 1980s; only five such abductees have been repatriated to Japan since 2002.

## TAGS

Bureau of Counterterrorism     Bureau of East Asian and Pacific Affairs     Countering Terrorism

Countering Violent Extremism     Counterterrorism     North Korea     Terrorism

# Related Articles

DECEMBER 16, 2021

## Country Reports on Terrorism 2020: Thailand

**READ MORE**

4/25/22, 2:46 PM
Case 1:22-cv-01514-CKK   Document 36-31   Filed 08/14/26   Page 4 of 5
Democratic Peoples Republic of Korea - United States Department of State

—— D E C E M B E R   1 6 ,   2 0 2 1

## Country Reports on Terrorism 2020: Singapore

**READ MORE**

—— D E C E M B E R   1 6 ,   2 0 2 1

## Country Reports on Terrorism 2020: Philippines

**READ MORE**

White House

USA.gov

Office of the Inspector General

Archives

Contact Us



Privacy Policy

Accessibility Statement

Case 1:22-cv-01514-CKK    Document 36-31    Filed 08/14/26    Page 5 of 5

Copyright Information

FOIA

No FEAR Act