**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ESTATE OF CARMEN E. CRESPO, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.  1:22-cv-01514 |
| DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, | ) ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**(PROPOSED) ORDER**

Upon consideration of Plaintiffs' Motion for Default Judgment on Liability, the Memorandum of Points and Authorities in support thereof, the declarations and exhibits submitted in support, and the entire record herein, and good cause having been shown,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Default Judgment on Liability is GRANTED, and default judgment as to liability is ENTERED against Defendant the Democratic People's Republic of Korea pursuant to Federal Rule of Civil Procedure 55(b)(2) and 28 U.S.C. § 1608(e).

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1605A over the claims asserted against Defendant Democratic People's Republic of Korea arising from the May 30, 1972 Lod Airport massacre.

3. This Court has personal jurisdiction over Defendant under 28 U.S.C. § 1330(b). Defendant has been served in accordance with 28 U.S.C. § 1608 and has failed to appear or otherwise defend.

4.      Officials, employees, and agents of Defendant, acting within the scope of their office, employment, or agency, provided material support and resources for a completed act of extrajudicial killing — the May 30, 1972 Lod Airport massacre — and that support was a substantial factor in the attack, and the resulting deaths and injuries were a reasonably foreseeable consequence of that support.

5.      Defendant is liable under 28 U.S.C. § 1605A(c) for the personal injuries and deaths proximately caused by its material support for the Lod Airport massacre.

6.      All claimant-specific determinations, including estate-representative authority and damages, are reserved for subsequent proceedings consistent with the Court's July 22, 2026 Order (ECF No. 34) and Memorandum Opinion (ECF No. 35).


        SO ORDERED on this _____ day of _____, 2026.


                                        _____
                                        The Honorable Colleen Kollar-Kotelly
                                         United States District Judge